# EXHIBIT

# B

## DECLARATION OF SPECIAL AGENT STEVEN FRITH

### Introduction

I am a Federal Agent, authorized to investigate violations of laws of the United States, and I am a law enforcement officer with the authority to execute search warrants issued under the authority of the United States. I have been a Special Agent for the Coast Guard Investigative Service for over 14 years conducting criminal investigations under 10 U.S.C and 18 U.S.C including investigations of 33 U.S.C. 1901 violations. Additionally, I am a Certified Cyber Crime Investigator, Computer Forensic Examiner and Digital Media Collector from the Defense Cyber Investigations Training Academy. In this capacity, I have collected and/or examined over 400 pieces of digital evidence in support of criminal investigations.

I collected the digital evidence on board the M/T Evridiki in support of a United States Coast Guard inspection and searched it pursuant to a federal search warrant. Using software NUIX Version 7.8, I parsed all applicable data and applied date/time filters pursuant to the search warrant approved by Magistrate Judge Sherry R. Fallon dated August 27, 2019 (Case No. 19-234m). My search utilized certain relevant key words. This declaration addresses three categories of records responsive to the electronic search: (1) records relating to Oily Water Separator ("OWS") Oil Content Monitor ("OCM") calibration certificates; (2) records relating to a vetting inspection by BP Shipping conducted on March 27, 2018; and (3) certain correspondence between the vessel and Liquimar.

The information contained in this declaration is based upon my forensic examination of digital evidenced seized from the M/T Evridiki, my training and experience, my participation in this investigation, conversations with other law enforcement officers and witnesses, and the review of documents and records. Because this affidavit has been prepared for a limited purpose of providing certain information for the Office of Probation and the Court, I have not summarized the evidence presented at trial or otherwise included every detail of every aspect of the investigation.

### A.   Vetting Inspections by BP Shipping

1. Documents from the ship's computer indicate that the M/T Evridiki was subject to a vetting inspection on March 27, 2018 by BP Shipping, a major oil company that assigns independent vetting inspectors to ensure that a ship carrying its cargo meets all relevant standards, including those related to safety and the environment. A copy of the BP "Revised Ship Inspection Report (SIRE) Programme" retrieved as part of the computer search is attached as Exhibit A (EVRI-SW-0201695). The report indicates that it was downloaded by Liquimar on April 2, 2018. Defendant Vastardis was on board the M/T Evridiki and responsible for engine room operations at the time of the BP inspection. My examination of the ship's computer, including stored emails, found an email chain relating to the BP inspection which includes correspondence between Liquimar and BP's inspector. Exhibit B (EVRI-SW-0224489 – 0224493).

2. According to the BP report and related correspondence, the BP inspection found the ship was not meeting the oil company's standards and banned the M/T Evridiki from doing business with BP for one year. According to the report, the BP vetting on March 27, 2019,

took 9 hours and 40 minutes and resulted in 5 adverse "observations," one of which was related to the oily water separator and oil content monitor.  BP found that the Oily Water Separator was not "in good order." The survey report specifically stated:

> The ship was provided with a certificate for the 5 yearly (as per MEPC 107.49) calibration of the oil content meter of the OWS dated 12 Oct 2016. It was noted that the serial number of the measuring cell on the certificate was different from the serial number of the cell fitted on the OWS.

3. The BP report contains an initial response from Liquimar stating that the OCM had been replaced at some unspecified date and that "the serial number of the replaced measuring shell was not deleted from the initial certificate." Exhibit A at 23. It also provides a one sentence analysis: "Root cause: Oversight of the attending engine officer to update the original certificate and PMS at the time the equipment was replaced."

4. In the first email in the aforementioned email chain, BP's inspector wrote:

> We have reviewed your responses to the BP SIRE inspection report of the above mentioned vessel.
>
> The inspection identified observations in the following areas:
> -VIQ Chapters 5, 6 8 & 11
>
> These specifics aspects along with other observations have led us to form the view that the vessel is no being operated to the standards we require. Once you have addressed the above and you have provided satisfactory evidence to demonstrate that there have been improvements onboard, you should apply for a BP SIRE inspection, but not before 27/Mat/2019. Until such time the Vessel is not acceptable for use by the BP Group.

5. Also found during the forensic search was a Safety Committee Meeting Minutes Report dated March 31, 2018. Exhibit C (EVRI-SW-0178494). I am familiar with such documents that are typically carried out pursuant to a ship's required safety management plan under the ISM Code. In this report, the notes state that BP's findings were discussed and that the following response was given by the Chief Engineer (who was then Chief Engineer Vastardis):

> Chief engineer explained that the measuring shell of the OWS was replaced by makers due to a failure in the measuring and filtering system. The change was recorded in the Oil record book and a relevant certificate was issued but the serial number of the replaced shell was not deleted from the initial certificate. Master announced that during the annual inspection carried out by the Flag State representative, a simulated test was undertaken and the serial number of the new measuring shell was recorded on the manual certificate of approval.

2

C/E [Chief Engineer] mentioned that a warning notice was posted in order to avoid relevant potential documentation oversights in the future.

This statement is consistent with Liquimar's comments contained in the BP inspection report. Exhibit A at 23.

6. By email dated April 4, 2019, and entitled "Negative Assessment of BP for SIRE report DCMP-9694-3771-5221," Captain E. Apostolou of Liquimar wrote to BP. Exhibit B. Liquimar asserted to BP that it had made improvements and requested that BP reduce the period of the ban. BP rejected the appeal concluding: "The vessel currently presents elevated risk to BP and is not approved for business and will need a fresh Operational BP SIRE in the time frame allocated…. Please redouble your efforts in the meanwhile to show a sustained improvement. The initial assessment stands."

7. An internal company email was sent to the master of the M/T Evridiki dated April 23, 2018, from Liquimar Tankers /EA/MAI@LIQUIMAR.GR. The initials EA correspond to Emmanuil Apostolou, who is the General Manager of Liquimar. The company indicated its displeasure with the result of the BP inspection and the BP inspector.  The email states: "THERE ARE INSPECTORS WHO HAVE BEEN TRANSFORMED BY AUTHORITY AND EASY MONEY, BUT THIS GREEK WAS NOT." Exhibit B.

## B.    OCM Calibration Certificates

In sum and substance and as set forth below, in 2006, the M/T Evridiki had an original OCM calibration certificate with serial number 5003751. This unit was replaced in 2007 with an OCM unit and new calibration certificate bearing the serial number 5008027.  Both were issued by Deckma Hamburg GmbH, the manufacturer of the devices at the time of their purchase. Both of these certificates are authentic according to Deckma. Exhibit D contains correspondence with Deckma regarding the authenticity of OCM calibration certificates associated with the M/T Evridiki that either were observed during the Coast Guard's inspection of the vessel, or located on its seized computers. Exhibit E is a PowerPoint presentation with 13 Slides corresponding to the 13 numbered paragraphs below.

On the day of the above-mentioned BP inspection in 2018, Liquimar sent the vessel two OCM certificates bearing the serial number of the replaced unit (5003751), both purportedly issued by Deckma and having an issuance date of 12.10.2016. Neither matched the serial number of the unit on board the ship. The Coast Guard has sent these certificates to Deckma. Deckma keeps records of certificates that it and its authorized service providers issue has verified which of the Evridiki certificates are authorized or authentic and which are not. Deckma has responded that the OCM calibration certificates dated 12.10.2016 were not authorized or issued by Deckma. One of them is obviously false because of a misspelling of the company's name (Deckma Hambourg instead of Hamburg).

The Marine Environmental Protection Committee (MEPC) of the International Maritime Organization has stated in MEPC 107(49) that the accuracy of oil content meters should be checked or replaced on a regular basis. The OCM calibration certificate is supposed to be retained onboard for inspection purposes and accuracy checks can only be done by the OCM manufacturer or persons authorized by the manufacturer. By policy, the Coast Guard accepts an OCM manufacturer's calibration for a period of five years. See G-MOC Policy Letter 04-13 (rev 1) Available at

https://www.dco.uscg.mil/Portals/9/DCO%20Documents/5p/CG-5PC/CG-CVC/Policy%20Letters/2004/CG-MOC_pol04-13.pdf.

On March 11, 2019, the day of the inspection in Big Stone Bay, the M/T Evridiki crew provided the Coast Guard with yet a different OCM calibration certificate, this one purportedly issued by Autotech, a company located in Greece, dated January 11, 2019. A hard copy of a different Autotech OCM calibration certificate dated March 31, 2018 (i.e., shortly after the BP inspection), was observed affixed to the OWS and also found on the ship's computer. Deckma has advised the Coast Guard that neither of these certificates were authorized by Deckma or otherwise valid. At the time of the inspection, Coast Guard independently questioned the validity of the certificates. "Port State Control Report of Inspection – Form B" listed the two OCM certificates as part of the Deficiency No. 04. and required the ship to replace the OCM and test the new one. In explaining the need for this requirement, Coast Guard wrote:

> THE VESSEL'S CREW PROVIDED PSCO [Port State Control Officers] WITH CALIBRATION CERTIFICATES DATED 31MAR2018 AND 11JAN2019. EACH CALIBRATION CERTIFICATE CITED A TEST LIQUID OF 0 PPM, 10 PPM, AND 15 PPM. IN ADDITION, A REVIEW OF THE VESSEL'S OCM DATA SHOWS THE OCM WAS RAN FOR APPROXIMATELY 2 MIN ON 31MAR18 AND WAS NEVER RAN ON 11JAN19. THE PSCO QUESTIONS THE VALIDITY OF THESE CALIBRATION CERTIFICATES.

Chief Warrant Officer Studie and government expert James Dolan have examined the recorded playback from the OCM data storage card and determined that the system was not energized on January 11, 2019, thus indicating that the calibration did not take place as represented on the OCM certificate. I further understand that according to Mr. Dolan, a 2 minute period of operation in March 2018 would not be sufficient to calibrate the OCM as represented on the certificate.

The 13 paragraphs below are annotations based on my forensic exam of the M/T Evridiki digital evidence that accompany the attached 13 PowerPoint slides. Attachment E.

1. Deckma Hamburg GmbH OCM Calibration Certificate No. 5003751 dated 20.05.2006. According to the Deckma, the manufacturer, this is an authentic calibration certificate that was issued with the instrument on May 20, 2006.  [Slide 1]

2. Deckma Hamburg GmbH OCM Calibration Certificate No. 5008027 dated 30.10.2007. According to the Deckma, this is an authentic calibration certificate that was issued with the instrument on October 30, 2007. [Slide 2]

3. Deckma "Hambourg" GmbH OCM Calibration Certifiate No. 5003751 dated 12.10.2016. This is not a Deckma issued or authorized certificate. The heading contains a misspelling of the company name and location "Hambourg" instead of "Hamburg." The date – 12.10.2016 – is the date of the certificate that BP Shipping observed to be on the ship at the time of its March 27, 2018 inspection. The BP inspection report observed that the serial number on the OCM certificate presented to them on the vessel did not match the serial number of the OCM unit on board the vessel. My forensic exam of the ship's computer found that this certificate was emailed from Liquimar to the ship on March 27, 2018. [Slide 3]

4. <u>Sembcorp Marine Ltd. Calibration Certificate No 5003751 dated 12.10.16.</u> This certificate was not issued or authorized by Deckma. Other than the name of the company and stationary, this certificate is almost identical to the Deckma "Hambourg" certificate and both are dated the same day.  The date – 12.10.2016 – is the date of the certificate that BP Shipping observed on the ship at the time of its March 27, 2018 inspection. The BP inspection report observed that the serial number on the OCM certificate presented to them on the vessel did not match the serial number of the OCM unit on board the vessel. My forensic exam of the ship's computer found that this certificate was emailed from Liquimar to the ship on March 27, 2018. [Slide 4]

5. <u>Deckma Hamburg GmbH OCM Calibration Certificate No. 5008027 dated 30.10.2007</u> [also depicted in Slide 2] is depicted in this photograph, a JPEG image of the OCM, bearing the same serial number. As stated above, the certificate visible in this photograph is authentic and issued at the time the OCM was delivered, according to Deckma. This photograph was emailed from the ship to Liquimar on April 5, 2018, after the adverse BP inspection that resulted in banning of the ship for one year. [Slide 5]

6. <u>Deckma Hamburg GmbH OCM Calibration Certificate No. 5008027 dated 30.10.2016.</u> [Slide 6] This OCM certificate was not issued or authorized by Deckma. It appears that this OCM certificate was created by copying the certificate dated 30.10.2007 depicted in Slides 2 and 5 with only the year being modified. This certificate is a PDF document that can be modified and contains layers. The photograph on the right side of the page is the exact same photograph as in Slide 5. The forged 2016 certificate on the left side has been placed on top of the authentic 2007 certificate in the original photograph. This PDF document was created on a computer associated with D. Liveris, according to the forensic image. Dionysios Liveris is a Liquimar manager responsible for health safety and environmental issues and attended trial as the corporate representative. He was also noticed as a defense expert. The metadata for this PDF further shows that it was created on April 12, 2018, and sent to the vessel as an attachment to an email string dated April 23, 2018, from Liquimar to the Evridiki. <u>Exhibit B</u>. [Slide 6]

7. Slide 7 shows a side by side comparison of the JPEG photographic image in Slide 5 and the PDF image containing the photograph of the OCM in Slide 6. The circled portion of both images shows that the upper the upper right corner of the 2007 OCM certificate on the left still visible in the edited image with the fake 2016 image on the right. [Slide 7]

8. <u>Precision & Quality OCM Calibration Certificate dated August 27, 2017.</u> This document was not authorized by Deckma and is not valid according to Deckma. This is a Word document that can be modified. Based on my review of this document, I determined that the red oval stamp at the bottom is actually a separate digital image. It is possible to cut, paste or move the document or change its size or appearance on the computer. The red seal and signature are not from a hard copy stamp or signature. This document was last modified on April 6, 2018. [Slide 8]

9. <u>Autotech OCM Calibration Certificate dated March 31, 2018.</u> This document was not authorized by Deckma and is not valid according to Deckma. A copy of this document was observed by Coast Guard inspectors the engine room affixed to stage 2 of the Oily Water Separator, during

their inspection on March 11, 2019. On March 31, 2018, the M/T Evridiki bridge log shows that the vessel was either adrift or anchored in Sidi Kerir. The bridge log does not indicate that any visitors boarded the Evridiki that day. [Slide 9]

    a. This version of the Autotech OCM Calibration Certificate was found on the ship's computer and has a blue rectangular stamp with a signature on the bottom right under the name of the service technician. There are a number of other documents on the ship that carry the identical blue rectangular stamp. Not only do they appear the same visually, but they have identical "hash values" a fingerprint for electronic data. In other words, the seal on each document is digitally the exact same image which has been copied and pasted onto different documents. The exact same blue rectangular stamp appears on the following certificates: Oily Water Separator Oil continent monitor, fire alarm panel, air condition gas detection system, oil discharge monitor equipment (ODME), gas detection system pump room, gas detection system for water ballast tank, fore peak tank & Void Space. See Slide 13.

    b. The signature on the OCM Calibration Certificate dated March 31, 2018 is a separate digital image known as a "pencil mark" that can be used to make comments on an Adobe file. The signature can be manipulated or placed in a different location. An examination of this particular pencil mark signature shows that it is associated with a computer of E. Garoutsos. Other company records list Evangelos Garoutsos as a Liquimar superintendent.

10. Slide 10 shows close up of the blue rectangular Autotech seal on the Autotech OCM Calibration Certificate dated March 31, 2018 in Slide 9, along with an inset image showing the properties associated with the pencil mark signature. As mentioned above, it shows that the signature was made on a computer associated with E. Garoutsos, a Liquimar superintendent. [Slide 10]

11. Autotech OCM Calibration Certificate dated January 11, 2019. This document was presented to the Coast Guard in Delaware and was seized as evidence by the boarding officers. It was not authorized by Deckma and is not valid according to Deckma. As mentioned in the deficiencies found by the Coast Guard, the recorded OCM data does not show the device being energized on January 11, 2019 – something that would need to have occurred for the OCM to have been calibrated. Further, the bridge log for January 11, 2019, does not indicate that Autotech technicians were aboard the vessel that day. It does, however, indicate that Konstantina Liapi and Captani Apostolou, two shore-based Liquimar managers, boarded the vessel that day.

12. Slide 12 is a side-by-side comparison of the two Autotech OCM Calibration Certificates. While the service technician listed on both certificates is D. Stratakias, a visual examination shows what appear to be substantially different signatures. [Slide 12]

13. Slide 13 shows the service technician and blue rectangular box on six Autotech certificates of different types found on the ship's computer.  [Slide 13]

**C.      Other Greek Documents Found on the Evridiki Computer**

Certain additional documents responsive to my search were in Greek. Some of these were translated and are attached hereto as Exhibit F and Exhibit G. These attachments contain the translated version, the original, and a certificate of authenticity.

On this 7th day of February 2020, I, Steven Frith, hereby affirm that the above is true and correct to the best of my knowledge.

Steven Frith, Special Agent
Coast Guard Investigative Service

7

# Exhibit A

# To Declaration of Special Agent Frith



Oil Companies International Marine Forum

# Revised Ship Inspection Report (SIRE) Programme

| | |
|---|---|
| Report Number | DCMP-9694-3771-5221 |
| Report Template | VIQ6 - Petroleum (4301) |
| Vessel Name | EVRIDIKI |
| IMO Number | 9318137 |
| Date of Inspection | 27 Mar 2018 |
| Port of Inspection | PACHI |
| Inspecting Company | BP SHIPPING |
| Selected variants | Crude oil washing |
| | Inert Gas |
| | Pumproom |
| | STS operations |

**DISCLAIMER**

**OCIMF DOES NOT WARRANT OPERATOR IDENTITY AND IS NOT RESPONSIBLE FOR THE CHOICE OF SHIPS INSPECTED, THE INSPECTORS CHOSEN, THE PERFORMANCE OF THE INSPECTIONS OR THE CONTENT OF THE REPORTS, OPERATOR COMMENTS AND/OR VPQ RESPONSES DISTRIBUTED UNDER THE REVISED PROGRAMME. OCIMF IS INVOLVED ONLY IN THE RECEIPT, ORGANISATION AND DISTRIBUTION OF THE FOREGOING PROGRAMME OUTPUT. OCIMF DOES NOT REVIEW OR EVALUATE SUCH OUTPUT AND EXPRESSES NO OPINION CONCERNING ITS ACCURACY. WHILE OCIMF MAKES EVERY EFFORT TO ENSURE THAT REPORTS AND OPERATOR COMMENTS ARE RECEIVED, ORGANISED AND DISTRIBUTED IN ACCORDANCE WITH THE SIRE COMPOSITE GUIDELINES OCIMF ACCEPTS NO LIABILITY FOR FAILURE TO DO SO.**



Report for EVRIDIKI [DCMP-9694-3771-5221, Date: 27 Mar 2018]

Downloaded by LIQUIMAR TANKERS MANAGEMENT SERVICES INC on 02 April 2018 14:25:08

# Section 1

## Chapter 1: General Information

### General Information

| | | |
|------|-----------------------------------------------------|-------------------------------------------------|
| 1.1 | Name of the vessel | EVRIDIKI |
| 1.2 | Vessel IMO Number | 9318137 |
| 1.3 | Date the inspection was completed | 27 Mar 2018 |
| 1.4 | Port of inspection | PACHI |
| 1.5 | Flag | Liberia |
| 1.6 | Deadweight | 167295.00 |
| 1.7 | Date the vessel was delivered | 05 Jan 2007 |
| 1.8 | Name of the OCIMF inspecting company | BP SHIPPING |
| 1.9 | Date and time the inspector boarded the vessel | 27 Mar 2018. 10:00 |
| 1.10 | Date and time the inspector departed the vessel | 27 Mar 2018. 19:40 |
| 1.11 | Time taken for inspection | 9.40 |
| 1.12 | Name of the inspector | For inspecting company only |
| 1.13 | Vessel's operation at the time of the inspection | Discharging |
| 1.14 | Product(s) being handled | Crude oil |
| 1.15 | Vessel type | Crude/Product Tanker |
| 1.16 | Hull type | Double hull |
| 1.17 | Name of the vessel's operator | LIQUIMAR TANKERS MANAGEMENT SERVICES INC. |

Other Inspector Comments: The DOC was issued by the "ABS" on 15 Dec 2017 with expiration date 12 Jan 2023. "Oil Tanker" was the only ship's type in the certificate.

© Copyright OCIMF 2018

EVRI-SW-0201696

Downloaded by LIQUIMAR TANKERS MANAGEMENT SERVICES INC on 02 April 2018 14:25:08

| 1.18 | Date the current operator assumed responsibility for the vessel | 05 Jan 2007 |
|------|------------------------------------------------------------------|-------------|
| 1.19 | Date of the last port State control inspection | 27 Mar 2018 |
| 1.20 | Port of the last Port State Control inspection | PACHI |
| | Other Inspector Comments: A PSC inspection took place at this terminal. It was an "initial" inspection. No deficiencies were recorded. | |
| 1.21 | Name of Classification society | DNV GL |
| | Other Inspector Comments: The class notation was : +1A1 Tanker for oil EO ESP NAUTICUS (Newbuilding) VCS (2) | |
| 1.22 | Date of expiry of the Class Certificate | 05 Jan 2022 |
| 1.23 | Date the last special survey was completed | 15 Oct 2016 |
| 1.24 | Date of departure from the last class-credited drydock/repair period | 15 Oct 2016 |
| 1.25 | Date of the last class Survey Status Report | 23 Mar 2018 |

**Additional Comments**

1.99    Additional Comments

The Master and his crew as well as the attending superintendents extended their efforts to facilitate the inspection. Documents and certificates were well organised and readily available expediting and facilitating the course of the inspection.

## Chapter 2: Certification and documentation

**Certification**

| 2.1.9 | What is the vessel's designation as recorded in the IOPP Certificate, Form B, Question 1.11? | 4 Crude oil/product carrier |
|-------|---------------------------------------------------------------------------------------------|----------------------------|
| 2.2 | Is the vessel's P and I Club a member of the International Group? | Yes |

EVRI-SW-0201697

Report for EVRIDIKI [DCMP-9694-3771-5221, Date: 27 Mar 2018]

Downloaded by LIQUIMAR TANKERS MANAGEMENT SERVICES INC on 02 April 2018 14:25:08

## Chapter 3: Crew Management

**Drug and alcohol policy**

| 3.12 | What was the Operator's defined maximum level of blood alcohol content? | 40.00 |
|------|---------------------------------------------------------------------------|-------|
| 3.13 | What was the recorded frequency of unannounced drug testing | 6.00 |
| 3.14 | What was the recorded frequency of unannounced alcohol testing | 1.00 |
| 3.15 | What was the date of the last unannounced on-board alcohol test | 22 Mar 2018 |
| 3.16 | What was the date of the last unannounced drug and alcohol test undertaken by an external agency? Other Inspector Comments: An unannounced D&A test was carried out on the day of this inspection. | 27 Mar 2018 |

EVRI-SW-0201698

Report for EVRIDIKI [DCMP-9694-3771-5221, Date: 27 Mar 2018]

Downloaded by LIQUIMAR TANKERS MANAGEMENT SERVICES INC on 02 April 2018 14:25:08

Crew details on 23 Mar 2018

## Officer Crew

| Rank | Nationality | Cert. Comp. | Issuing country | Admin. accept | Tanker cert. | Specialised Tanker Training | Radio qual. | Oper- ator | Rank | Tanker type | All types | | Watch tour | Mo. English prof. |
|------|-------------|-------------|-----------------|---------------|--------------|-----------------------------|-------------|------------|------|-------------|-----------|--|------------|-------------------|
| Master | Greek | Master II/2 | Greece | Yes | Oil | Advanced | Yes | 17.2 | 18.2 | 24.2 | 24.2 | 22.2 | 2.37 | Good |
| Chief Officer | Greek | Master II/2 | Greece | Yes | Oil | Advanced | Yes | 0.3 | 8.2 | 2.0 | 11.2 | 11.2 | 2.70 | Good |
| 2nd Officer | Romanian | OOW | Romania | Yes | Oil | Advanced | Yes | 6.3 | 1.9 | 5.4 | 6.3 | 1.9 | 3.33 | Good |
| 2nd Officer | Greek | OOW | Greece | Yes | Oil | Advanced | Yes | 0.3 | 1.3 | 1.7 | 2.2 | 1.3 | 2.37 | Good |
| 3rd Officer | Greek | OOW | Greece | Yes | Oil | Advanced | Yes | 1.4 | 0.4 | 1.1 | 1.8 | 0.4 | 4.97 | Good |

## Engineer Crew

| Rank | Nationality | Cert. Comp. | Issuing country | Admin. accept | Tanker cert. | Specialised Tanker Training | Radio qual. | Oper- ator | Rank | Tanker type | All types | | Watch tour | Mo. English prof. |
|------|-------------|-------------|-----------------|---------------|--------------|-----------------------------|-------------|------------|------|-------------|-----------|--|------------|-------------------|
| Chief Engineer | Greek | Chief Eng III/2 | Greece | Yes | Oil | Advanced | N/A | 4.1 | 7.8 | 9.4 | 25.6 | 20.6 | 3.33 | Good |
| 2nd Engineer | Filipino | Second Eng III/2 | Philippines | Yes | Oil | Advanced | N/A | 1.6 | 1.9 | 1.3 | 13.3 | 7.4 | 4.97 | Good |
| 3rd Engineer | Filipino | EOOW | Philippines | Yes | Oil | Advanced | No | 18.7 | 9.0 | 15.7 | 20.7 | 11.3 | 9.13 | Good |
| 3rd Engineer | Filipino | EOOW | Philippines | Yes | Oil | Advanced | N/A | 11.6 | 11.6 | 20.6 | 20.6 | 15.5 | 7.43 | Good |

EVRI-SW-0201699

Report for EVRIDIKI [DCMP-9694-3771-5221, Date: 27 Mar 2018]

Downloaded by LIQUIMAR TANKERS MANAGEMENT SERVICES INC on 02 April 2018 14:25:08

# Section 2

Key questions marked Yes without comment.

## Chapter 2: Certification and documentation

**Safety management and the operator's procedures manuals:**

2.3

**Survey and repair history**

2.7, 2.8

## Chapter 3: Crew Management

**Crew Management**

3.2, 3.3, 3.5, 3.6

**Crew qualifications**

3.9, 3.10

**Drug and alcohol policy**

3.11

## Chapter 4: Navigation

**Policies, Procedures and Documentation**

4.1, 4.2, 4.4, 4.5, 4.6

**Navigation Equipment**

4.10, 4.13, 4.14, 4.15, 4.16

**Charts and publications**

4.19, 4.20

**Navigation**

4.24, 4.27, 4.28, 4.29

## Chapter 5: Safety Management

**Safety Management**

5.2, 5.3, 5.4, 5.6, 5.7, 5.8, 5.10, 5.11

© Copyright OCIMF  2018

EVRI-SW-0201700

Report for EVRIDIKI [DCMP-9694-3771-5221, Date: 27 Mar 2018]

Downloaded by LIQUIMAR TANKERS MANAGEMENT SERVICES INC on 02 April 2018 14:25:08

**Drills, Training and Familiarisation**

5.12, 5.15

**Ship Security**

5.16, 5.17, 5.19

**Enclosed Space and Pump Room Entry Procedures**

5.20, 5.21, 5.22, 5.23, 5.24

**Monitoring Non-Cargo Spaces**

5.25, 5.26

**Gas Analysing Equipment**

5.27, 5.28, 5.29, 5.30, 5.31

**Hot Work Procedures**

5.32, 5.33, 5.34, 5.35

**Life Saving Equipment**

5.36, 5.37, 5.38, 5.41, 5.43, 5.44, 5.45, 5.46, 5.47, 5.48, 5.49

**Fire Fighting Equipment**

5.50, 5.51, 5.52, 5.53, 5.54, 5.57, 5.59, 5.61, 5.63, 5.64, 5.65

**Material Safety Data Sheets (MSDS)**

5.66

**Access**

5.67, 5.68, 5.69, 5.70, 5.71, 5.72

## Chapter 6: Pollution Prevention

**Oil Record Books**

6.1, 6.2, 6.3, 6.4

**Shipboard Oil and Marine Pollution Emergency Plans**

6.6, 6.7, 6.8, 6.9

**VOC Management Plan**

6.11

© Copyright OCIMF  2018

EVRI-SW-0201701

Report for EVRIDIKI [DCMP-9694-3771-5221, Date: 27 Mar 2018]

Downloaded by LIQUIMAR TANKERS MANAGEMENT SERVICES INC on 02 April 2018 14:25:08

**Cargo Operations and Deck Area Pollution Prevention**

6.12, 6.13, 6.14, 6.16, 6.17, 6.20, 6.22, 6.23, 6.24, 6.25

**Pump Rooms and Oil Discharge Monitors**

6.27

**Ballast Water Management**

6.30

**Engine and Steering Compartments**

6.32, 6.33, 6.34, 6.36, 6.38

**Garbage Management**

6.39, 6.40

**Energy Efficiency**

6.41

## Chapter 7: Structural Condition

**Structural Condition**

7.1, 7.2, 7.3, 7.4, 7.5

## Chapter 8: Cargo and Ballast Systems - Petroleum

**Policies, Procedures and Documentation**

8.1, 8.2, 8.3

**Stability and Cargo Loading Limitations**

8.5, 8.7, 8.8, 8.10, 8.13

**Cargo Operations and Related Safety Management**

8.14, 8.15, 8.17, 8.18, 8.19

**Cargo and Ballast Handling and Monitoring Equipment**

8.20, 8.22, 8.23, 8.24, 8.25

**Ullaging, Sampling and Closed Operations**

8.29, 8.30, 8.31

© Copyright OCIMF  2018

EVRI-SW-0201702

Report for EVRIDIKI [DCMP-9694-3771-5221, Date: 27 Mar 2018]

Downloaded by LIQUIMAR TANKERS MANAGEMENT SERVICES INC on 02 April 2018 14:25:08

**Venting Arrangements**

8.32, 8.34

**Inert Gas System**

8.36, 8.37, 8.38, 8.39, 8.40, 8.41, 8.45, 8.47, 8.48

**Crude Oil Washing**

8.50, 8.52, 8.53, 8.54, 8.55, 8.56, 8.57, 8.59, 8.60

**Manifold Arrangements**

8.69, 8.70, 8.71, 8.72, 8.73, 8.74

**Pump Rooms**

8.75, 8.76, 8.77, 8.78, 8.79

**Ship to Ship Transfer Operations - Petroleum**

8.84, 8.85

## Chapter 9: Mooring

**Mooring equipment documentation**

9.1, 9.3, 9.4

**Mooring procedures**

9.6, 9.8, 9.9, 9.10, 9.11

**Mooring equipment**

9.12, 9.13, 9.15, 9.16, 9.17

**Anchoring equipment**

9.18, 9.19, 9.20, 9.21

**Single Point Moorings**

9.22

**Emergency towing arrangements**

9.25, 9.26

## Chapter 10: Communications

© Copyright OCIMF 2018

EVRI-SW-0201703

Report for EVRIDIKI [DCMP-9694-3771-5221, Date: 27 Mar 2018]

Downloaded by LIQUIMAR TANKERS MANAGEMENT SERVICES INC on 02 April 2018 14:25:08

**Communications procedures**

10.1, 10.2, 10.3, 10.4, 10.6, 10.7, 10.8

**Communications equipment**

10.10, 10.11, 10.12, 10.13, 10.14, 10.15

## Chapter 11: Engine and Steering Compartments

**Policies, Procedures and Documentation**

11.1, 11.2, 11.3, 11.5, 11.6, 11.8, 11.9, 11.11, 11.12, 11.13

**Planned Maintenance**

11.15

**Safety Management**

11.16, 11.17, 11.18, 11.22, 11.23, 11.24, 11.25, 11.28, 11.29, 11.30, 11.31, 11.33, 11.34, 11.35, 11.36, 11.37, 11.38, 11.40

**Machinery status**

11.41, 11.43, 11.46, 11.47

**Steering Compartment**

11.49, 11.51, 11.54, 11.55, 11.56

## Chapter 12: General Appearance and Condition

**Hull, superstructure and external weather decks**

12.1, 12.2, 12.3, 12.4, 12.5, 12.6, 12.7, 12.8, 12.9, 12.10

**Electrical Equipment**

12.11, 12.12, 12.13

**Internal Spaces**

12.14, 12.15

**Accommodation Areas**

12.16, 12.17, 12.18, 12.19, 12.20, 12.21

© Copyright OCIMF 2018

EVRI-SW-0201704

Report for EVRIDIKI [DCMP-9694-3771-5221, Date: 27 Mar 2018]

Downloaded by LIQUIMAR TANKERS MANAGEMENT SERVICES INC on 02 April 2018 14:25:08

# Section 3

## Chapter 2: Certification and documentation

### Certification

| | | | | | |
|---|---|---|---|---|---|
| 2.1 | Are all the statutory certificates listed below, where applicable, valid and have the annual and intermediate surveys been carried out within the required range dates? | Y | N | NS | NA |

Other Inspector Comments: The SMC was issued by the "DNV-GL" on 5 May 2017 with expiration date 14 June 2022.

The USCG COC expiration date was 1 Oct 2019.

### Safety management and the operator's procedures manuals:

| | | | | | |
|---|---|---|---|---|---|
| 2.4 | Does the Operator's representative visit the vessel at least bi-annually? | Y | N | NS | NA |

Other Inspector Comments: Marine, technical and safety dpt representatives were on the vessel at the time of the inspection.
Their previous visits were as follows :
Marine on 31 Aug 2017.
Technical on 2 Jan 2018.

| | | | | | |
|---|---|---|---|---|---|
| 2.5 | Is a recent operator's internal audit report available and is a close-out system in place for dealing with non-conformities? | Y | N | NS | NA |

Other Inspector Comments: The last internal ISM audit was recorded on 6 Apr 2017. No findings were recorded.

| | | | | | |
|---|---|---|---|---|---|
| 2.6 | Does the Master review the safety management system, report to the operator on any deficiencies and does the operator respond to the Master's review? | Y | N | NS | NA |

Other Inspector Comments: The Master's review on SMS was recorded on 31 Dec 2017.

© Copyright OCIMF 2018

EVRI-SW-0201705

Report for EVRIDIKI [DCMP-9694-3771-5221, Date: 27 Mar 2018]

Downloaded by LIQUIMAR TANKERS MANAGEMENT SERVICES INC on 02 April 2018 14:25:08

**Enhanced Survey Programme**

2.9   If the vessel is subject to the Enhanced Survey Programme, is the report file adequately
maintained?                                                                    Y   N   NS   NA

Other Inspector Comments: Based on the info contained in the Condition Evaluation Report
the renewal survey was recorded on 15 Oct 2016.
Close up survey was recorded in all ballast tanks as well as in No 3P, 4 P&S cargo tanks.
The ballast tanks were fully coated and fitted with anodes too. The cargo tanks were coated on
their lower side. The coating condition in all tanks was reported good.

**Condition Assessment Scheme**

2.12  Has the vessel been enrolled in a Classification Society Condition Assessment programme
(CAP)?                                                                         Y   N   NS   NA

EVRI-SW-0201706

Report for EVRIDIKI [DCMP-9694-3771-5221, Date: 27 Mar 2018]

Downloaded by LIQUIMAR TANKERS MANAGEMENT SERVICES INC on 02 April 2018 14:25:08

## Chapter 3: Crew Management

**Crew Management**

| 3.1 | Does the manning level meet or exceed that required by the Minimum Safe Manning Document? | Y | N | NS | NA |

Other Inspector Comments: The safe manning certificate required the following minimum staff :

Officers : Deck : 4, Engine : 2
Ratings : Deck : 5, Engine : 2
The actual manning of the vessel was as follows :
Officers : Deck : 5, Engine : 6, Electrician : 1
Ratings : Deck : 9, Engine : 4, Catering : 4, Deck Cadet : 1

| 3.4 | Are all personnel able to communicate effectively in a common language? | Y | N | NS | NA |

Other Inspector Comments: The common working language on the ship was English.

| 3.7 | If the vessel is fitted with High Voltage equipment, is staff suitably trained. | Y | N | NS | NA |

| 3.8 | Where the vessel carries chemicals, has a formal programme of regular and appropriate medical examinations for personnel been implemented? | Y | N | NS | NA |

## Chapter 4: Navigation

EVRI-SW-0201707

Report for EVRIDIKI [DCMP-9694-3771-5221, Date: 27 Mar 2018]

Downloaded by LIQUIMAR TANKERS MANAGEMENT SERVICES INC on 02 April 2018 14:25:08

**Policies, Procedures and Documentation**

| | | | | |
|---|---|---|---|---|

4.3    Are deck log books and engine movement (bell) books correctly maintained and is an adequate record being kept of all the navigational activities, both at sea and under pilotage?     **Y**   N   NS   NA

Other Inspector Comments: Course changes, Master's and OOW's conning times, pilotage time and other navigational activities were adequately recorded in the bridge log book.

4.7    Are checklists for pre-arrival, pre-departure, watch handover, pilot-master exchange and pilot card effectively completed?     **Y**   N   NS   NA

Other Inspector Comments: The company's check lists and procedures were adequately followed and completed.

4.8    Does the operator provide guidance on minimum under keel clearance and squat?     **Y**   N   NS   NA

Other Inspector Comments: The operator had the following policy with regards to the minimum required UKC.
* Ocean passages / open coastal waters : 25% of the deepest draft.
* Fairways / channels / river transits : 10% of the deepest draft or 1 m as per local regulations, whichever is greater+estimated creation of squat or increase of draft to water density or surge forces.
* Alongside / Lay-by berth : 5% of maximum draft always+anticipated effect of weather and sea conditions+trim and list+the impact of weather on tidal phenomenon.
* Transiting deep water channels : 15% of the deepest draft or 1 m as per local regulations, whichever is greater+anticipated changes due to squat or other similar phenomena.
* Crossing locks or dock sills : Port regulations to be observed.
* Harbour areas sheltered from waves, interior fairway, ship's rotary areas, basins channels under towing : 10% of the deepest draft or 1 m or as per local regulations, whichever is greater.
* SPM : 10% of the deepest draft+anticipated effect of swell and sea conditions.
* CBM : 10% of the deepest draft+effect of sea/swell/tide and currents.
* Extra-ordinary cases such as repairs yards, search and rescue service, towing operations etc : Master of the vessel to be communicated with Liquimar.

4.9    Has the Bridge been adequately manned at all stages of the voyage and at Anchor and were lookout arrangements adquate?     **Y**   N   NS   NA

Other Inspector Comments: An OOW with a lookout were standing the bridge watch during day at sea. An OOW with two lookouts were standing the bridge watch at sea during night.

© Copyright OCIMF  2018

EVRI-SW-0201708

Report for EVRIDIKI [DCMP-9694-3771-5221, Date: 27 Mar 2018]

Downloaded by LIQUIMAR TANKERS MANAGEMENT SERVICES INC on 02 April 2018 14:25:08

**Navigation Equipment**

| 4.11 | Are navigation lights in good order? | Y | N | NS | NA |

Other Inspector Comments: The audible and visual alarms of the navigational lights on the bridge console were tested during the inspection and found in order.

| 4.12 | If a bridge navigational watch alarm system (BNWAS) is fitted is it operational at all times when the vessel is at sea? | Y | N | NS | NA |

Other Inspector Comments: The times the unit was switched on / off were adequately recorded in the bridge log book.

| 4.17 | Is there a documented procedure for the operation of the VDR and are the Deck Officers familiar with procedure to retain the VDR data in the event of an incident? | Y | N | NS | NA |

Other Inspector Comments: The navigation officer was questioned during the inspection and found familiar on how to retain VDR data in case of an incident.

© Copyright OCIMF 2018

EVRI-SW-0201709

Report for EVRIDIKI [DCMP-9694-3771-5221, Date: 27 Mar 2018]

Downloaded by LIQUIMAR TANKERS MANAGEMENT SERVICES INC on 02 April 2018 14:25:08

**Charts and publications**

4.18 Has a system been established to ensure that all Charts, nautical publications (Paper and Electronic) and other publications are on board, current and maintained up to date and is it being implemented?

| Y | N | NS | NA |

Other Inspector Comments: The ship was fitted with 2 ECDIS units and electronic publications. She was receiving e NTM on weekly basis, the latest available for the ECDIS was week 12 / 2018, the latest available for the publications was week 13 / 2018.

4.21 If the vessel is equipped with an Electronic Chart Display and Information System (ECDIS) are the Master and deck officers able to produce appropriate documentation that generic training and type-specific familiarisation has been undertaken.

| Y | N | NS | NA |

Other Inspector Comments: Master, chief mate, 2nd mate, 3rd mate : Generic as per IMO 1.27, 2 days of type specific. All training courses were delivered at shore training centres. 2nd mate : Generic as per IMO 1.27 at shore training centre, 2 days of computer based type specific.

4.22 If the vessel is provided with an Electronic Chart Display and Information System (ECDIS) does it meet the requirements of SOLAS and is an approved backup system provided?

| Y | N | NS | NA |

Other Inspector Comments: The ship was fitted with 2 ECDIS units which were used as primary and back up means of navigation. Presentation library 4 was installed in both units.

© Copyright OCIMF 2018

EVRI-SW-0201710

Report for EVRIDIKI [DCMP-9694-3771-5221, Date: 27 Mar 2018]

Downloaded by LIQUIMAR TANKERS MANAGEMENT SERVICES INC on 02 April 2018 14:25:08

### Navigation

**4.23** Has the vessel been safely navigated and in compliance with international regulations?    | Y | N  NS  NA

Other Inspector Comments: During the last voyage the vessel was engaged in coastal navigation, she also transited Suez Canal, numerous traffic separation schemes and buoyed channels. As revealed by the bridge logs and ECDIS data review the vessel had been safely navigated.

**4.25** Was a comprehensive passage plan available for the previous voyage and did it cover the full voyage from berth to berth?    | Y | N  NS  NA

Other Inspector Comments: A detailed passage plan was prepared in hard copies, signed by all bridge officers and adequately followed.

**4.26** Was position fixing including the use of parallel indexing satisfactory throughout the previous voyage and the frequency of plotted fixes in accordance with the passage plan?    | Y | N  NS  NA

Other Inspector Comments: Various methods on proper intervals were used  to plot the ship's position.

## Chapter 5: Safety Management

EVRI-SW-0201711

Report for EVRIDIKI [DCMP-9694-3771-5221, Date: 27 Mar 2018]

Downloaded by LIQUIMAR TANKERS MANAGEMENT SERVICES INC on 02 April 2018 14:25:08

## Safety Management

**5.1**     Has a safety officer been designated, trained to undertake this role and is there evidence to show that they are effectively performing duties associated with this role?

        Other Inspector Comments: The chief officer was the safety officer, he was certified as trained to undertake this role.

| Y | N | NS | NA |

**5.5**     Are regular safety meetings held, are the minutes recorded and does the operator provide shore management responses?

        Other Inspector Comments: The last bimonthly safety meeting was dated 13 Mar 2018, company's responses were available.

| Y | N | NS | NA |

**5.9**     Are external doors, ports and windows kept closed in port?

        Y | **N** | NS | NA

        Inspector Observations: All external doors of the superstructure found locked from inside, thus entering into the accommodation using any of these doors in case of an emergency could be difficult / impossible. The issue was rectified prior to the completion of the inspection.

        *Initial Operator Comments: Abstract :*

        *The starboard accommodation door was unlocked, allowing both exiting and entering without the risk of contamination of the accommodation atmosphere with petroleum gases but allowing controllable entry in accommodation spaces also for working access. The other external doors were locked as the Master of the vessel had security concerns. However, the closed doors were clearly marked including the way to the unlocked external door.*

        *Root cause :*
        *Deep reflecting thoughts for the prevailing security risks.*

        *Corrective action:*
        *Mechanism was released from the inside as soon as the issue raised.*

        *Preventative actions:*
        *A warning posted on the external doors in case that security concerns require some door to be locked at sea or in port giving details for the opening process.*

        *In addition the importance of the issue discussed in Safety Meeting carried out onboard on 31/03/2018.*

© Copyright OCIMF 2018

EVRI-SW-0201712

Report for EVRIDIKI [DCMP-9694-3771-5221, Date: 27 Mar 2018]

Downloaded by LIQUIMAR TANKERS MANAGEMENT SERVICES INC on 02 April 2018 14:25:08

## Drills, Training and Familiarisation

5.13    Are drills for emergency procedures being carried out?         | Y | N | NS | NA |

Other Inspector Comments: An "excessive list" drill was recorded on 22 Mar 2018.

5.14    Are lifeboat and fire drills regularly held?         | Y | N | NS | NA |

Other Inspector Comments: The last water borne of the life boats was dated 2 Jan 2018.

## Ship Security

5.18    Has a security officer been designated and trained to undertake this role?         | Y | N | NS | NA |

Other Inspector Comments: The chief mate was the SSO and he was certified as trained to undertake this role.

## Life Saving Equipment

5.39    Is there a maintenance and test schedule for lifeboat, Rescue boat on-load release gear, Davit launched liferaft automatic release hooks, and free-fall lifeboat release systems, where fitted.         | Y | N | NS | NA |
Other Inspector Comments: The on load test of the life boas and davits was dated 15 Oct 2016, their last annual inspection was recorded on 2 Jan 2018.

5.40    Are lifeboats, including their equipment and launching mechanisms, in good order?         | Y | N | NS | NA |

Other Inspector Comments: The engine - on battery starting mode - and the steering gear of the port life boat were tested during the inspection and found in order.

5.42    Is the rescue boat, including its equipment and launching arrangement, in good order?         | Y | N | NS | NA |

Other Inspector Comments: The stbd life boat was the rescue boat.

© Copyright OCIMF 2018

EVRI-SW-0201713

Report for EVRIDIKI [DCMP-9694-3771-5221, Date: 27 Mar 2018]

Downloaded by LIQUIMAR TANKERS MANAGEMENT SERVICES INC on 02 April 2018 14:25:08

**Fire Fighting Equipment**

| | | | | | |
|---|---|---|---|---|---|
| 5.55 | Are fire mains, pumps, hoses and nozzles in good order and available for immediate use? | Y | N | NS | NA |

Other Inspector Comments: Hoses, nozzles, hydrants etc were randomly tested during the inspection and found in order.

| | | | | | |
|---|---|---|---|---|---|
| 5.56 | Are isolating valves in fire and foam system lines clearly marked and in good order? | Y | N | NS | NA |

Other Inspector Comments: The isolating valves on the main fire and foam deck lines were randomly tested during the inspection and found in order.

| | | | | | |
|---|---|---|---|---|---|
| 5.58 | Are fixed fire detection and alarm systems in good order and tested regularly? | Y | N | NS | NA |

Other Inspector Comments: The ship was equipped with proper testing devices for every type of detector fitted on board.

| | | | | | |
|---|---|---|---|---|---|
| 5.60 | Is the emergency fire pump in full operational condition and are starting instructions clearly displayed? | Y | N | NS | NA |

Other Inspector Comments: The emergency fire pump was tested during the inspection and found in order.

| | | | | | |
|---|---|---|---|---|---|
| 5.62 | Are firemen's outfits and breathing apparatus in good order, fitted with fully pressurised air cylinders and ready for immediate use? | Y | N | NS | NA |

Other Inspector Comments: The press as well as the low press alarms of the breathing apparatus were randomly tested during the inspection and found in order.

**Access**

| | | | | | |
|---|---|---|---|---|---|
| 5.73 | If the bridge wing is used as a winching area, is a thorough risk assessment conducted? | Y | N | NS | NA |

## Chapter 6: Pollution Prevention

© Copyright OCIMF 2018

EVRI-SW-0201714

Report for EVRIDIKI [DCMP-9694-3771-5221, Date: 27 Mar 2018]

Downloaded by LIQUIMAR TANKERS MANAGEMENT SERVICES INC on 02 April 2018 14:25:08

### Oil Record Books

| 6.5 | If the disposal of engine room oily water or sludge to a cargo or slop tank has taken place, has the event been recorded in both Oil Record Books, was the receiving tank free of cargo and have the transfer arrangements been approved by Class? | Y | N | NS | NA |

Other Inspector Comments: No such line was fitted, no such disposals were recorded.

### Shipboard Oil and Marine Pollution Emergency Plans

| 6.10 | Name of the OPA-90 Qualified Individual (QI) | Y | N | NS | NA |

Other Inspector Comments: O'BRIEN'S RESPONSE MANAGEMENT

### Cargo Operations and Deck Area Pollution Prevention

| 6.15 | Are means readily available for dealing with small oil spills? | Y | N | NS | NA |

Other Inspector Comments: Dump valves and wilden pumps were fitted on each aft deck side, the pumps were tested during the inspection and found in order.

| 6.18 | If cargo sea suction valves are fitted, are adequate pollution prevention measures in place, are valve-testing arrangements provided, are they in good order and regularly monitored for leakage? | Y | N | NS | NA |

Other Inspector Comments: The cargo sea chest was isolated from the rest of the cargo system with two valves and a blank flange.

| 6.19 | If ballast lines pass through cargo and/or Bunker tanks are they tested regularly and the results recorded? | Y | N | NS | NA |

| 6.21 | Are bunker pipelines tested annually? | Y | N | NS | NA |

Other Inspector Comments: The pressure test of the bunker lines was credited on 13 Oct 2017, the pressure applied was 5.5 Bars.

© Copyright OCIMF 2018

EVRI-SW-0201715

Report for EVRIDIKI [DCMP-9694-3771-5221, Date: 27 Mar 2018]

Downloaded by LIQUIMAR TANKERS MANAGEMENT SERVICES INC on 02 April 2018 14:25:08

**Pump Rooms and Oil Discharge Monitors**

| 6.26 | Are pump room bilge high level alarms fitted, regularly tested and the results recorded? | Y | N | NS | NA |
|---|---|---|---|---|---|

Other Inspector Comments: The high level alarm system of the pump room bilges was tested during the inspection and found in order.

| 6.28 | If an ODME is fitted, is it in good order and is there evidence of recent testing? | Y | N | NS | NA |
|---|---|---|---|---|---|

Other Inspector Comments: The ODME should be tested on monthly basis, the last one was recorded on 26 Mar 2018.

| 6.29 | If the ODME has not been operational, was the fact recorded in the Oil Record Book? | Y | N | NS | NA |
|---|---|---|---|---|---|

Other Inspector Comments: No such entries in the ORB II.

**Ballast Water Management**

| 6.31 | Can the vessel check or sample segregated ballast prior to deballasting and are they free from oil. | Y | N | NS | NA |
|---|---|---|---|---|---|

Other Inspector Comments: No 1 P and No 4 S ballast tanks were sighted from the deck level during the inspection and as far as could be seen they were free from oil.

EVRI-SW-0201716

Report for EVRIDIKI [DCMP-9694-3771-5221, Date: 27 Mar 2018]

Downloaded by LIQUIMAR TANKERS MANAGEMENT SERVICES INC on 02 April 2018 14:25:08

**Engine and Steering Compartments**

6.35    Is the oily water separator in good order?    Y    N    NS    NA

Inspector Observations: The ship was provided with a certificate for the 5 yearly (as per MEPC 107.49) calibration of the oil content meter of the OWS dated 12 Oct 2016. It was noted that the serial number of the measuring cell on the certificate was different from the serial number of the cell fitted on the OWS.

*Initial Operator Comments: Abstract:*
*The measuring shell had been replaced by makers due to a failure of the*
*measuring system and due to the replacement of the filtering system.*
*Though the change was recorded in the Oil Record Book and attestation*
*certificate issued for the proper function of the system, the serial number*
*of the replaced measuring shell was not deleted from the initial certificate.*

*Root cause:*
*Oversight of the attending engine officer to update the original certificate*
*and PMS at the time that the equipment was replaced.*

*Corrective action:*
*The Flag State representative who carried out the scheduled annual inspection*
*simulated test onboard and recorded the new serial number of the new measuring*
*shell on the manual certificate of approval.*

*Preventative actions:*
*A specific warning notice was posted to safeguard against potential oversights in*
*documenting changes.*

*The issue was discussed in detail in the Safety Meeting carried onboard*
*on 31/03/2018 and all attendees confirmed understanding/compliance.*

6.37    If the oily water separator is not fitted with an automatic stopping device, do entries in the Oil    Y    N    NS    NA
Record Book Part 1 indicate that it has not been used in a Special Area?

EVRI-SW-0201717

Downloaded by LIQUIMAR TANKERS MANAGEMENT SERVICES INC on 02 April 2018 14:25:08

## Chapter 7: Structural Condition

### Structural Condition

| | | | | | |
|---|---|---|---|---|---|
| 7.6 | If any cargo and/or ballast tanks were sighted from the deck, were they in good order? | Y | N | NS | NA |

Other Inspector Comments: No 1 P and No 4 S water ballast tanks were sighted from the deck level during the inspection, as far as could be seen they were in good order.

| | | | | | |
|---|---|---|---|---|---|
| 7.7 | Are procedures in place to carry out regular inspections of cargo and ballast tanks, void spaces, trunks and cofferdams by the vessel's personnel and are records maintained? | Y | N | NS | NA |

Other Inspector Comments: The cargo tanks should be inspected on 30  months intervals.
Their last inspection was recorded on 15 Oct 2016.
The ballast tanks should be inspected on 4  months intervals, their last inspection was credited on 2 Jan 2018.

## Chapter 8: Cargo and Ballast Systems - Petroleum

### Policies, Procedures and Documentation

| | | | | | |
|---|---|---|---|---|---|
| 8.4 | Is a written procedure provided for the safe handling of heavy weather ballast in cargo tanks on segregated ballast tankers? | Y | N | NS | NA |

Other Inspector Comments: No 4 P&S cargo tanks were those designated as the heavy weather ballast tanks. No heavy weather ballasting was recorded to date.

© Copyright OCIMF  2018

EVRI-SW-0201718

Report for EVRIDIKI [DCMP-9694-3771-5221, Date: 27 Mar 2018]

Downloaded by LIQUIMAR TANKERS MANAGEMENT SERVICES INC on 02 April 2018 14:25:08

**Stability and Cargo Loading Limitations**

| | | | | | |
|---|---|---|---|---|---|
| 8.6 | Are there records indicating that the operational accuracy of the load computer is tested regularly? | Y | N | NS | NA |
| | Other Inspector Comments: The last monthly test of the loading computer was dated .23 Mar 2018. | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 8.9 | Are Damage Stability Verification Guidelines available and can the Master demonstrate that the vessel is normally loaded in accordance with the Stability Information Booklet (SIB)? | Y | N | NS | NA |
| | Other Inspector Comments: The loading computer was capable of damage stability calculations. In addition the ship was contracted with an ERS. | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 8.11 | Do the operator's operating manuals include procedures for restoring stability in case of unstable conditions developing during cargo operations, where applicable? | Y | N | NS | NA |

| | | | | | |
|---|---|---|---|---|---|
| 8.12 | Where applicable, are officers aware of the dangers of free surface effects and of the possibility of structural damage caused by sloshing in cargo tanks? | Y | N | NS | NA |

© Copyright OCIMF 2018

EVRI-SW-0201719

Report for EVRIDIKI [DCMP-9694-3771-5221, Date: 27 Mar 2018]

Downloaded by LIQUIMAR TANKERS MANAGEMENT SERVICES INC on 02 April 2018 14:25:08

**Cargo Operations and Related Safety Management**

8.16     Has a cargo plan been prepared and does it contain a detailed sequence of cargo and ballast transfer and has it been signed by the watch officers?     Y   | N |   NS   NA

Inspector Observations: The critical stages of this discharging operation were not identified / recorded in the discharging plan.

*Initial Operator Comments: Abstract:*
*Although the cargo plan contained sufficient details for cargo ballast transfer*
*and COW in sequence, the most critical stages of the operation were not*
*highlighted for easy identification.*

*Root cause:*
*The cargo plan is prepared by the Chief Officer but with the active participation of*
*all personnel involved. It was beyond his regard to highlight the most critical stages of the*
*operation on the basis that all officers and pumpman were familiar with the plan and the*
*terminal's requirement.*

*Corrective action:*
*The Master of the vessel who was attending the inspection concluded that the idea*
*of identifying and marking the most critical stage of an operation plan is a good practice*
*and will help, especially during overloaded operating hours and requested such*
*practice to be applied.*

*Preventative actions:*
*The Cargo Operation Procedure No.10, para 3.10, dealing with cargo planning*
*operation, was supplemented to request that the critical stages to be highlighted*
*for easy identification.*

© Copyright OCIMF 2018

EVRI-SW-0201720

Report for EVRIDIKI [DCMP-9694-3771-5221, Date: 27 Mar 2018]

Downloaded by LIQUIMAR TANKERS MANAGEMENT SERVICES INC on 02 April 2018 14:25:08

**Cargo and Ballast Handling and Monitoring Equipment**

| 8.21 | Are the cargo lines, vapour lines and inert gas lines in good order and is there recorded evidence of regular testing? | Y | N | NS | NA |

Other Inspector Comments: The cargo system piping was pressure tested to 21.5 Bars by a shore team on 13 Oct 2017.

| 8.26 | Are the cargo tank high level and overflow alarms in good order and is there recorded evidence of regular testing? | Y | N | NS | NA |

Other Inspector Comments: The overflow alarm system of No 6 P cargo tank was tested from the deck side during the inspection and found in order.

| 8.27 | Where fitted and in use, is the condition of the cargo tank heating system satisfactory, is it regularly tested and is any observation tank free of oil? | Y | N | NS | NA |

Other Inspector Comments: The overall condition of the cargo heating system on deck was satisfactory.

**Ullaging, Sampling and Closed Operations**

| 8.28 | If fixed tank gauges are not fitted, are sufficient portable tapes provided to simultaneously gauge each tank being worked, if used with vapour locks are they calibrated? | Y | N | NS | NA |

Other Inspector Comments: In addition to the fixed tank gauging system the ship was provided with 4 portable ullaging tapes.

© Copyright OCIMF 2018

EVRI-SW-0201721

Report for EVRIDIKI [DCMP-9694-3771-5221, Date: 27 Mar 2018]

Downloaded by LIQUIMAR TANKERS MANAGEMENT SERVICES INC on 02 April 2018 14:25:08

**Venting Arrangements**

8.33    Are SOLAS secondary venting requirements being complied with?                    Y    N    NS    NA

Other Inspector Comments: A PV Breaker (+1890 / -630 mm wg) was fitted on the common venting line. A PVV (+1400 / -350 mm wg) as well as a pressure sensor (+1540 / +100 mm wg) were fitted in every cargo tank. The audible and visual alarms of the sensors in the CCR were tested during the inspection and found in order.

8.35    Are the P/V valves in good order, inspected and cleaned as part of a regular planned         Y    N    NS    NA
        maintenance routine and are there records to support this?

Inspector Observations: A certificate issued on 27 Aug 2018 by a shore team indicated that all PVV as well as the PV Breaker were tested on their pressure and vacuum settings points, i.e. all PVV were tested to +1400 / -350 mm wg and the PV Breaker to +1890 / -630 mm wg. Based on the ORB II entries the ship on that date was loaded with crude oil.

*Initial Operator Comments: Abstract:*
*The annual inspection of the PV valves including the PV breaker was carried out on*
*26th and 27th August 2017, whilst the vessel was off Pembroke, UK awaiting for some*
*days to discharge. It was the one year test as per periodical test of cargo systems,*
*Fleet Instruction Manual, Section F, para 9.6.*

*Tightness test carried out by using the Inert Gas System for the PV valves and a*
*bottle of Nitrogen for the PV breaker.*

*The IG fans (2 units), each of pressure capacity, in (-500), out (1600) mmAq @ 35C*
*(Diff 2100 mmAq) can apply pressure of 1400 (including gas friction loss) used in*
*turn and the tightness was verified without emitting gasses to the atmosphere.*
*None structural repair or maintenance carried out to PV valves of PV braker.*

*Root cause:*
*The officer in charge did not provide analysis of the type of test carried out*
*and the method used.*

*Corrective action:*
*The tightness of PV was tested and verified before the current discharging.*

*Preventative actions:*
*Tightness to minimum 85% pressure / vacuum capacity is to be carried out before*
*each discharging operation (apprx. 1200 mmnAq).*

© Copyright OCIMF 2018

EVRI-SW-0201722

Report for EVRIDIKI [DCMP-9694-3771-5221, Date: 27 Mar 2018]

Downloaded by LIQUIMAR TANKERS MANAGEMENT SERVICES INC on 02 April 2018 14:25:08

## Inert Gas System

**8.42**    Is the Oxygen content of the inert gas delivery at or below 5%?

⬚ Y    N    NS    NA

Other Inspector Comments: The O2 content of the IG delivery was 2.5% .

**8.43**    Are the vapour spaces in the cargo tanks being maintained at positive pressure?

⬚ Y    N    NS    NA

Other Inspector Comments: The pressure in the cargo tanks was 600 mm wg.

**8.44**    Is the oxygen content in the cargo tanks below a maximum of 8%?

⬚ Y    N    NS    NA

Other Inspector Comments: The O2 content of No 6 P cargo tank was measured from the deck level during the inspection and found 3.5 %.

**8.46**    Do the readings on the local, bridge and cargo control room oxygen and pressure recorders, where fitted, agree?

⬚ Y    N    NS    NA

Other Inspector Comments: The local gauges of the IG system were cross checked and their readings found to be the same.

**8.49**    Can double hull spaces be inerted?

⬚ Y    N    NS    NA

Other Inspector Comments: Flexible hoses and a stand pipe were available on board in order to be used in case of double hull spaces inerting operation.

© Copyright OCIMF 2018

EVRI-SW-0201723

Report for EVRIDIKI [DCMP-9694-3771-5221, Date: 27 Mar 2018]

Downloaded by LIQUIMAR TANKERS MANAGEMENT SERVICES INC on 02 April 2018 14:25:08

## Crude Oil Washing

**8.51**   If crude oil washing is being carried out are the tanks being Crude oil washed in accordance with IMO requirements?   Y   N   NS   | NA |

Other Inspector Comments: COW operation would be carried out at a later stage of the discharging operation.

**8.58**   Is the tank cleaning heater, where fitted, effectively isolated from the crude oil washing line?   | Y |   N   NS   NA

Other Inspector Comments: The tank cleaning heater was blanked.

## Cargo Hoses

**8.80**   If the vessel uses its own cargo hoses, are they in good order, pressure tested annually to their design working pressure and is a record of all hose tests and inspections maintained on board?   Y   N   NS   | NA |

## Cargo Lifting Equipment

**8.81**   Are all cargo cranes and other lifting equipment properly marked and has periodical testing and inspection been carried out?   | Y |   N   NS   NA

Other Inspector Comments: The on load test of the lifting gear was dated 20 Jan 2017. The annual inspection was recorded on 2 Jan 2018.

**8.82**   Are winches associated with lifting equipment in good order?   Y   N   NS   | NA |

**8.83**   If the ship has a single centreline mounted crane at the manifold, does it carry a full set of spare hydraulic hoses for the crane?   Y   N   NS   | NA |

Other Inspector Comments: The ship was fitted with 2 mid ship cranes.

© Copyright OCIMF 2018

EVRI-SW-0201724

Report for EVRIDIKI [DCMP-9694-3771-5221, Date: 27 Mar 2018]

Downloaded by LIQUIMAR TANKERS MANAGEMENT SERVICES INC on 02 April 2018 14:25:08

**Ship to Ship Transfer Operations - Petroleum**

| | | | | | |
|---|---|---|---|---|---|
| 8.86 | Are ship-to-ship transfer checklists completed? | Y | N | NS | NA |

8.87     If a ship-to-ship transfer was in progress during the inspection, was it conducted in accordance    Y    N    NS    NA
with the recommendations of the OCIMF/ICS STS Transfer Guide?
Other Inspector Comments: No STS operations at the time of this inspection.

© Copyright OCIMF 2018

EVRI-SW-0201725

Report for EVRIDIKI [DCMP-9694-3771-5221, Date: 27 Mar 2018]

Downloaded by LIQUIMAR TANKERS MANAGEMENT SERVICES INC on 02 April 2018 14:25:08

## Chapter 9: Mooring

### Mooring equipment documentation

9.2    Do all mooring ropes and where fitted, mooring wire tails, meet OCIMF guidelines?        Y    N    NS    NA

Other Inspector Comments: The mooring tails should be renewed 18 months after the date of their initial use..

9.5    Is there a policy in place for the testing of winch brakes and are the results recorded?    Y    N    NS    NA

Other Inspector Comments: The BHC test of the mooring winches was dated 1 Sept 2017.

### Mooring procedures

9.7    Are mooring lines secured to bitts and turned up correctly?        Y    N    NS    NA

Other Inspector Comments: Only moorings on winches were used at this terminal.

### Mooring equipment

9.14    If mooring winches in a gas hazardous area are electrically powered, are motors Ex 'd' rated    Y    N    NS    NA
        and have insulation tests carried out and results recorded.

### Single Point Moorings

9.23    If the vessel is equipped for mooring at single point moorings, does it meet the        Y    N    NS    NA
        recommendations as applicable, contained in Mooring Equipment Guidelines (3rd Edition)?
        Other Inspector Comments: One pedestal roller on shallow angle should be used to lead the
        pick up line to the storage drum.

9.24    If the vessel is fitted with a hydraulically operated bow stopper, are safeguards provided to    Y    N    NS    NA
        prevent its accidental release?

© Copyright OCIMF  2018

EVRI-SW-0201726

Report for EVRIDIKI [DCMP-9694-3771-5221, Date: 27 Mar 2018]

Downloaded by LIQUIMAR TANKERS MANAGEMENT SERVICES INC on 02 April 2018 14:25:08

## Chapter 10: Communications

### Communications procedures

**10.5**   Has a qualified person been designated to handle distress communications?          Y   N   NS   NA

Other Inspector Comments: One of the 2nd mates would be the radio operator in case of distress communications.

**10.9**   Is there a maintenance programme in place to ensure availability of the radio equipment?          Y   N   NS   NA

Other Inspector Comments: The ship was contracted for the shore based maintenance of her radio equipment.

## Chapter 11: Engine and Steering Compartments

### Policies, Procedures and Documentation

**11.4**   If the machinery space is being operated manned, are there sufficient engineers on board?          Y   N   NS   **NA**

**11.7**   Is the dead man alarm system, where fitted, in good order and used as required?          Y   N   NS   NA

Other Inspector Comments: The dead man alarm was set to 15 minutes, the system was tested during the inspection and found in order.

**11.10**   Does the operator subscribe to a fuel, lubricating and hydraulic oil testing programme, and is there a procedure in place to take into account the results?          Y   N   NS   NA

Other Inspector Comments: Bunker samples should be sent for analysis after every bunkering operation.
Lube oil samples should be sent for analysis as follows :
* 4 months : main engine before and after purifier, diesel generators.
* 6 months : stern tube.
*12 months : mooring winches, cargo pumps turbines, ballast pump turbine, cranes, valve remote control system.
The latest 4 monthly reports dated 13 Nov 2017 contained "caution" notes for the diesel generators No 1 and 3, corrective actions were taken and recorded.
The last bi annual report was dated 27 Nov 2017 and the result was "normal" .
The last annual analysis reports dated 29 May 2017 rated all samples "normal".

© Copyright OCIMF 2018

EVRI-SW-0201727

Report for EVRIDIKI [DCMP-9694-3771-5221, Date: 27 Mar 2018]
Downloaded by LIQUIMAR TANKERS MANAGEMENT SERVICES INC on 02 April 2018 14:25:08

**Planned Maintenance**

| 11.14 | Is a planned maintenance system being followed and is it up to date? | Y | N | NS | NA |
|---|---|---|---|---|---|

Other Inspector Comments: The ship was using the "Ulysses" PMS, the chief engineer was familiar with it, no overdue items were noted.

**Safety Management**

| 11.19 | Do records indicate the regular testing of emergency equipment? | Y | N | NS | NA |
|---|---|---|---|---|---|

Other Inspector Comments: The on load test of the emergency generator was recorded on 23 Mar 2018.

| 11.20 | Is the fuel system fitted with valves that are capable of being closed from outside the machinery space and are they regularly tested and in good order? | Y | N | NS | NA |
|---|---|---|---|---|---|

Other Inspector Comments: The fuel oil quick closing valves should be tested on weekly intervals, the last test was credited on 23 Mar 2018.

| 11.21 | Are engine room emergency stops for ventilation fans clearly marked and do records indicate that they have been regularly tested? | Y | N | NS | NA |
|---|---|---|---|---|---|

Other Inspector Comments: The emergency shut down system of the engine room ventilation fans should be tested on weekly intervals, the last test was recorded on 23 Mar 2018.

| 11.26 | If the vessel class notation allows UMS operation, are main engine bearing temperature monitors, or the crankcase oil mist detector, in good order? | Y | N | NS | NA |
|---|---|---|---|---|---|

Other Inspector Comments: The oil leak alarm of No 3 auxiliary engine as well as the oil mist detector of the main engine were tested during the inspection and found in order.

| 11.27 | Where hydraulic aggregate pumps are located within the main engine compartment, is an oil mist detector fitted? | Y | N | NS | **NA** |
|---|---|---|---|---|---|

| 11.32 | Is all moving machinery provided with effective guards where this presents a hazard? | Y | **N** | NS | NA |
|---|---|---|---|---|---|

© Copyright OCIMF 2018

EVRI-SW-0201728

Report for EVRIDIKI [DCMP-9694-3771-5221, Date: 27 Mar 2018]

Downloaded by LIQUIMAR TANKERS MANAGEMENT SERVICES INC on 02 April 2018 14:25:08

Inspector Observations: A wire drum (with 3 wire ropes around it) which was connected directly to the main motor of the elevator, inside the elevator's space on the bridge deck was protected with guard only from one side although the other side was also exposed and could create hazardous situation while working on the adjacent motor and oil tank.

Initial Operator Comments: Abstract:
It was considered that the roller as moving machinery must be protected from an accidental contact. The risk of an accidental injury was real, although the entry into the space is allowed only to authorized persons.
The owners of the vessel considered the manufacturers practice as the correct one and did not lift guard to isolate the case of an unintentionally hazardous contact with lifting wires and turning roller.

Root cause:
The main body of the wire roller is protected by a cyclic 3 mm wire mesh which does not permit a human hand or other type of item to come to a contact with movable roller body. The port side of roller is protected by being close to the wall.
Eventually, the manufacturer of the system mis-estimated the risk of an accident by allowing the outer starboard part of the wire and roller grooves uncovered and available for direct wire tension understanding by hand.

Corrective action:
A same wire mesh as the one covering the inner roller was screwed on the side of the rollers cover. An accidental hurt now is impossible however in order to check the tension the wire mesh must be unscrewed.
Specific request for monthly inspection was marked on the nearby wall.

Preventative actions:
A record log posted on the upper space for the inspections to be recorded for documentation.

---

11.39    Is the bilge high level alarm system regularly tested and are records maintained?        Y   N   NS   NA

Other Inspector Comments: The engine room bilges high level alarm was tested during the inspection and found in order.

EVRI-SW-0201729

Report for EVRIDIKI [DCMP-9694-3771-5221, Date: 27 Mar 2018]

Downloaded by LIQUIMAR TANKERS MANAGEMENT SERVICES INC on 02 April 2018 14:25:08

**Machinery status**

| | | | | | | |
|---|---|---|---|---|---|---|
| 11.42 | Are engineers familiar with the procedure for taking over the controls for manoeuvring the vessel from the bridge in an emergency? | Y | N | NS | NA | |

Other Inspector Comments: The engineers demonstrated during the engine room round good familiarity on how to take over the manoeuvring controls of the ship in case of an emergency.

| | | | | | | |
|---|---|---|---|---|---|---|
| 11.44 | Is the emergency generator reserve fuel tank provided with sufficient fuel? | Y | N | NS | NA | |

Other Inspector Comments: The emergency generator was tested on the manual - hydraulic mode during the inspection and found in order.

| | | | | | | |
|---|---|---|---|---|---|---|
| 11.45 | Where an emergency generator is not fitted, are engine room emergency batteries in good order and fully charged? | Y | N | NS | NA | |

© Copyright OCIMF 2018

EVRI-SW-0201730

Report for EVRIDIKI [DCMP-9694-3771-5221, Date: 27 Mar 2018]

Downloaded by LIQUIMAR TANKERS MANAGEMENT SERVICES INC on 02 April 2018 14:25:08

**Steering Compartment**

| | | | | | |
|---|---|---|---|---|---|
| 11.48 | Has the emergency steering gear been tested within the past three months and are the results recorded? | Y | N | NS | NA |

Other Inspector Comments: The last 3 monthly test of the emergency steering gear was dated 29 Jan 2018.

| | | | | | |
|---|---|---|---|---|---|
| 11.50 | Are officers familiar with operation of the steering gear in the emergency mode? | Y | N | NS | NA |

Other Inspector Comments: The ship's officers demonstrated during the inspection good familiarity in the operation of the steering gear in the emergency mode.

| | | | | | |
|---|---|---|---|---|---|
| 11.52 | Are the arrangements for the provision of heading information adequate? | Y | N | NS | NA |

Other Inspector Comments: The heading of the gyro repeater in the steering gear room was in line with the main gyro compass.

| | | | | | |
|---|---|---|---|---|---|
| 11.53 | Are communications with the bridge satisfactory? | Y | N | NS | NA |

Other Inspector Comments: The communications over the emergency phone between the bridge and the steering gear room were cross checked during the inspection and found in order.

© Copyright OCIMF  2018

EVRI-SW-0201731

Report for EVRIDIKI [DCMP-9694-3771-5221, Date: 27 Mar 2018]

Downloaded by LIQUIMAR TANKERS MANAGEMENT SERVICES INC on 02 April 2018 14:25:08

## Chapter 12: General Appearance and Condition

### Accommodation Areas

12.22    Are personnel alarms in refrigerated spaces in good order and operational?         | Y | N   NS   NA

Other Inspector Comments: The personnel alarms in the meat and fish rooms were tested during the inspection and found in order.

### Additional Comments

12.99    Additional comments

The hull was clean and well coated. The main deck was coated in light grey, found well maintained and coated. The cargo lines, expansion joints, stands and supports as well as the cargo heating system on deck were well maintained, lubricated and insulated. The superstructure was clean and well coated. The accommodation internally was clean and tidy.

Operator's initial comments entered by: E. Apostolou [MAIN@LIQUIMAR.GR]

**Operator's Initial General Comments**

Thank you very much for the onboard inspection.

© Copyright OCIMF  2018

EVRI-SW-0201732

# Exhibit B

# To Declaration of Special Agent Frith

Message Received on Board 4/23/2018 09:38:55 UTC   14560.00 KBits

Date: 4/23/2018 08:58:00 UTC
From: main@liquimar.gr
To: A8LA4@globeemail.com
Priority: Urgent

Subject: (REF:18195EC00)
Billing:

TELiX MSG: 195EC-00 04/23/18 11:58

TO : MASTER M/T EVRIDIKI
CC : ALL OFFICERS
FROM : LIQUIMAR TANKERS /EA/MAI@LIQUIMAR.GR
SUBJECT:     ONE OF OUR SHIPS WAS REJECTED BY BP AND SOME OF THE KEY
        OFFICERS. BP REJECTED IT AND, DESPITE THE EFFORTS MADE, WILL NOT
        AGREE TO INSPECT IT BEFORE A CERTAIN TIME FRAME.

        IT LOOKS LIKE SOME OF THE OFFICERS HAVEN'T UNDERSTOOD ANYTHING.

GOOD MORNING TO ALL

YOU SHOULD READ THIS MESSAGE ALL TOGETHER AFTER YOU GIVE IT TO
EACH PERSON. I AM WRITING IT IN GREEK BECAUSE I BELIEVE THAT'S WHERE
THE BIG PROBLEM IS.
I FIRST, AND THEN WE DEMONSTRATE.

I APOLOGIZE TO ALL THOSE WHO REALLY FEEL THE PAIN AND AGONY, BECAUSE
IT'S NOT JUST ABOUT THE SHIP BUT ABOUT GREECE.

CAPTAINS

I AM SENDING YOU THE PICTURES YOU SENT US.

MY FEELING IS THAT BOTH THE FIRST ENGINEER AND THE CHIEF MATE
HAVE NEVER FELT THE PAIN AND AGONY OF DELIVERING A SHIP AFTER 20
DAYS AT ANCHOR AND HAVING IT REJECTED BY A GREEK INSPECTOR.
HE SAW

MY THOUGHT IS TO TRY AND "REDOUBLE EFFORTS"

IF I SHOW THESE PICTURES, NOT ONLY DO THEY NOT SHOW A REDOUBLING, BUT
THEY DENIGRATE THE WHOLE CONDITION OF THE SHIP.

WE ARE NOT SUCH A MESS

WE MUST ALL UNDERSTAND THAT BY REJECTING THE SHIP, THEY ARE SHOWING, FIRST TO
ME AND THEN TO YOU, THAT WE ARE NOT DOING OUR JOB WELL BECAUSE THEY GIVE US
EVERYTHING IN THIS COMPANY.

THERE ARE INSPECTORS WHO HAVE BEEN TRANSFORMED BY AUTHORITY AND
EASY MONEY, BUT THIS GREEK WAS NOT.

SO, SINCE WE WANT TO PRESENT SOMETHING WHERE WE CAN SAY TO THE
FIRST [ENGINEER] AND THE CHIEF MATE THAT WE'VE BEEN WORKING, WE
HAVE TO TAKE PART IN THE WORK LIKE SUPERVISORS.
THANK GOD, YOU HAVE PEOPLE THAT DON'T EXIST ANYWHERE ELSE.

I WANT TO SAY FOR EXAMPLE,
THE ELEVATOR GUARD THAT WE INSTALLED AS A CORRECTIVE ACTION CAN BE PAINTED RED,
DIRECTIONS CAN BE POSTED ABOUT HOW WE STRETCH THE WIRES, ETC. WITH THE ORIGINAL

SINGLE COLOR SO THAT IT DOESN'T RAISE THE QUESTION HOW YOU
DID IT.
WE WRITE COMMENTS.
WE POST INSTRUCTIONS ON HOW WE MAINTAIN AND HOW WE STRETCH THE
WIRE IN ORDER TO AVOID THE ACCIDENT.

FOR THE DOOR, THE CHIEF MATE REMOVES THE HANDLES, HE WASHES THEM SO THAT
THERE'S NO RUST DRIPPING, HE PUTS GREASE THAT DOESN'T ALLOW RUST, HE PAINTS
THEM CORRECTLY.

IN THE CONTROL ROOM HE DOESN'T REMOVE THE AUDIBLE ALARM, OR THE SAAB OR ANY
OTHER, THERE IS NO REASON OTHER THAN SO IT WONT BOTHER US

IF HE DOESN'T CONSIDER THESE TASKS WORTHY OF A CANDIDATE FOR CAPTAIN, HE
CAN ASSIGN SOME OTHER OFFICER WHO BELIEVES THESE TASKS ARE FOR A
CANDIDATE CHIEF MATE.

WHEN THE FIRST [ENGINEER] IS WAITING FOR AN INSPECTION ASIDE FROM HIS
ADRENALINE BEING HIGH, NOT BECAUSE WE HAVE AN INSPECTION BUT WHEN WE HAVE
AN INSPECTOR, WE DON'T HAVE THE ABILITY TO TELL HIM IT WAS A MISTAKE AND WE
WONT DO IT AGAIN. IT IS NOW WRITTEN IN THE SHIP'S FILE AND OURS

NOW, TO FIND THAT

THE EMERGENCY SHUT DOWN ISN'T WORKING FOR THE FUEL
OR THE SEPARATOR HAS A DIFFERENT CODE
OR THE BOILERS WORK ON MANUAL WHEN WE HAVE AN INSPECTOR INSIDE,
I DON'T UNDERSTAND IT.

PLEASE FIX THE DOOR, WRITE A SIGN AT THE PORT, WE HAVE THEM ON AUDIBLE ALARM
"HAVE ALWAYS ON," ETC. AND SEND PHOTOS

THE CAPTAIN, EVERY TIME SOMEONE IS AT FAULT FOR SOME OBSERVATIONS, HE
WILL ASK HIM TO WRITE THE CAUSAL FACTOR

I AM WAITING FOR PICTURES THAT WILL SHOW WHAT BP IS ASKING FOR, THAT IS TO
MAKE EFFORTS MORE GREATER OR MORE INTENSE OR MORE NUMEROUS.

THE REASON IS, WE SHOULD SEND A SECOND RESPONSE TO SIRE SO THEY CAN
HOPEFULLY SEE THAT WE REALLY ARE TRYING, BECAUSE IF I SEND THE PICTURES YOU
SENT US FOR A SECOND TIME, THEY WILL SAY WE ARE "WORTHLESS"

>TELiX: T 15915-00 0404 1721 BP

>From: "Papanastasiou, Yannis" ████████████████████████

>To :LIQUIMARTANKERSMANAGEMENT<main@liquimar.gr>;
>Sent: Wed, 4 Apr 2018 14:20:50 +0000
>Subj: RE: RE:EVRIDIKI, IMO No 9318137, BP SIRE ASSESSMENT -
>    DCMP-9694-3771-5221 on 27-Mar-2018 (REF:181584100)
Dear Capt Apostolou

Many thanks for your message below. While I understand your perspective on
this particular issue.
The vessel currently presents elevated risk to BP and is not approved for
business and will need a fresh
Operational BP SIRE in the time frame allocated in my initial message. Please
redouble your efforts in the meanwhile to show a sustained improvement.
The initial assessment stands

Many thanks for your understanding

Yannis Papanastasiou
Superintendent - Vetting & Clearance Team
BP Shipping Limited
2nd Floor Desk L2- 3A08D
20 Canada Square
London. E14 5NJ
Tel Vetting Team: +44 203 6835859
Tel Direct Line           ███████████

E-mail ███████████████████████████████████
Team e-mail: vetting@bp.com<mailto:vetting@bp.com>

[cid:image001.png@01D3CC28.83216B80]
Read more here HSSEQ<https://intranet.bp.
com/en_gb/global-businesses/shipping/what_we_do/hse.html>

E-mail disclaimer: The information in this e-mail is confidential and may be
legally privileged. It is intended solely for the addressee(s) only. Access
to this e-mail by anyone else is unauthorised. If you are not the intended
recipient, any disclosure, copying, distribution or an action taken or
omitted to be taken in reliance on it, is prohibited and may be unlawful.

Within the bounds of law, electronic transmission through internal and external networks may be monitored to ensure compliance with internal policies and legitimate business purposes.

-----Original Message-----
From: LIQUIMAR TANKERS MANAGEMENT [mailto:main@liquimar.gr]
Sent: 04 April 2018 14:10
To: Papanastasiou, Yannis
Subject: RE:EVRIDIKI, IMO No 9318137, BP SIRE ASSESSMENT - DCMP-9694-3771-5221 on 27-Mar-2018 (REF:181584100)
Importance: High

TELiX MSG: 15841-00 04/04/18 16:10

TO : BP Vetting Department

TO : "Papanastasiou, Yannis" <█████████████████████████████
████████████████████

FM : Liquimar Tankers/EA/main@liquimar.gr<mailto:Tankers/EA/main@liquimar.gr>

Dear Sirs,

Sub : M/T Evridiki - IMO No. 9318137

Sub : Negative Assessment of BP for SIRE report DCMP-9694-3771-5221

Your below assessment noted.

It caused great distress to the Owners, Operators, Master of the vessel, her Officers and Crew.

The reason was as per our opinion that the efforts we had paid onboard and ashore to meet BP's operating standards, after the first failure, had beared fruit.

Such understanding was/is documented in the reports the vessel has received from the terminals where she was operating in 2017 (please see attached copies).

While we are committed that we will further intensify such efforts, may we request your concern and apply for reduction of the time period for a new BP SIRE inspection.

Any comments from BP would be very helpful to us.

Yours faithfully,

Liquimar Tankers / Capt E. Apostolou

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

We have reviewed your responses to the BP SIRE inspection report of the above mentioned vessel.

The inspection identified observations in the following areas:

-VIQ Chapters 5, 6 8 & 11

These specific aspects along with other observations have led us to form the view that the vessel is not being operated to the standards we require.

Once you have addressed the above and you have provided satisfactory evidence to demonstrate that there have been improvements onboard, you should apply for a BP SIRE inspection, but not before 27/Mar/2019.

Until such time the Vessel is not acceptable for use by the BP Group.

BP Shipping encourages voluntary reporting of all incidents, casualties and best practices within the tanker fleet and looks forward to receiving these notifications.

Should you require further clarification on the above please contact vetting@bp.com<mailto:vetting@bp.com<mailto:vetting@bp.com%3cmailto:vetting@bp.com>>.

Yannis Papanastasiou

Superintendent - Vetting & Clearance Team BP Shipping Limited 2nd Floor Desk L2- 3A08D

20 Canada Square

London.  E14 5NJ

Tel Vetting Team: +44 203 6835859

Tel Direct Line      ███████████

E-mail ████████████████████████████
████████████████████████████████████

Team e-mail: vetting@bp.com<mailto:vetting@bp.com<mailto:vetting@bp.

com%3cmailto:vetting@bp.com>>


[cid:image003.png@01D3CC05.FE7AA670]

Read more here HSSEQ<https://intranet.bp.

com/en_gb/global-businesses/shipping/what_we_do/hse.html>


E-mail disclaimer: The information in this e-mail is confidential and may be

legally privileged. It is intended solely for the addressee(s) only. Access

to this e-mail by anyone else is unauthorised. If you are not the intended

recipient, any disclosure, copying, distribution or an action taken or

omitted to be taken in reliance on it, is prohibited and may be unlawful.

Within the bounds of law, electronic transmission through internal and

external networks may be monitored to ensure compliance with internal

policies and legitimate business purposes.


>----- Original Message End -----


*****

Please consider your environmental responsibility before printing this e-mail

*****


Received: from INT at Globe Wireless;

Mon, 23 Apr 2018 09:02 UTC

Message-id: 444195343

ATTACHMENTS:


20180412144906029.pdf

elevator_guard.jpg

FOTO_DOORS.docx

PHOTO_OWS.pdf

Message Received on Board 4/23/2018 09:38:55 UTC    14560.00 KBits

Date: 4/23/2018 08:58:00 UTC
From: main@liquimar.gr
To:  A8LA4@globeemail.com
Priority: Urgent

Subject: (REF:18195EC00)
Billing:

TELiX MSG: 195EC-00 23/04/18 11:58

TO : MASTER  M/T  EVRIDIKI
CC : ALL OFFICERS
FM : LIQUIMAR TANKERS /EA/MAI@LIQUIMAR.GR
THEMA    ENA PLOIO MAS TO EKOPSE  I bp KAI MERIKOI APO TOUS S KEY OFFICERS
        MAS TO EKOPSE I BP KAI PAOLES TIS  PORSPATHEIES POU  KATAVLITHIKAN
        DEN DEXETAI NA TO EPITHEORISEI  PRIN PERASEI ENAS IMEROLOGIAKOS
        XRONOS.

        FAINETAI MERIKOI APO TOUS AXIOMATIKOUS  NA MIN EXOUN KATALAVEI
        TIPOTA.


KALIMERA  KAI S'OLOUS

AYTO TO MINIMA  NA TO DIVASETE  OLOI MAZI  AFOU TODOSETE STON KATHENA
TO GRAFO ELLINIKA   GIATI  NOMIZO EKEI EINAI TO MEGALO PROVLIMA .
PROTA EGO KAI META EMEIS DIXNOUME .

ZITO SYGNOMI APO OLOUS EKEINOUS POU PRAGMATI  PONOUN  KAI  AGONIOUN
GIATI DEN EINAI  MONO GIA TO PLOIO ALLA  KAI GIA TIN ELLADA.

KAPETANIES

SAS STELNO TIS FOTOGRAFIES  POU MAS STEILATE .
I AISTHISI MOU  EINAI OTI KAI O PROTOS MIXANIKOS KAI O GRAMMATIKOS
DEN EXOUN POTE TOUS NOIOEI TIN PIKRA  KAI TIN AGONIA NA DINEIS  ENA
KARAVI META APO  20 IMERES AGYROVOLIO  KIA NA STO KOVEI ENA S ELLINAS
EPITHEORITIS .
AYTOS EIDE
I SKEPSI MOU EINAI NA PROSPATHISO KAI NA DIPLASIASO "REDOUBLE  EFFORTS"
AYTES TIS  FOTOGRAFIES AN TIS DOSO OXI MONO DEN FAINETAI  TO REDOUBLING
ALLA YPOVATHMIZOUN  KAI TIN OLI KATASTAS TO PLOIOU.

DEN EXOUME AYTO  TO XALI

THA PREPEI OLOI NA KATALAVOUME  OTI TO NA MAS KOVOUNE TO KARAVI  PROTA SE MENA
KAI META  SE SAS  DEIXNOUN OTI DEN KANOUME KALA TIN DOULEIA MAS  GIATI OLA
MAS TA DINOUN  S'AYTIN TIN ETAIREIA .

YPARXOUN  EPITHEORITES POU TOUS  EXEI  METAPLASEI I EXOUSIA KAI TO EYKOLO
XRIMA OMOS  AYTOS O ELLINAS DEN EITANE.

AFOU LOIPON  THELOUME NA PAROUSIASOUME  KATI POU NA LEME PROTE KAI
GRAMAMTIKE OTI DOULEPSAME  PREPEI NA SYMETEXOUME  STIN DOULIA  SAN
ESUPERVIZORS
dOXA TON THEO EXETE KOSMO POU DEN YPARXEI ALLOU POUTHENA


THELO NA PO PX
TO PROSTATEYTIKO TOU ASANSER POU VALME  SAN CORECTIVE ACTION  MPOREI NA VAFTEI
KOKINO   NA KRAMASTEI MIA ODIGIA POS TENTONOUME TA SYRMATA  KLP  ME TO ORIGINAL

ENIAIO XROMA OSTE NA MIN EGEIRI TO EROTIMA KAI POS TO KANATE.
GRAFOUEM APRATIRISEIS .
KREMANME ODIGIES  POS SYTIROUME KAI POS TRNTONOUME TO SYRMA  OSTE
GIA NA APOFIGOUME TO ATYXIMA .

TIN PORTA O GRAMMATIKOS  VGAZEI TIS LAVES TIS PLENEI NA MIN TREXOUN SKORIES
NAZEI GRASSO POU DEN AFINEI TIS SKOURIES  TIS VAFEI SOSTA

MESA  STO CONTROL  ROOM  DEN VGAZEI TO  AUDIBLE ALARM OUTE TO SAAB OUTE KANENA
ALLO DRN YPSARXERI LOGOS PARA NA MIN MA SENOXLEI


AN AYTES TIS DOULIES  DEN TIS THEOREI  TIS TAXIS ENOS  YPOPSIFIOU KAPETANIOU
VAZEI KAPOION ALLON AXIOMATIKO POUPISTEVEI OTI AYTES OI DOULEIES EINAI  GIA
ENA YPOPSIFIO GRAMMATIKO

O POTOS OTAN PERIMENEI  EPITHEORISEI  EKTOS TOU OTI I ADRELALINI TOU ANEVAINEI
SAT YPSOI OXI GIATI  EXOUME EPITHEORITI ALLA  GIATI  OTAN EXOUME EPITHEORITI
DEN EXOUME TIN DINATOTITA NA  POUME LATHOS EITANE KAI DEN TO XANAKANOUME .
EINAI PIA GRAMENO   KAI STO MITRO TOU PLOIOIU KAI TO DIKO MAS

TORA TO NA VREI  OTI

DEN DOULEVOUN TA EMERGENCY  SHUT DOWN TON  FUEL OR
TO SEPARATOR  EXEI ALLO KODIKI
I TA KAZANIA DOULEVOUN STO MANUAL  OTAN EXOUME MES AEPITHEORITI
EGO DEN TO KATALAVAINI .

SAS PARAKLO  FTIXETA  TIN PORT  GRAPSETE MIA TAMBELA STO LIMANI TIS EXOUME
ANOIXTES  STA AUDIBLE  ALARM " HAVE ALWAYS ON "  ETC  AND SENT PHOTOS

O PLOIARXOS  KATHE FORA  POU KAPOIOS FTAIEI  GIA  KAPOIES PARATHIRISEIS THA
TO ZITAEI  AYTOS NA GRAPSEI TO  CASUAL FACTOR

pERIMENO TIS FOTOGRAFIES  POU NA DIKAIOLOGOUN AYTO  POU MOU ZITAEI I BP
DILADI TO MAKE EFFORTS MORE GREATER  OR MORE INTENSE OR  MORE NUMEROUS .

O LOGOS EINAI NA XANSTEILOUME DEYTERI APANTISI  STO SIRE  MIPOS KAI DOUN OTI
PRAGMATI PROSPATHOUME  GIATI AN STEILO TIS FOTOGRAFIES POU MA SSTEILATE  GIA
DEYTERI FORA  THA MA SPOUN OTI EMEIS EIMASTE  " GIA PETAMA "


>TELiX: T  15915-00 0404 1721 BP

>From:"Papanastasiou, Yannis"< ███████████████████████
>To  :LIQUIMARTANKERSMANAGEMENT<main@liquimar.gr>;
>Sent: Wed, 4 Apr 2018 14:20:50 +0000
>Subj: RE: RE:EVRIDIKI, IMO No 9318137, BP SIRE ASSESSMENT -
>     DCMP-9694-3771-5221 on 27-Mar-2018 (REF:181584100)
Dear Capt Apostolou

Many thanks for your message below. While I understand your perspective on
this particular issue.
The vessel currently presents elevated risk to BP and is not approved for
business and will need a fresh
Operational BP SIRE in the time frame allocated in my initial message. Please
redouble your efforts in the meanwhile to show a sustained improvement.
The initial assessment stands

Many thanks for your understanding

Yannis Papanastasiou
Superintendent - Vetting & Clearance Team
BP Shipping Limited
2nd Floor Desk L2- 3A08D
20 Canada Square
London.  E14 5NJ
Tel Vetting Team: +44 203 6835859
Tel Direct Line       ████████████████

E-mail ███████████████████████████████████████████
Team e-mail: vetting@bp.com<mailto:vetting@bp.com>


[cid:image001.png@01D3CC28.83216B80]
Read more here HSSEQ<https://intranet.bp.
com/en_gb/global-businesses/shipping/what_we_do/hse.html>

E-mail disclaimer: The information in this e-mail is confidential and may be
legally privileged. It is intended solely for the addressee(s) only. Access
to this e-mail by anyone else is unauthorised. If you are not the intended
recipient, any disclosure, copying, distribution or an action taken or
omitted to be taken in reliance on it, is prohibited and may be unlawful.
Within the bounds of law, electronic transmission through internal and
external networks may be monitored to ensure compliance with internal
policies and legitimate business purposes.


-----Original Message-----
From: LIQUIMAR TANKERS MANAGEMENT [mailto:main@liquimar.gr]
Sent: 04 April 2018 14:10
To: Papanastasiou, Yannis
Subject: RE:EVRIDIKI, IMO No 9318137, BP SIRE ASSESSMENT -
DCMP-9694-3771-5221 on 27-Mar-2018 (REF:181584100)
Importance: High


TELiX MSG: 15841-00 04/04/18 16:10

TO :  BP Vetting Department

TO : "Papanastasiou, Yannis" ███████████████████████████
████████████████████

FM :  Liquimar Tankers/EA/main@liquimar.gr<mailto:Tankers/EA/main@liquimar.gr>

Dear Sirs,

Sub : M/T Evridiki - IMO No. 9318137

Sub : Negative Assessment of BP for SIRE report DCMP-9694-3771-5221

Your below assessment noted.

It caused great distress to the Owners, Operators, Master of the vessel, her Officers and Crew.

The reason was as per our opinion that the efforts we had paid onboard and ashore to meet BP's operating standards, after the first failure, had beared fruit.

Such understanding was/is documented in the reports the vessel has received from the terminals where she was operating in 2017 (please see attached copies).

While we are committed that we will further intensify such efforts, may we request your concern and apply for reduction of the time period for a new BP SIRE inspection.

Any comments from BP would be very helpful to us.

Yours faithfully,

Liquimar Tankers / Capt E. Apostolou

---------------------------------------------------------

We have reviewed your responses to the BP SIRE inspection report of the above mentioned vessel.

The inspection identified observations in the following areas:

-VIQ  Chapters 5, 6 8 & 11

These specific aspects along with other observations have led us to form the view that the vessel is not being operated to the standards we require.

Once you have addressed the above and you have provided satisfactory evidence to demonstrate that there have been improvements onboard, you should apply for a BP SIRE inspection, but not before 27/Mar/2019.

Until such time the Vessel is not acceptable for use by the BP Group.

BP Shipping encourages voluntary reporting of all incidents, casualties and best practices within the tanker fleet and looks forward to receiving these notifications.

Should you require further clarification on the above please contact vetting@bp.com<mailto:vetting@bp.com<mailto:vetting@bp.com%3cmailto:vetting@bp.com>>.

Yannis Papanastasiou

Superintendent - Vetting & Clearance Team BP Shipping Limited 2nd Floor Desk L2- 3A08D

20 Canada Square

London.  E14 5NJ

Tel Vetting Team: +44 203 6835859

Tel Direct Line          ████████████

E-mail yannis█████████████████████████████████
████████████████████████████████████████████

Team e-mail: vetting@bp.com<mailto:vetting@bp.com<mailto:vetting@bp.com%3cmailto:vetting@bp.com>>

[cid:image003.png@01D3CC05.FE7AA670]

Read more here HSSEQ<https://intranet.bp.

com/en_gb/global-businesses/shipping/what_we_do/hse.html>

E-mail disclaimer: The information in this e-mail is confidential and may be legally privileged. It is intended solely for the addressee(s) only. Access

to this e-mail by anyone else is unauthorised. If you are not the intended recipient, any disclosure, copying, distribution or an action taken or omitted to be taken in reliance on it, is prohibited and may be unlawful.

Within the bounds of law, electronic transmission through internal and external networks may be monitored to ensure compliance with internal policies and legitimate business purposes.


>----- Original Message End -----


*****
Please consider your environmental responsibility before printing this e-mail
*****


Received: from INT at Globe Wireless;
Mon, 23 Apr 2018 09:02 UTC
Message-id: 444195343

ATTACHMENTS:

20180412144906029.pdf
elevator_guard.jpg
FOTO_DOORS.docx
PHOTO_OWS.pdf



JTG, Inc.
8245 Boone Boulevard
Suite 700
Vienna, Virginia
22182

1.703.548.7570  voice
1.877.746.8906  toll free
1.703.548.8223  fax

jtg-inc.com

## CERTIFICATE OF TRANSLATION

I,  Stella Fiotes  , certify that I am competent to translate this document, and that the translation is true and accurate, to the best of my abilities. Archival seals, stamps, and certifications have been translated here.

English Title: Liquimar Email 23 April 2018

I certify under penalty of perjury, pursuant to 28 U.S.C. 1746, that the attached translation is true and correct.

Executed this day of December 13, 2019

Signature

# Exhibit C

# To Declaration of Special Agent Frith

M/T EVRIDIKI

## SAFETY COMMITTEE MEETING MINUTES REPORT

THE MEETING  COMMENCED ON  **31 MARCH 2018**  AT 1045 hrs   COMPLETED ON 1115 hrs
WHILE VESSEL AT ~~PORT/SEA/ANCHOR~~ (delete as appropriate)

The following safety topics/areas/systems must be periodically reviewed and can form part of the agenda, in order to assess and review the effectiveness of safety and pollution prevention working systems and activities on board.
They are detailed in company's QP13 "Health, Safety Management & Environmental Protection" procedure, para 3.3.1.2

- *Effective implementation of the LMS on board*
- *Safety and Environmental Protection requirements and training*
- *Garbage disposal*
- *Bunkering procedures & oil transfer procedures*
- *Performance during Safety Drills & suggested improvements*
- *Condition of Safety Equipment*
- *Safety of working practices and conditions on board*
- *Analysis of accidents and near misses*
- *Water Ballast Management Plan*

- *Ship Security issues*
- *Suggestions for improvement*
- *Action decided*
- *Implementation & effectiveness of the "Shipboard Occupational Health & Safety program (SOHSP)*
- *Controlling Contractors or visitors on board*
- *Risk Assessments carried out/or are to be carried out*
- *Safety, Occupational health & environmental protection safeguards, practices, instructions and training that need to be established in view of the above and action decided.*

Interpreting and applying the Company's training policy to all personnel onboard the vessel the following subjects have been selected for discussion.

Subjects :  1. VESSEL'S PERFORMANCE AT LATEST BP VETTING INSPECTION

### Meeting Minutes

*While  the ship was underway to Sidi Kerir, the Safety Committee Meeting was conducted under the chairmanship of the Master assisted by his senior officers. The ageda of the meeting was regarding the observations raised during the latest vetting inspection undertaken by BP Oil Industry and vessel's overall performance:*

*Vessel's overall performance : Master made an introduction to the subject, expressing his opinion regarding officer's and crew's overall performance at the latest vetting inspection, which was carried out in Pachi, Greece leading to five observations. He underlined two of them, one regarding the securing of the accommodation doors and one regarding the certification status of the Oil Water Separator and mentioned that they will be discussed in detail later.  Before proceeding to the analysis of the above mentioned observations he encouraged all officers and crew to remain vigilant, maintain their performance standards high and seek further improvement to achieve zero observations to the upcoming inspections in the future.*

*Observation #1: Are external doors, ports and windows kept closed in port?* Inspector observed that on the one hand, the vessel's openings were correctly secured at port in order to avoid contamination of the accommodation atmosphere with petroleum gases on deck and leaving one watertight door open for controllable working access. On the other hand,  the rest of the accommodation watertight doors were secured from the inside leading to a safety risk in case of emergency. Master explained that safety must always be the number one concern of everyone on board and shall prevail over security concerns.  For this reason, the securing mechanism from the inside was released as the above mentioned issue was raised. SSO informed all attendees that a warning poster was placed on the external doors providing instructions for opening the door in case locked.
*All attendees gave their positive feedback regarding the above and agreed to maintain their safety / security standards high at all times.*

*Observation #2: Is the Oily water separator in good order?* Inspector observed that even though the vessel was provided with a certificate for the 5 yearly (as per MEPC 107.49) calibration of the oil content meter of the OWS dated on 12 Oct 2016 (being still valid), it was noted that the serial number of the measuring shell on the certificate was not in line with the serial number of the measuring shell on board.
*Chief engineer explained that the measuring shell of the OWS was replaced by makers due to a failure in the measuring and filtering system. The change was recorded in the Oil record book and a relevant certificate was issued but the serial number of the replaced shell was not deleted from the initial certificate. Master announced that during the annual inspection carried out by the Flag State representative, a simulated test was undertaken and the serial number of the new*

EVRI-SW-0178494

*measuring shell was recorded on the manual certificate of approval. C/E mentioned that a warning notice was posted in order to avoid relevant potential documentation oversights in the future.*
*All attendees expressed their understanding and compliance with the above.*

*After all the aboved agendas were thoughly discussed and explained, questions were raised and answers by the chairman and senior officers until all members were fully informed and completely aware. The meeting was dismissed at 1115 hrs LT.*
*Safety Committee meeting completed with satisfactory results.*

**Remarks:**
**Duty officer and Watcman were briefed regarding the minutes of the meeting after their watch.**

**The following Senior staff/Officers/trainees participated :**

| Name: Taflampas Gerasimos | Rank: Master | Signature: | Name: Abao Kent | Rank: AB | Signature: |
|---|---|---|---|---|---|
| Name: Skarnavis Panagiotis | Rank: Ch. Off | Signature: | Name: Doldolea J. Kirby | Rank: OS | Signature: |
| Name: Vrettos Ioannis | Rank: 2rd Off | Signature: | Name: Rebaya Ramil | Rank: OS | Signature: |
| Name: Pricop Claudiu | Rank: 2nd Off | Signature: | Name: Ecle Mark Ronald | Rank: DB | Signature: |
| Name: Vastardis Nikolaos | Rank: Ch. Eng | Signature: | Name: Ayop Freddie | Rank: Oiler | Signature: |
| Name: Marientes Wilfredo | Rank: 2nd Eng | Signature: | Name: Ang Norvin | Rank:Wiper | Signature: |
| Name: Sta Maria Juanito | Rank: 3rd Eng | Signature: | Name: Sanchez Felmar | Rank: Wiper | Signature: |
| Name: Cabayao Wandrilo | Rank: Jr 3rd Eng | Signature: | Name: Salvio Edgardo JR | Rank: Cook | Signature: |
| Name: Golynskyy Anton | Rank: Electrician | Signature | Name: Jonota Ramil | Rank: Asst Cook | Signature: |
| Name: Macalintal Larry | Rank: Pumpman | Signature | Name: Hermano Vergel | Rank: Messman | Signature: |
| Name: Tawagon Richard | Rank: Bosun | Signature: | Name: Ventura Joel | Rank: Messman | Signature: |
| Name: Antonio Jhunmar | Rank: AB | Signature: | Name: Esmi Aiedin | Rank: Fitter | Signature: |
| Name: Pastrana Eddie | Rank: AB | Signature: | | | |

Chief Officer's name **Skarnavis Panagiotis**  signature _____     Master's name **Capt. Taflampas Gerasimos**  signature_____

1 COPY TO BE KEPT IN RELEVANT FILE
ONBOARD

MEETINGS ARE  TO BE CARRIED OUT  AT LEAST
EVERY 15 DAYS UNDER THE CHAIRMAN OF MASTER

EVRI-SW-0178495

# Exhibit D

# To Declaration of Special Agent Frith

## McKnight, Brent S CGSA

**From:** McGuire, Thomas LT
**Sent:** Monday, February 3, 2020 7:11 AM
**To:** McKnight, Brent S CGSA
**Subject:** FW: [Non-DoD Source] Deckma OCM Calibration Certificates
**Attachments:** Calibration_Certificates_01_30_2020.pdf

Good morning Brent,

I received the below reply from Deckma.

V/r,
Tom

**From:** Joachim Gehrt
**Date:** Monday, Feb 03, 2020, 3:11 AM
**To:** McGuire, Thomas LT <Thomas.M.McGuire@uscg.mil>
**Subject:** [Non-DoD Source] Deckma OCM Calibration Certificates

Good morning,

Thank you for your enquiry. Please be informed as follows:

**1+2.** Here is an overview of the attached certificates sequentially :

1- Calibration Certificate 5003751, issued from DECKMA, dated 20.05.2006, original works
calibration certificate delivered with the instrument
2- Calibration Certificate 5008027, issued from DECKMA, dated 30.10.2007, original works
calibration certificate delivered with the instrument
3- Calibration Certificate 5003751, dated 12.10.2016, not issued from DECKMA.
4- Calibration Certificate 5003751, issued from SEMBCORB MARINE LTD, dated 12.10.2016,
this company is not authorized from DECKMA for calibration, not valid according to IMO*
5- Calibration Certificate 5008027, dated 30.10.2016, not issued from DECKMA.
6- Calibration Certificate from company AUTOTECH, dated 31.03.2018, this company is not
authorized from DECKMA for calibration, not valid according to IMO*
7- Calibration Certificate 5020630, issued from DECKMA, dated 18.12.2018, original works
calibration certificate delivered with the instrument
8- Calibration Certificate from company AUTOTECH, dated 11.01.2019, this company is not
authorized from DECKMA for calibration, not valid according to IMO*

* IMO Resolution MEPC.107(49) Section 4.2.11 and IMO Resolution MEPC.285(70)

Since we deliver our bilge alarms via separators manufacturers, representatives and ship
spare parts dealers, we are not always aware of the ship name.

**3.** We manage a database of all of our measuring cells and devices, when they are
manufactured, calibrated, delivered, and customer data. If the ship name and the IMO
number are known, these are also entered.
   In addition, we manage a database of all repairs and calibration that we carry out.
Our authorized sales & service Centers are listed on our website -
http://www.deckma.com/agents
   Our authorized service stations receive calibration certificates with a serial number
from us. These are registered in a database and can be traced by us.

Please don't hesitate to contact us if you require more information.

Mit freundlichen Grüßen,
With best regards,

DECKMA HAMBURG GmbH
ppa. Joachim Gehrt     (Mr)
Director Sales & Marketing

DECKMA HAMBURG GmbH
Kieler Strasse 316
22525 Hamburg - Germany
Phone:
Fax:
eMail:
Internet:   www.deckma.com

----------------------------------------------------------------------------------

DECKMA HAMBURG GmbH
General Conditions of Supply and Delivery for Products and Services of the Electrical Industry apply.
Goods remain the property of the seller until outstanding invoices are paid.
Registered/Amtsgericht Hamburg HRB No./Nr.: 39129
Legal Jurisdiction/Gerichtsstand: Hamburg (Germany) - Company based in: Hamburg
Managing Director/Geschäftsführer: A. Schulze
VAT-Reg.-No./USt.Id.Nr.: DE118540659 - Tax No./Steuer Nr.: 2205 0521200820

----------------------------------------------------------------------------------

**PLEASE GIVE US YOUR FEEDBACK – TAKE OUR SURVEY**

New Products:

Water in Oil Monitor **WMD-1005**  /  Turbidity in Water Monitor **TMD-90**  /  Particle in Water Monitor **PMD-80**

Please contact us for more information. We exhibit:



**8-11 sept 2020**
leading international
maritime trade fair
smm-hamburg.com

**SMM**

Original Message processed by david®

**Deckma OCM Calibration Certificates** 31. Januar 2020, 20:37 Uhr

**Von**  McGuire, Thomas LT

**An**  post@deckma.com

Good afternoon,

I conducted a Port State Control Exam on a vessel that was equipped with a Deckma-Hamburg
OMD 2005 Oil Content Meter.   I was wanted to see if there was any information you might
be able to provide regarding the authenticity of calibration certificates.   Specifically,
I am looking for information regarding the 8 attached OCM calibration certificates
associated with Liquimar Tankers and the M/T Evridiki, as follows:

1.    Which certificates, if any, were issued by Deckma or an authorized representative?
For any authentic certificate, for what ship was the certificate issued?

2.    Are any of the Deckma certificates fake or fraudulent?

3.    Does Deckma have a record of the Serial Numbers listed on the attached certificates (5008027; 5003751; 5020630) and can it provide when these units were sold, when calibrated, the name of the company, and name of the vessel?

Thank you very much in advance for your assistance with this inquiry.

Best regards,

LT Thomas M. McGuire
U.S. Coast Guard
Supervisor,
Marine Safety Detachment Lewes DE
802 Pilottown Road
Lewes, DE 19958

Office: (302) 644-1909
Cell: (302) 218-3822
Fax: (302) 644-1933

## McKnight, Brent S CGSA

| | |
|---|---|
| **From:** | McGuire, Thomas LT |
| **Sent:** | Wednesday, February 5, 2020 9:51 AM |
| **To:** | McKnight, Brent S CGSA |
| **Subject:** | FW: [Non-DoD Source] Deckma OCM Calibration Certificates |

**Categories:** Red Category

Good day Brent,

I received the below reply from Deckma.

V/r,
Tom

**From:** McGuire, Thomas LT <Thomas.M.McGuire@uscg.mil>
**Date:** Wednesday, Feb 05, 2020, 9:47 AM
**To:** Joachim Gehrt
**Subject:** RE: [Non-DoD Source] Deckma OCM Calibration Certificates

Good day sir,

Thank you very much for your reply.

Best regards,

LT Thomas McGuire, USCG

**From:** Joachim Gehrt <
**Date:** Wednesday, Feb 05, 2020, 8:21 AM
**To:** McGuire, Thomas LT <Thomas.M.McGuire@uscg.mil>
**Subject:** RE: [Non-DoD Source] Deckma OCM Calibration Certificates

Good morning,

Thank you for your enquiry. Please be informed as follows:

1) No, we don't know the company. This certificate is not valid to IMO.
2) No, looks like a self-made certificate from our factory calibration certificate from 2007, but with a newer date.
   It is the same certificate from your first email.  >5- Calibration Certificate 5008027, dated 30.10.2016, not issued from DECKMA.<

Please don't hesitate to contact us if you require more information.

Mit freundlichen Grüßen,
With best regards,

DECKMA HAMBURG GmbH
ppa. Joachim Gehrt    (Mr)
Director Sales & Marketing

DECKMA HAMBURG GmbH
Kieler Strasse 316

```
22525 Hamburg - Germany
Phone:     ████████████████████████████
Fax:       ████████████████████████████
eMail:     ████████████████████████████
Internet:  www.deckma.com
```

----------------------------------------------------------------------

DECKMA HAMBURG GmbH
General Conditions of Supply and Delivery for Products and Services of the Electrical Industry apply.
Goods remain the property of the seller until outstanding invoices are paid.
Registered/Amtsgericht Hamburg HRB No./Nr.: 39129
Legal Jurisdiction/Gerichtsstand: Hamburg (Germany) -  Company based in: Hamburg
Managing Director/Geschäftsführer: A. Schulze
VAT-Reg.-No./USt.Id.Nr.: DE118540659 - Tax No./Steuer Nr.: 2205 0521200820

----------------------------------------------------------------------

**PLEASE GIVE US YOUR FEEDBACK – TAKE OUR SURVEY**

New Products:
Water in Oil Monitor **WMD-1005** / Turbidity in Water Monitor **TMD-90** / Particle in Water Monitor **PMD-80**
Please contact us for more information. We exhibit:



**8-11 sept 2020**
leading international
maritime trade fair
smm-hamburg.com   **SMM**

---

Original Message processed by david®

**RE: [Non-DoD Source] Deckma OCM Calibration Certificates** 5. Februar 2020, 13:58 Uhr

**Von**  McGuire, Thomas LT

**An**  Joachim Gehrt

Good day,

After reviewing your below reply, I wanted to inquire about the two attached documents that are for the same vessel.

1) The first attached file is a third-party servicing and testing certificate.  Is this a valid servicing certificate from an authorized servicing provider?
2) The second attached file is what looks like a Deckma calibration certificate, together with a picture of the OMD-2005 measuring cell onboard.  Is this an authentic certificate issued by Deckma?

Thank you very much again for your helpful assistance.

Best regards,

LT Thomas M. McGuire
U.S. Coast Guard
Supervisor,
Marine Safety Detachment Lewes DE
802 Pilottown Road
Lewes, DE 19958



**PRECISION & QUALITY**

Irodotou 22, Athens 107 65
Tel: +30-210-7209990

# *SPECIAL ATTESTATION AND TEST CERTIFICATE*

This is to certify that on 27/08/2017 at Offshore Pebroke the following ~~machinery /~~ equipment / ~~stores / records~~, ect inspected, tested and or ~~calibrated~~ in accordance with the manufacturer's instructions and or customary acceptance / approval of shipping practices and techniques found as follows:

**SHIP'S NAME: M/T EVRIDIKI**
**PLACE: Offshore Pembroke**
**CERT: 356-OWS**
**DATE: 27/08/2017**

| Description of work: | Oily Water Separator Test |
|---|---|

| | |
|---|---|
| VISUAL CONDITION | SATISFACTORY |
| DRAWINGS | SATISFACTORY |
| EQUIPMENT CALIBRATION | SATISFACTORY |
| WORKING TEST | SATISFACTORY |
| CLEANLINESS | SATISFACTORY |

## *This is to certify that*

The above equipment tested and found in good operating condition
It was calibrated as necessary

## Particulars

| | |
|---|---|
| Maker: | Georim Engineering ,15 ppm bilge alarm |
| Model : | GRS 100 EB/ OMD-2005 |
| Equipment: | 15 ppm bilge alarm |
| Value Master Instrument : | 22ppm |
| Value OMD-2005 Measuring Cell : | 22ppm |

We certify that the above particulars are correct and that the test and Examination were carried out in the presence of ship's senior staff during stay at Offshore Pembroke.

*SIGNATURE:*

Oil water separator



**DECKMA HAMBURG GmbH**

Address:
Kieler Strasse 316
22525 Hamburg
Germany

Tel.      +49 (0)40 548876-0
Fax:      +49 (0)40 548876-10
eMail:    post@deckma.com
Internet   www.deckma.com

## Calibration Certificate No. 5008027

*This is to certify, that the below described instrument has been tested and calibrated in accordance with the requirements of MEPC.107(49).*

| | |
|---|---|
| Equipment: | 15 ppm Bilge Alarm |
| Type: | OMD-2005, Measuring Cell |
| Serial No. Measuring Cell: | 5008027 |
| Value Master Instrument: | 22 ppm |
| Value OMD-2005 Measuring Cell: | 22 ppm |
| Date of Calibration: | 30.10.2015 |

*Calibration is only necessary at one point >20 ppm as unit is linear between 0 ppm and 30 ppm. Alarm Points are factory set to 15 ppm*

DECKMA HAMBURG GmbH
Kieler Str. 316
D-22525 Hamburg
Germany

Electronic file. No signatures are required

Registered/Hamburg/Hamburg HRB No.Nr. 39129, Legal Jurisdiction/Gerichtsstand: Hamburg (Germany)
Managing Director/Geschäftsführer: G. Schulze - VAT-Reg. No./USt Id.Nr. DE118540859



EVRI-SW-0157576

# Exhibit E

# To Declaration of Special Agent Frith

Slide 1



# DECKMA HAMBURG GmbH

**Address:**

Kieler Strasse 316
22525 Hamburg
Germany

| | |
|---|---|
| Tel.: | +49 (0)40 548876-0 |
| Fax: | +49 (0)40 548876-10 |
| eMail: | post@deckma.com |
| Internet: | www.deckma.com |

# Calibration Certificate No. 5003751

*This is to certify, that the below described instrument has been tested and calibrated in accordance with the requirements of MEPC.107(49).*

| | |
|---|---|
| Equipment: | 15 ppm Bilge Alarm |
| Type: | OMD-2005, Measuring Cell |
| Serial No. Measuring Cell: | 5003751 |
| Value Master Instrument: | 25 ppm |
| Value OMD-2005 Measuring Cell: | 25 ppm |
| Date of Calibration: | 20.05.2006 |

*Calibration is only necessary at one point >20 ppm as unit is linear between 0 ppm and 30 ppm.
Alarm Points are factory set to 15 ppm*

DECKMA HAMBURG GmbH
Kieler Str. 316
D-22525 Hamburg
Germany

Slide 2



# DECKMA HAMBURG GmbH

**Address:**

Kieler Strasse 316
22525 Hamburg
Germany

Tel.:      +49 (0)40 548876-0
Fax:      +49 (0)40 548876-10
eMail:    post@deckma.com
Internet:  www.deckma.com

# Calibration Certificate No. 5008027

*This is to certify, that the below described instrument has been tested and calibrated in accordance with the requirements of MEPC.107(49).*

| | |
|---|---|
| Equipment: | 15 ppm Bilge Alarm |
| Type: | OMD-2005, Measuring Cell |
| Serial No. Measuring Cell: | 5008027 |
| Value Master Instrument: | 22 ppm |
| Value OMD-2005 Measuring Cell: | 22 ppm |
| Date of Calibration: | 30.10.2007 |

*Calibration is only necessary at one point >20 ppm as unit is linear between 0 ppm and 30 ppm.
Alarm Points are factory set to 15 ppm*

DECKMA HAMBURG GmbH
Kieler Str. 316
D-22525 Hamburg
Germany

Electronic file. No signatures are required

Registered/Amtsgericht Hamburg HRB No./Nr.: 39129, Legal Jurisdiction/Gerichtsstand: Hamburg (Germany)
Managing Director/Geschäftsführer: G. Schulze – VAT-Reg.-No./USt.Id.Nr.: DE118540659

EVRI-SW-0154777

Authentic Deckma certificate according to Deckma.

Slide 3

 **DECKMA HAMBOURG GmbH**

**Address:**

Kieler Strasse 316
22525 Hamburg
Germany

Tel:        +49 (0)40 548876-0
Fax:        +49 (0)40 548876-10
eMail:      post@deckma.com
Internet:   www.deckma.com

## Calibration Certificate No 5003751

This is to certify, that the below described instrument has been tested and calibrated in accordance with the requirements of MEPC.107(49)

| | |
|---|---|
| Equipment : | 15 ppm Bilge Alarm |
| Type : | OMD-2005, Measuring Cell |
| Serial No. Measuring Cell: | 5003751 |
| Value Master Instrument: | 25 ppm |
| Value OMD-2005 Measuring Cell: | 25 ppm |
| Date of Calibration : | 12.10.2016 |

Calibration is only nesessary at one point >20ppm as unit is linear between 0 ppm and 30 ppm.

Alarm Points are factory set to 15 ppm

DECKMA HAMBURG GmbH
Kieler Str. 316
D-22525 Hamburg
Germany

Electronic file. No signatures are required

Registered/Amtsgericht Hamburg HRB No./Nr.: 39129, Legal Jurisdiction/Gerichtsstand: Hambourg(Germany)    Managing
Director/Geschaftsfuhrer: G.Schulze-VAT-Reg.-No./USt.Id.Nr.:DE118540659

EVRI-SW-0096943

Emailed from Liquimar to the ship on March 27, 2018.

Not issued by Deckma

Hamburg is mis-spelled.

Slide 4



**SEMBCORP MARINE LTD**
( TUAS BOULEVARD YARD )
*Regn. No.: 196300098Z*

TO ATTENDING SURVEYOR (DNV-GL)

FROM: QA/QC
Tel:67103009/3011 (QA/QC Office)

# Calibration Certificate No 5003751

**This is to certify, that the below described instrument has been tested and calibrated in accordance with the requirements of MEPC.107(49)**

| | |
|---|---|
| **Equipment :** | 15 ppm Bilge Alarm |
| **Type :** | OMD-2005, Measuring Cell |
| **Serial No. Measuring Cell:** | 5003751 |
| **Value Master Instrument:** | 25 ppm |
| **Value OMD-2005 Measuring Cell:** | 25 ppm |
| **Date of Calibration :** | 12.10.2016 |

Calibration is only nesessary at one point >20ppm as unit is linear between 0 ppm and 30 ppm.

Alarm Points are factory set to 15 ppm

Electronic file. No signatures are required

Emailed from Liquimar to ship on March 27, 2018

Not issued by Deckma

Slide 5



The certificate on the left side of this JPEG image, and dated 30.10.2007, was issued by Deckma at the time of delivery in 2017. It is the same certificate as Slide 2. This photograph of the certificate with the unit was emailed from the ship on April 5, 2018, after the BP inspection.

## Slide 6

Oil water separator

 **DECKMA HAMBURG GmbH**

**Address:**

Kieler Strasse 316
22525 Hamburg
Germany

Tel.      +49 (0)40 540876-0
Fax       +49 (0)40 540876-10
eMail:    post@deckma.com
Internet:  www.deckma.com

### Calibration Certificate No. 5008027

This is to certify, that the below described instrument has been tested and
calibrated in accordance with the requirements of MEPC.107(49).

| | |
|---|---|
| Equipment: | 15 ppm Bilge Alarm |
| Type: | OMD-2005 Measuring Cell |
| Serial No. Measuring Cell: | 5008027 |
| Value Master Instrument: | 22 ppm |
| Value OMD-2005 Measuring Cell: | 22 ppm |
| Date of Calibration: | 30.10.2015 |

Calibration is only necessary at one point >20 ppm as unit is linear between 0 ppm and 30 ppm.
Alarm Points are factory set to 15 ppm

DECKMA HAMBURG GmbH
Kieler Str. 316
D-22525 Hamburg
Germany

Electronic file. No signatures are required

Registered/Amtsgericht Hamburg HRB No. B4  39126  Legal Jurisdiction/Gerichtsstand  Hamburg (Germany)
Managing Director/Geschäftsführer  G. Schulze - VAT-Reg. No./USt Id. Nr. DE118540858



The OCM Calibration Certificate on the left side of this PDF was not issued by Deckma according to Deckma. It is apparently the same as the authentic 2007 certificate depicted in Slides 2 and 5, except that the year has been modified.

The certificate on the left side of this PDF document has been pasted on top of the photograph in Slide 5. A portion of the 2007 certificate remains visible as shown in the next slide.

This PDF document was created on a computer associated with D. Liveris, according to the forensic image. See next image.

Slide 7

This slide shows a side-by-side depiction of the same photograph of OCM unit 5008027 with two different OCM calibration certificates. The 2016 PDF document on right was created on computer with an embedded profile linked to D. Liveris. JPEG photo on left was sent from the ship to Liquimar on April 5, 2018 and is embedded in the PDF on the right. The circled portion of both images shows the upper right corner of the OCM certificate on the left still visible in the edited image on the right. According to the metadata, the PDF document on right was created on April 12, 2018. This certificate was found attached to an email string dated April 23, 2018 from Liquimar to the ship that was written in Greek.



Slide 8



**PRECISION & QUALITY**

Irodotou 22, Athens 107 65
Tel: +30-210-7200990

## SPECIAL ATTESTATION AND TEST CERTIFICATE

This is to certify that on 27/08/2017 at Offshore Pebroke the following machinery / equipment / stores / records, ect inspected, tested and or calibrated in accordance with the manufacturer's instructions and or customary acceptance / approval of shipping practices and techniques found as follows:

**SHIP'S NAME: M/T EVRIDIKI**
**PLACE: Offshore Pembroke**
**CERT: 356-OWS**
**DATE: 27/08/2017**

| Description of work: Oily Water Separator Test |
|---|

| | |
|---|---|
| VISUAL CONDITION | SATISFACTORY |
| DRAWINGS | SATISFACTORY |
| EQUIPMENT CALIBRATION | SATISFACTORY |
| WORKING TEST | SATISFACTORY |
| CLEANLINESS | SATISFACTORY |

### This is to certify that

The above equipment tested and found in good operating condition
It was calibrated as necessary

**Particulars**

| | |
|---|---|
| Maker: | Georim Engineering ,15 ppm bilge alarm |
| Model : | GRS 100 EB/ OMD-2005 |
| Equipment: | 15 ppm bilge alarm |
| Value Master Instrument : | 22ppm |
| Value OMD-2005 Measuring Cell : | 22ppm |

We certify that the above particulars are correct and that the test and Examination were carried out in the presence of ship's senior staff during stay at Offshore Pembroke.

**SIGNATURE:**

This document was created on Dec. 10, 2012, and last modified on April 6, 2018.

It is a Word document and can be modified. The seal and signature can readily be modified and are not a hard copy stamp or signature.

Slide 9

# AUTOTECH
## AUTOMATION & INSTRUMENTATION
## P.STAMATOGIANNIS & D.STRATAKIAS Co.

60 Laconias Str. 18543 PIRAEUS
TEL & FAX 0030210-4202812

## CERTIFICATION OF CALIBRATION

| CLIENT : LIQUIMAR TANKERS MANAGEMENT SERVICES INC | ORDER NR : EVR/18/122 |
|---|---|

| PROJECT : M/T EVRIDIKI | DATE : 31/03/2018<br>PLACE : SIDI KERIR |
|---|---|

Instrument : Oily water separator
Maker : GEORIM Engineering
Model : GRS 100 EB/OMD-2005
Cell Ser.Nr. : DECKMA 5008027

Calibrated Date : 31/03/2018

| CALIBRATE POINT | MASTER VALUE | MEASURED VALUE | ALARM |
|---|---|---|---|
| 5ml solution | 10ppm | 10ppm | NO |
| 7.5ml solution | 15ppm | 15ppm | YES |
| Zero adj. (clean water) | 0ppm | 0ppm | NO |
| **CALIBRATION REFERENCE DATA** | | | |
| Maker | DECKMA | | |
| Type | TEST FLUID MEPC-107 | | |

This to certify that:
- The above equipment tested and found in good operating condition.
- It was calibrated as necessary.
- All elements inspected and found in good condition.
- The above equipment complies with the accuracy stipulations of I.M.O. resolution MEPC 107(49).

D. STRATAKIAS
SERVICE TECHNICIAN



AUTOTECH
AUTOMATION & INSTRUMENTATION
P. STAMATOGIANNIS & D. STRATAKIAS CO.
60 LACONIAS STR. 18543 PIRAEUS
TEL / & FAX 003020 4202812

EVRI-SW-0072192

Slide 10



Slide 11

# AUTOTECH
## AUTOMATION & INSTRUMENTATION
### P.STAMATOGIANNIS & D.STRATAKIAS Co.

60 Laconias Str. 18543 PIRAEUS
TEL & FAX 0030210-4202812

## CERTIFICATION OF CALIBRATION

| CLIENT : LIQUIMAR TANKERS MANAGEMENT SERVICES INC | ORDER NR : EVR/19/111 |
|---|---|
| PROJECT : M/T EVRIDIKI | DATE : 11 JAN 2019<br>PLACE : AGIIOI THEODOROI |

Instrument : Oily water separator
Maker : GEORIM Engineering
Model : GRS 100 EB/OMD-2005
Cell Ser.Nr. : DECKMA 5008027

Calibrated Date : 11/01/2019

| CALIBRATE POINT | MASTER VALUE | MEASURED VALUE | ALARM |
|---|---|---|---|
| 5ml solution | 10ppm | 10ppm | NO |
| 7.5ml solution | 15ppm | 15ppm | YES |
| Zero adj. (clean water) | 0ppm | 0ppm | NO |
| **CALIBRATION REFERENCE DATA** | | | |
| Maker | DECKMA | | |
| Type | TEST FLUID MEPC-107 | | |

This to certify that:
- The above equipment tested and found in good operating condition.
- It was calibrated as necessary.
- All elements inspected and found in good condition.
- The above equipment complies with the accuracy stipulations of I.M.O. resolution MEPC.107(49).

D. STRATAKIAS
SERVICE TECHNICIAN

AUTOTECH
AUTOMATION & INSTRUMENTATION
P. STAMATSIANNIS & D. STRATAKIAS LD.
60 LAKONIAS STR.  18 41 PIRAEUS
TEL & FAX: 00301 4202812

## Slide 12

**AUTOTECH**
**AUTOMATION & INSTRUMENTATION**
**P.STAMATOGIANNIS & D.STRATAKIAS Co.**

60 Laconias Str. 18543 PIRAEUS
TEL & FAX 0030210-4202812

### CERTIFICATION OF CALIBRATION

| CLIENT : LIQUIMAR TANKERS MANAGEMENT SERVICES INC | ORDER NR : EVR/18/122 |
|---|---|
| PROJECT : M/T EVRIDIKI | DATE : 31/03/2018 PLACE : SIDI KERIR |

Instrument : Oily water separator
Maker : GEORIM Engineering
Model : GRS 100 EB/OMD-2005
Cell Ser.Nr. : DECKMA 5008027

Calibrated Date: 31/03/2018

| CALIBRATE POINT | MASTER VALUE | MEASURED VALUE | ALARM |
|---|---|---|---|
| 5ml solution | 10ppm | 10ppm | NO |
| 7.5ml solution | 15ppm | 15ppm | YES |
| Zero adj. (clean water) | 0ppm | 0ppm | NO |
| **CALIBRATION REFERENCE DATA** | | | |
| Maker | DECKMA | | |
| Type | TEST FLUID MEPC-107 | | |

This to certify that:
- The above equipment tested and found in good operating condition.
- It was calibrated as necessary.
- All elements inspected and found in good condition.
- The above equipment complies with the accuracy stipulations of I.M.O. resolution MEPC 107(49).

D. STRATAKIAS
SERVICE TECHNICIAN

AUTOTECH
AUTOMATION & INSTRUMENTATION
P. STAMATOGIANNIS & D. STRATAKIAS CO.
BY LACONIAS ... ... PIRAEUS
TEL & FAX 0030210-4202812

---

**AUTOTECH**
**AUTOMATION & INSTRUMENTATION**
**P.STAMATOGIANNIS & D.STRATAKIAS Co.**

60 Laconias Str. 18543 PIRAEUS
TEL & FAX 0030210-4202812

### CERTIFICATION OF CALIBRATION

| CLIENT : LIQUIMAR TANKERS MANAGEMENT SERVICES INC | ORDER NR : EVR/19/111 |
|---|---|
| PROJECT : M/T EVRIDIKI | DATE : 11 JAN 2019 PLACE : AGHOI THEODOROI |

Instrument : Oily water separator
Maker : GEORIM Engineering
Model : GRS 100 EB/OMD-2005
Cell Ser.Nr. : DECKMA 5008027

Calibrated Date : 11/01/2019

| CALIBRATE POINT | MASTER VALUE | MEASURED VALUE | ALARM |
|---|---|---|---|
| 5ml solution | 10ppm | 10ppm | NO |
| 7.5ml solution | 15ppm | 15ppm | YES |
| Zero adj. (clean water) | 0ppm | 0ppm | NO |
| **CALIBRATION REFERENCE DATA** | | | |
| Maker | DECKMA | | |
| Type | TEST FLUID MEPC-107 | | |

This to certify that:
- The above equipment tested and found in good operating condition.
- It was calibrated as necessary.
- All elements inspected and found in good condition.
- The above equipment complies with the accuracy stipulations of I.M.O. resolution MEPC.107(49).

D. STRATAKIAS
SERVICE TECHNICIAN

AUTOTECH
AUTOMATION & INSTRUMENTATION
P. STAMATOGIANNIS & D. STRATAKIAS CO.
BY LACONIAS ... ... PIRAEUS
TEL & FAX 0030210-4202812

Slide 13



TELiX MSG: 0E9DC-00 12/03/19 11:58

TO : USCG PSC - DELAWARE BAY
FM : LIQUIMAR TANKERS MANAGEMENT SERVICES INC.


Dear Sirs,

Sub: COC inspection on M/T EVRIDIKI, IMO No.9318137
    on 11-Mar-2019 at Bigstone Anchorage, Delaware Bay.
Re : Corrective actions

Thank you for the inspection onboard our M/T Evridiki.


Observations:P

1. Oil Filtering Equipment shall be of a design approved by the
   administration and shall be such as will ensure that any oily
   mixture discharged into the sea after passing through the system
   has an oil content not exceeding 15 ppm upon conducting an
   operational test of the oily water separator in accordance with
   procedures outlined in marine safety manual Vol. II, the
   effluent being processed would not go below 15 ppm on the
   oil content meter.


   The system was run by the crew intermittently
   for over an hour and at no time, while the system sampled effluent
   could the system produce an effluent below 15 ppm


Master /engineer comments

At this point, Nikos, you write what you understand, and Master Nikos will be able to say
what the first [engineer] relied on and thought that the OSS [OWS?]
system worked normally. Talk to Master Stavros, too,
who might also recall, so that we have a reasonable defense and explanation.


Corrective action
====================
We are thinking of changing the whole box with the computer, the sampling
and, as I understood it, the  three-way valve that receives sampling liquid and/or
clean water.

We are also searching at Mackay, who are the representatives in the United States, and in
Germany for a person to take it and come to do the commissioning
of the system.
I cannot understand why I missed looking at it.
I feel bad.

The whole issue is to make a good appeal to wipe out the detention.

I am sure we will succeed.

  best regards
  Liquimar/ea

Preventative action
==================


2. This inspection is not complete and will continue. The vessel
   and crew shal not attempt to clean, tamper, open, operate or
   change the condition of the vessel's OWS, OOM, bilge holding
   tanks or associated pipings / flanges without approval by the
   U.S. Coast Guard.


Thanks and Best Regards
Liquimar Tankers / E. Apostolou


*****
Please consider your environmental responsibility before printing this e-mail
*****


Received: From INT at Globe Wireless;
Tue, 12 Mar 2019 09:59 UTC
Message-id: 206267946

EVRI-SW-0226982

TELiX MSG: 0E90C-00 12/03/19 11:58

TO : USCG PSC - DELAWARE BAY
FM : LIQUIMAR TANKERS MANAGEMENT SERVICES INC.


Dear Sirs,

Sub: COC inspection on M/T EVRIDIKI, IMO No.9318137
    on 11-Mar-2019 at Bigstone Anchorage, Delaware Bay.
Re : Corrective actions

Thank you for the inspection onboard our M/T Evridiki.


Observations:P

1. Oil Filtering Equipment shall be of a design approved by the
   administration and shall be such as will ensure that any oily
   mixture discharged into the sea after passing through the system
   has an oil content not exceeding 15 ppm upon conducting an
   operational test of the oily water separator in accordance with
   procedures outlined in marine safety manual Vol. II, the
   effluent being processed would not go below 15 ppm on the
   oil content meter.


   The system was run by the crew intermittently
   for over an hour and at no time, while the system sampled effluent
   could the system produce an effluent below 15 ppm


Master / engineer comments

Edo niko tha grapseis oti esy katalavaineis  kai o mastronikos  tha mporei
na  pei i pou vasistike  oprotos kai theorise oti  to OSS
to  systima   douleve kanonika . Na milisete  kai me ton Mastrostavro
pou mporei na thimate oste na exoume mia logiki apologia kai exigisi .


Corrective action
================
emeis skaftomaste na aallxoume olo to  box  pou exei to computer to sampling
kai katalava to three way   valve pou pairnei sampling liquid  and or
clean water.


psaxnoume kai apo tou Mackay   pou einai antiprosopoi stin amerikoi kai apo
tin germania na to aprei ebas anthropos kai an elthei na kanei to comision
tou  systimatos.
Den mporo na katalavo  giati  mou diefyge na to kytaxo ?
Noitho asxima.

Olo to pan einai na kanoume mia sosti enstasi na svisoume to detention .

Eimai sigouros oti tha ta kataferoume .



best regards
Liquimar/ea

EVRI-SW-0226981

Preventative action
===================

2. This inspection is not complete and will continue. The vessel
   and crew shall not attempt to clean, tamper, open, operate or
   change the condition of the vessel's OWS, ODM, bilge holding
   tanks or associated pipings / flanges without approval by the
   U.S. Coast Guard.

Thanks and Best Regards
Liquimar Tankers / E. Apostolou

*****
Please consider your environmental responsibility before printing this e-mail
*****

Received: from INT at Globe Wireless;
Tue, 12 Mar 2019 09:59 UTC
Message-id: 206267946

EVRI-SW-0226982



**ManpowerGroup™**
**Public Sector**

6400 Arlington Boulevard, Third Floor, Falls Church, Virginia 22042  Tel. (703) 245-9400  Fax. (703) 245-9401
www.manpowergroup.com

## CERTIFICATE OF TRANSLATION

I, <u>Stella Fiotes</u>, certify that I am competent to translate this document, and that the translation is true and accurate, to the best of my abilities.  All archival seals, stamps, and certifications have been translated here.

Greek Title:        1_EVRI-SW-0226981_image

English Title:        1_EVRI-SW-0226981_image-ENGL

I certify under penalty of perjury, pursuant to 28 U.S.C. 1746, that the attached translation is true and correct.

Executed this __5TH__ day of __December__ 2019.

_____
Signature

# Exhibit G

# To Declaration of Special Agent Frith

Message Received on Board 9/26/2018  10:30:50  UTC    17.50 KBits

Date: 9/26/2018  10:00:00  UTC
From: main@liquimar.gr
To:   A8LA4@globeemail.com
Priority: Urgent

Subject: (REF:183B36500)
Billing:


TELiX MSG: 3B365-00 26/09/18  13:00

Good morning  Captain Ilias  and to all of you

I received your message and I am sending you the certificate.

Pay attention to the sailors' data, show the dates
seals etc. in the pamphlets  doctors etc. as well as with the various inventories
I will be here too, but you cannot avoid the culture of these
people.



We sent you the certificate you asked for
At the same time, you also have the cargo gear of the class, but I understand that they do it
for money, some countries in Africa, mainly Nigeria, find
opportunities.

Have your guys and a fitter look at the pipes, the
hydraulic ones over the booms

that recently got holes in them on another ship when we went to bring the
hoses up.
Looking at your copy - section 11 Miscellaneous - I remembered the problem
Many colleagues under the state of terror of the inspections
from so much vetting    and they issue certificates from someone we have
here our technician  and whom we trust "Precision & quality
but the certificates are in one day and many and they aren't needed
because they become untrustworthy.
When did he have a chance to prepare them, the inspector says, and yes, you can say to him
that "isn't it your job as an inspector, it allows you to ask such questions" but
from the minute he has the pencil if you say something like that to him it is like
you're cutting off your hand

Now because we have an inspection  with BP and shell in the office two
days, we will need your help, I don't know how but we will see

this list  with the overdue kokoma [sic] or start or remove from the list
and make a matrix  "base of the yearly tests"  or maybe eo [sic]
trimesters  etc.

please confirm

Best regards
Liquimar  tankers /ea

- PLS ARRANGE THE FOLLOWING ATTACHED DUE CERTIFICATES
- DONT MENTION SHIP STAFF ON THE CERTIICATES

BEST REGARDS
MASTER

Received: from MPD at Globe  Wireless;
Wed, 26 Sep 2018 07:55 UTC
Message-id: 477344880


*****
Please consider  your environmental  responsibility  before printing  this e-mail
*****



Received: from INT at Globe  Wireless;
Wed, 26 Sep 2018 10:01 UTC
Message-id: 477366815

Message Received on Board 9/26/2018 10:30:50 UTC    17.50 KBits


Date: 9/26/2018 10:00:00 UTC
From: main@liquimar.gr
To:   A8LA4@globeemail.com
Priority: Urgent

Subject: (REF:183B36500)
Billing:


TELiX MSG: 3B365-00 26/09/18 13:00

Kalimera  Kapta Ilia kai s'olous sas

Elava   to minma sas kai sas stelnomai to certificate.

asxolitheite poly me ta dedomena ton naytikon  na fainontai imerominies
sfragides  klp sta fuladia giatroi klp kathos kai me ta difora inventories
tha eimai kai ego edo alla den mporeis na apofigeis tin cultura ayton ton
anthropon.




Sas steilame to poistopoiitiko pou zitisate
Syxronos exeis kai to cargo gear tis classis omos katalavaino oti to kanoun
gia xrimata merikes  xores stin Afriki  Kyrios Nigeria vrisloun
eykairies.

Vale ta paidias sou kai ena fitter na kytaxei tis solines tis
ydraylikes pano apo tis mpoumes t

pou teleytaia mas eixan tripisei s ena allo ploio tin ora pou pigame na paroume
tis manikes apano.
Koitazontas tin kopiaa sas - section 11 Miscelaneous- thimithika to provlima
Poloi sysnadelfoi kato apo to kratos tou tromou ton   epitheoriseon
apo tosu vetting    kai ekdidoun poistopoitika apo enan pou exoume
edo texniko diko mas  kai  pou ton empistevometha "Precision & quality
alla ta poistopoihtika einai se mia mera kai polla kai den xreazontai
giati  ginontai anxiopista .
Pote prolave na ta kanei leei o epitheoritis kai nai men mporeis na tou peis
oti "i douleia sou den einai sou epitrepei na kaneis tetoies erotiseis " omos
apo tin stigmi  pou  exei to molivi an tou peis kati tetoio einai san na
koveis to xeris sou

Tor aepeidi exoume epitheorisi  me  tin BP kai  shell sto grafeio  dyo
imeron tha xreiastoum etin voitheia sou  den xero pos alla tha doume

atin tin lista me ta overdue kokoma i xecokinisetai  i vgaleta apo tin lista
kai kanete ena matrix  " base of the yearly tests"   or bas eo
thremesters   etc.

please confirm

Best regards
Liquimar tankers /ea


- PLS ARRANGE THE FOLLOWING ATTACHED DUE CERTIFICATES
- DONT MENTION SHIP STAFF ON THE CERTIICATES

BEST REGARDS
MASTER

Received: from MPD at Globe Wireless;
Wed, 26 Sep 2018 07:55 UTC
Message-id: 477344880


*****
Please consider your environmental responsibility before printing this e-mail
*****



Received: from INT at Globe Wireless;
Wed, 26 Sep 2018 10:01 UTC
Message-id: 477366815

Message Received on Board 12/3/2018  12:31:18  UTC    15.75 KBits

Date: 12/3/2018  12:14:00  UTC
From: main@liquimar.gr
To:   A8LA4@globeemail.com
Priority: Urgent

Subject: (REF:184A39500)
Billing:


TELiX MSG: 4A395-00 03/12/18  14:14

To  :  Master m/t Evridiki
cc : CH engineer/ch officer
fm : Liquimar  tankers /ea

In view  of having   shell  Inspection  which  is highly  significant
for the vessel .

When I say  significant   I mean that    the  scope  is for zero   observation

if we take  1   observation  is acceptable providing  that it will have
corrected at the time   it was dedected

If more than one  the things  are  getting difficult  for the vessel and for me.

The PAC Marine  that Shell  mostly uses  in its vettings  is  a company  that
has  various  type of connection  and we as Liquimar  is not  the  type
of people that   they like

Under the circumstances   we plan to place   an other vetting  to help you
and  apply  its own vetting modes   I will  revert  about him


Top important
==========
The other day we got a   major defect  because in the  cable  lockers
we had put whatever you can imagine  .

These have to be clean without  combustible  materials  and in fact rubber paper
etc.

we will  send you a special  fireproof material to isolate  the  decks inside
the trunks so if there is a fire on one level it won't   be transmitted to the

other levels.

send  us  a picture  of all the  lockers  being clean

Put master Lambro  in the game who can help .

I await your news   so that we do not get any comment

Tell Thanasis that for this  ship  one comment  is a very
big  thing  for me


While  the vetting  will  be for shell for us the goal is
BP

If BP sees us, who has rejected it for one year and won't
come to see us,  then he won't get it  again for the rest of his life

Many regards /ea


*****
Please consider  your environmental  responsibility  before printing  this e-mail
*****



Received: from INT at Globe  Wireless;
Mon,  03 Dec 2018 12:15  UTC
Message-id: 490246196

Message Received on Board 12/3/2018 12:31:18 UTC    15.75 KBits

Date: 12/3/2018 12:14:00 UTC
From: main@liquimar.gr
To:   A8LA4@globeemail.com
Priority: Urgent

Subject: (REF:184A39500)
Billing:


TELiX MSG: 4A395-00 03/12/18 14:14

To  :  Master m/t Evridiki
cc : CH engineer/ch officer
fm : Liquimar tankers /ea

In view  of  having   shell  Inspection  which  is higly  significant
for the vessel .

When I say  significant   I mean that    the  scope  is for zero   observation

if we take  1   observation  is acceptable providing that it will have
corrected at the time  it was dedected

If more than one  the things are  getting difficult for the vessel and for me.

The PAC Marine  that Shell  mostly uses  in its vettings  is  a company  that
has  various type of connection  and we as Liquimar  is not  the  type
of people that   they like

Under the circumstances   we plan to place   an other vetting  to help you
and  apply its own vetting modes   I will revert  about him


Top important
==========
Proxthes  pirame  ena major defect   giati mesa   sta   cable  lockers
eixame   valei   oti fantastei o nous sas .

Ayta prepei na einai kathara  xoris kaysimes  ules kai malista lastixa Xartia
klp

ha sas steiloume kai eidiki pyrimaxo  yliko na apomonosoume ta  decks mesa
sta  trunks oste otan parei fotia  s ena  level na min  metadothei  sta
alla epipeda.

steilete  mas  fotografies  apo  ola ta lockers  na einai kathara

Valete sto paixnidi  ton mastro lambro pou mporei na voeithisei .

Perimeno ta nea sas  oste na min paroume   kamia paratirisi

pesston thanassi  oti gia ayto to karavi  mia paratirisi  einai poly
megalo  prama  gia mena


Nai men o vetting tha einai  gia tin shell alla emas o stoxos mas einai
i BP

An mas dei  i BP  i opoia to exei kanei reject  gia ena xrono  kai den
erxetaia na mas dei  tote den tha to xanaparei s 'oli tou tin zoi

Xairetismous pollous /ea


*****
Please consider your environmental responsibility before printing this e-mail
*****



Received: from INT at Globe Wireless;
Mon, 03 Dec 2018 12:15 UTC
Message-id: 490246196

Message Accepted by Globe Wireless at 12/4/2018 04:09:01 UTC   4448.75 KBits

Date: 12/4/2018  04:06:13  UTC
From: A8LA4
To:   <main@liquimar.gr>
Priority: Urgent

Subject: Re:(REF:184A39500)  /// ATTN EA
Billing:

To :Liquimar  Tankers
Att:  EA
Fm :MT Evridiki

Good morning  Captain Manolis  and to all of you,

Regarding the vetting we will  make every effort so that the ship does not
get comments and will leave good impressions.  We share the same
anxieties and worries with you and we are doing the best possible.

Regarding the cable ducts they were cleaned and taken care of to perfection.
We are attaching pictures for you from all the ducts as you requested

Sincerely,

Master


================================================================
>To  : Master m/t Evridiki
>cc : CH engineer/ch officer
>fm : Liquimar  tankers /ea
>
>In view of having  shell  Inspection  which is higly  significant
>for the vessel .
>
>When I say significant    I mean that   the  scope  is for zero   observation
>
>if we take  1   observation  is acceptable providing  that it will have
>corrected at the time  it was dedected
>
>If more than one  the things  are getting difficult  for the vessel and for me.
>
>The PAC Marine  that Shell  mostly uses  in its vettings  is  a company  that
>has  various type of connection   and we as Liquimar  is not  the type

>of people that   they like
>
>Under the circumstances   we plan to place   an other vetting   to help you
>and  apply its own vetting modes   I will revert  about him
>
>
>
>Top  important
>==========
>The other day we got a   major defect   because in the  cable  lockers
>we had put whatever you can imagine  .
>
>These have to be clean without  combustible  materials  and in fact rubber paper
>etc.
>
>we will send you a special  fireproof material to isolate  the  decks inside
>the  trunks  so if there is a fire on one level it won't   be transmitted  to the
>other levels.
>
>send  us  a picture  of all the  lockers  being clean
>
>Put master Lambro  in the game who can help  .
>
>I await your news   so that we do not get any comment
>
>tell Thanasis that for this ship  one comment  is a very
>big  thing  for me
>
>
>While  the vetting  will  be for shell  for us the goal is
>BP
>
>If  BP  sees us, who has rejected it for one year and won't
>come to see us,  then he won't get it again for the rest of his life
>
>Many regards /ea
>
>
>*****
>Please consider your environmental  responsibility  before printing  this e-mail
>*****
>
>
>
>
>Received: from INT at Globe  Wireless;

>Mon, 03 Dec 2018 12:15 UTC
>Message-id: 490246196

ATTACHMENTS:

CABLE DUCTS.pdf

Message Accepted by Globe Wireless at 12/4/2018 04:09:01 UTC   4448.75 KBits

Date: 12/4/2018 04:06:13 UTC
From: A8LA4
To:   <main@liquimar.gr>
Priority: Urgent

Subject: Re: (REF:184A39500) /// ATTN EA
Billing:


To :Liquimar Tankers
Att:  EA
Fm :MT Evridiki

Kalimera Capt.Manoli k se olous,

Sxetika me to vetting 8a katavaloyme ka8e prospa8eia wste to karavi na min
parei paratiriseis k na afisei kales entypwseis. Moirazoimaste tis idies
agwnies k provlimatismoys me esas k kanoyme to kalytero dynato.

Oson afora ta cable ducts ka8aristikan k taktopoii8ikan stin enteleia.
Sou episynaptoyme fwtografies apo ola ta ducts opws zitises.

Me ektimisi,

Master


==========================================================================
>To :  Master m/t Evridiki
>cc : CH engineer/ch officer
>fm : Liquimar tankers /ea
>
>In view of having  shell  Inspection  which is higly  significant
>for the vessel .
>
>When I say  significant  I mean that   the  scope  is for zero   observation
>
>if we take  1   observation  is acceptable providing that it will have
>corrected at the time  it was dedected
>
>If more than one  the things are  getting difficult for the vessel and for me.
>
>The PAC Marine  that Shell  mostly uses  in its vettings  is  a company  that
>has  various type of connection  and we as Liquimar  is not  the  type
>of people that   they like
>
>Under the circumstances   we plan to place   an other vetting  to help you
>and  apply its own vetting modes   I will revert  about him
>
>
>

>Top important
>==========
>Proxthes  pirame  ena major defect   giati mesa   sta   cable  lockers
>eixame   valei   oti fantastei o nous sas .
>
>Ayta prepei na einai kathara  xoris kaysimes  ules kai malista lastixa Xartia
>klp
>
>ha sas steiloume kai eidiki pyrimaxo  yliko na apomonosoume ta  decks mesa
>sta  trunks oste otan parei fotia  s ena  level na min  metadothei  sta
>alla epipeda.
>
>steilete  mas  fotografies  apo  ola ta lockers  na einai kathara
>
>Valete sto paixnidi  ton mastro lambro pou mporei na voeithisei .
>
>Perimeno ta nea sas   oste na min paroume   kamia paratirisi
>
>pesston thanassi  oti gia ayto to karavi  mia paratirisi  einai poly
>megalo  prama  gia mena
>
>
>Nai men o vetting tha einai  gia tin shell alla emas o stoxos mas einai
>i BP
>
>An mas dei  i BP  i opoia to exei kanei reject  gia ena xrono  kai den
>erxetaia na mas dei  tote den tha to xanaparei s 'oli tou tin zoi
>
>Xairetismous pollous /ea
>
>
>*****
>Please consider your environmental responsibility before printing this e-mail
>*****
>
>
>
>
>Received: from INT at Globe Wireless;
>Mon, 03 Dec 2018 12:15 UTC
>Message-id: 490246196

ATTACHMENTS:

CABLE DUCTS.pdf

Message Accepted by Globe Wireless at 1/18/2019 10:55:40 UTC   7424.00 KBits

Date: 1/18/2019 10:54:12 UTC
From: A8LA4
To:  <main@liquimar.gr>
Priority: Urgent

Subject: MT EVRIDIKI/ ODME/PV VALVES/ATTN EA/ (REF:1903C0E00)
Billing:


To :Liquimar Tankers
Att: EA
Fm :MT Evridiki

Good morning Captain Manolis, all

Regarding the ODME the problem as well as its solution are clear.
The technician who inspected it prepared a detailed report
that describes exactly what is needed so that it will work right.
I am attaching it (for the second time) but there is no reason
for concern about the vetting from the minute we can do the
simulation test. So I remind you we passed DNV in Singapore
without the very particular Greek inspector knowing something.

Now regarding the PV don't worry Captain Manolis there will not be a
problem in this piece in Spain with BP since the cargo
we will load from Egypt does not have much H2s and will not smell
to veta [sic]. On the next long trip everything will be overhauled
and the fitter along with boman [sic] will get it perfect.

Have a good weekend and a good rest to all!!!

Ps 1: The MRV form will be ready by Sunday, sorry
we couldn't make it earlier but 3 days we encountered very
bad weather (70knots wind-6.5 m waves) and we couldn't. Today
the port also opened that was closed for two days due to the bad weather and
tomorrow logically we will go load.

Many reagrds

Master

>Good day capt Nikos please read, carry and report.
>
>
>The visit in Agioi theodoroi left with me two major issues.
>My complain was why for such major issues none omboard
>from key officers namely Ch Officer,Ch engineer and ETO
>followed by Petty Officer failed to be committed with the work ability
>of :
>
>Please pay serious attention
>=========================
>
>1. Oil discharge monitoring system ( you risk to stop the vesselin the next
>   port.
>
>
>2  PV  leaking vacum valves .
>
>
>Please allow  elEctrician mr Ddiudea to consider the repairs oFd ODM and
>in case is not feasible to alLocate the failure  and report to the office
>giving symptoms   for shore assistance and require pares.
>
>Fitter  mr  Gafar with or with not pman mr mazurakis  will catch up
>with  his old friends  the PV valves .Both pressure and vacum  need to  be
>the  primary  gas proof metal to metal  we may  work  a secondary  contact
>according to criterion  of  mr  Gafar and  mouzourakis   working  as  a team .
>
>Mr Diudea to start as soon as possible  with ODM in order  to arrange  for
>spares in Spain .
>
>BP s the bad friend  of Evridiki,   will  be  the  inspector  in the next port
>we have by all means  to convince   BP  that we are  not the ship  they
>have  seen  in the screen of their computers  .
>
>
>Best regards
>Liqumar  tankers /ea
>
>
>*****
>Please consider your environmental  responsibility  before printing  this  e-mail

>*****
>
>
>
>
>Received: from INT at Globe  Wireless;
>Thu, 17 Jan 2019 17:19 UTC
>Message-id: 497968590

ATTACHMENTS:

ODME.pdf

Message Accepted by Globe Wireless at 1/18/2019 10:55:40 UTC   7424.00 KBits

Date: 1/18/2019 10:54:12 UTC
From: A8LA4
To:  <main@liquimar.gr>
Priority: Urgent

Subject: MT EVRIDIKI/ ODME/PV VALVES/ATTN EA/ (REF:1903C0E00)
Billing:


To :Liquimar Tankers
Att:  EA
Fm :MT Evridiki

Kalimera Capt.manoli, all

Sxetika me to ODME to provlima ka8ws k i lysi tou einai kseka8ara.
O texnikos pou ir8e k to ilekse synetakse mia analytikotati anafora
pou perigrafei epakrivws ti xreiazetai wste na leitourgisei swsta.
Sas tin episynaptw (gia deyteri fora) alla den syntrexei logos
anusixias gia to vetting apo ti stigmi pou boroume k kanoume to
simulation test. Etsi sas 8ymizw perasame k DNV stin singapore
xwris na katalavei kati o poly sxolastikos Ellinas epi8ewritis.

Anaforika twra me ta PV min anysixeis Capt.Manoli den 8a yparxei
provlima se ayto to kommati stin ispania me ti BP afou to fortio
pou 8a fortwsoume apo Aigypto den exei poly H2s k den 8a mirizei
sto veta. Sto epomeno megalo taksidi 8a ginoun ola overhauling
kai o fitter mazi me ton boman 8a ta kanoun tzitzi.

Kalo savvatokyriako k kali xekourasi se olous!!!

Ps 1: i forma tou MRV 8a einai etoimi mexri tin kuriaki, sygnwmi
pou den mporesame pio prin alla 3 meres eixame pesei se para poly
asximo kairo(70knots wind-6.5 m waves) k den ginotan. Simera
anoikse k to limani pou itan kleisto dyo meres logw kakokairias k
avrio logika 8a pame gia fortwsi.

Pollous xairetismoys

Master




>Good day capt  Nikos please read, carry and report.
>
>

>The visit  in Agioi theodoroi  left with me  two major issues.
>My complain  was  why  for such major issues  none  omboard
>from key officers  namely  Ch Officer,Ch engineer  and ETO
>followed  by  Petty Officer failed to be committed with the  work ability
>of :
>
>Please  pay serious attention
>=============================
>
>1.  Oil  discharge monitoring system ( you risk to stop the vesselin the next
>   port.
>
>
>2  PV   leaking vacum  valves .
>
>
>Please allow   elEctrician mr Ddiudea to consider the repairs  oFd ODM and
>in case is not feasible to alLocate the failure  and report to the office
>giving symptoms  for shore assistance and require pares.
>
>Fitter  mr  Gafar  with or with not pman mr  mazurakis  will catch up
>with  his old friends  the PV valves .Both pressure and vacum  need to  be
>the  primary  gas proof metal to metal   we may  work  a secondary  contact
>according to criterion  of  mr  Gafar and  mouzourakis  working as  a team .
>
>Mr Diudea to start as soon as possible with ODM in order  to arrange  for
>spares in Spain .
>
>BP s the bad friend  of Evridiki,   will  be  the inspector in the next port
>we have by all means  to convince   BP that we are  not the ship  they
>have  seen  in the screen of their computers .
>
>
>Best regards
>Liqumar tankers /ea
>
>
>*****
>Please consider your environmental responsibility before printing this e-mail
>*****
>
>
>
>
>Received: from INT at Globe Wireless;
>Thu, 17 Jan 2019 17:19 UTC
>Message-id: 497968590

ATTACHMENTS:

ODME.pdf



**ManpowerGroup™**
**Public Sector**

6400 Arlington Boulevard, Third Floor, Falls Church, Virginia 22042  Tel. (703) 245-9400  Fax. (703) 245-9401
www.manpowergroup.com

## CERTIFICATE OF TRANSLATION

    I, <u>Stella Fiotes</u>, certify that I am competent to translate this document, and that the translation is true and accurate, to the best of my abilities.  All archival seals, stamps, and certifications have been translated here.

Greek Title:         <u>           421047            </u>

English Title:     <u>      421047-ENGL      </u>

    I certify under penalty of perjury, pursuant to 28 U.S.C. 1746, that the attached translation is true and correct.

Executed this <u>7</u> day of <u>Feb.</u> 2020.

                                                                _Signature_



ManpowerGroup™
Public Sector

6400 Arlington Boulevard, Third Floor, Falls Church, Virginia 22042  Tel. (703) 245-9400  Fax. (703) 245-9401
www.manpowergroup.com

## CERTIFICATE OF TRANSLATION

I, <u>Stella Fiotes</u>, certify that I am competent to translate this document, and that the translation is true and accurate, to the best of my abilities.  All archival seals, stamps, and certifications have been translated here.

Greek Title: _____ 414552 _____

English Title: _____ 414552-ENGL _____

I certify under penalty of perjury, pursuant to 28 U.S.C. 1746, that the attached translation is true and correct.

Executed this 7 day of Feb 2020.

_____
Signature



**ManpowerGroup**
**Public Sector**

6400 Arlington Boulevard, Third Floor, Falls Church, Virginia 22042  Tel. (703) 245-9400  Fax. (703) 245-9401
www.manpowergroup.com

## CERTIFICATE OF TRANSLATION

I, Stella Fiotes, certify that I am competent to translate this document, and that the translation is true and accurate, to the best of my abilities.  All archival seals, stamps, and certifications have been translated here.

Greek Title: _____ 414473 _____

English Title: _____ 414473-ENGL _____

I certify under penalty of perjury, pursuant to 28 U.S.C. 1746, that the attached translation is true and correct.

Executed this 7 day of Feb 2020.

_____
Signature



**ManpowerGroup**
**Public Sector**

6400 Arlington Boulevard, Third Floor, Falls Church, Virginia 22042  Tel. (703) 245-9400  Fax. (703) 245-9401
www.manpowergroup.com

## CERTIFICATE OF TRANSLATION

I, <u>Stella Fiotes</u>, certify that I am competent to translate this document, and that the translation is true and accurate, to the best of my abilities.  All archival seals, stamps, and certifications have been translated here.

Greek Title:    _____ 407228 _____

English Title:   _____ 407228-ENGL _____

I certify under penalty of perjury, pursuant to 28 U.S.C. 1746, that the attached translation is true and correct.

Executed this  7  day of  _Feb_  2020.

_____
Signature