# EXHIBIT C

## Declaration of Special Agent Derrick Vachon

I am Coast Guard Investigative Service (CGIS) Special Agent Derrick Vachon. I am currently assigned as a CGIS Special Agent at Resident Agent Office Wilmington, NC, and have been so since 2005. I am a graduate of the Criminal Investigator Training Program held at the Federal Law Enforcement Training Center (FLETC) in Brunswick, GA.

In my capacity as a Special Agent, I have been involved in the investigation of events onboard the vessel M/T Evridiki while in Delaware Bay in 2019. I am familiar with the facts of the investigation, as developed by Coast Guard personnel and crew interviews.

The information contained in this declaration is based upon my participation in the Evridiki investigation, my training and experience, conversations with other law enforcement officers and witnesses, and the review of documents and records. Because this affidavit has been prepared for a limited purpose of providing certain information for the Office of Probation and the Court, I have not summarized the evidence presented at trial or otherwise included every detail of every aspect of the investigation.

1.      As previously summarized in the declaration of Special Agent Steven Frith, the M/T Evridiki was subject to a vetting inspection on behalf of BP shipping on March 27, 2018.

2.      On February 13, 2020, I participated in a conference call interview of Yannis Papanastasiou, Vetting Superintendent for British Petroleum (BP) and BP attorney John Latrobe.  This declaration summarizes information provided by Papanastasiou during the phone call and documents that have been subsequently provided by BP.

3.      Papanastasiou confirmed that BP conducted a SIRE (Ship Inspection Report Programme) inspection on March 27, 2018. BP provided the same report as Special Agent Frith found on the ship's computer. Papanastasiou was not present onboard M/T Evridiki.  The inspection was performed by Dionisis Apostolatos, a BP contract inspector. Inspector Apostolatos is well known to Papanastasiou. According to Papanastasiou, inspector Apostolatos' is meticulous, has sound judgment, and is strict but fair.

4.      In terms of process, the SIRE inspector boards the vessel, conducts the inspection and files a report which is later reviewed and screened. In addition to the report, the SIRE inspector provides a confidential assessment to BP. As the final reviewer, Papanastasiou reviewed the SIRE inspection report, the confidential assessment written by Apostalatos, Liquimar's written responses, the history of the M/T Evridiki (including SIRE inspection reports conducted by other 3rd party surveyors), and the history of Liquimar's fleet. All of these were considered by Papanastasiou in making his determination to reject the M/T Evridiki and effectively bar the ship from carrying BP products for one year. According to Papanastasiou, a one year suspension is the maximum ever given. He stated that the M/T Evridiki had been rejected on previous occasions. The BP vetting process is intended to ensure that ships carrying BP products are not likely detainable, substandard or involved in incidents.

5.      Papanastasiou provided the following history after calling up and checking records on his computer. The M/T Evridiki was rejected on April 6, 2017 for not operating to BP standards. The specific concern was by-passing their fuel generator alarm. Because it was rejected, the ship was required to have a fresh SIRE from a 3rd party inspector before being considered for BP business. The next SIRE was conducted on April 19, 2017, at which time the ship received a passing grade. This inspection was

conducted by a 3rd party inspector (not BP). The M/T Evridiki failed the next SIRE inspection conducted on January 25, 2018.

6.      As stated in the BP report for the vetting inspection on March 27, 2018, the BP vetting inspector was presented with an Oil Content Meter ("OCM") calibration certificate dated October 12, 2016. The inspector found that the serial number on this certificate was different from the one on the ship. Additional information about this adverse finding is included in the confidential assessment sent to Papanastasiou by the BP contract inspector. In sum and substance and as reflected in the excerpt below quotation below, the ship did not have an OCM calibration certificate and presented one that they received by email from Liquimar. This corresponds to the forensic data set forth in Agent Frith's declaration and attached slides showing that two apparently false certificates were emailed to the ship on March 27, 2018 from Liquimar. The confidential comments of the SIRE inspector regarding the OCM issue state as follows:

> OWS / Oil Content Meter (O.C.M.), I asked for the calibration certificate in the beginning of the inspection and more than 6 hours later they presented to me a certificate which as they stated was received by e mail from the office. We cross checked the serial number of the oil content meter two times, the chief engineer as well as one of the attending technical superintendents did it on their own. It is 1000% sure that the serial number on the certificate was different from the Ser. No. of the OCM on board. We also checked the PMS to see whether the OCM (DECKMA) was replaced in the past, there was nothing recorded in the PMS. In addition we checked the certificate of the OCM which was installed by the ship yard on the ship's delivery, the serial numbers were not matching. It is clear – to me – that there was no calibration certificate available for this unit, unfo [sic] the operators just tried to prove that the calibration had been carried out by sending us a certificate from another unit.

Inspector Confidential Comments (March 29, 2018).

7.      Papanastasiou prepared an internal document explaining his conclusions and read them to me during our conversation. It stated that the mangers' responses to problems were weak and reactive and did not mitigate risks. Overall, it was his assessment that the M/T Evridiki had more than the industry average number of problems on which they focus and that it was not safe to transport BP cargo. He described the OCM and PV valve observations in the March 2018 SIRE inspection as serious problems.

8.      Subsequent to the interview, BP provided an updated version of the March 2018 SIRE inspection report. It contains an additional explanation about the PV valve observation from Liquimar that the government is continuing to evaluate. A copy is appended hereto.

* * *

On this 19th day of February 2020, I, Derrick Vachon, hereby affirm that the above is true and correct to the best of my knowledge.

Derrick Vachon, Special Agent
Coast Guard Investigative Service

| | |
|---|---|
| **From:** | Dionisis A.I. Apostolatos |
| **To:** | OSH Vetting Inspections |
| **Subject:** | [UNREGISTERED] RE: BP Shipping SIRE Report : DCMP-9694-3771-5221 for Vessel : EVRIDIKI and IMO : 9318137 Received in iMAS |
| **Date:** | Thursday, March 29, 2018 12:23:05 PM |

Cap. Dionisis A.I. Apostolatos
OCIMF SIRE Vetting Inspector

Mob : ███████████████
Email : ███████████████

Please Consider the Environment Before Printing

---

**From:** OSHVetInsp@bp.com [mailto:OSHVetInsp@bp.com]
**Sent:** Thursday, March 29, 2018 02:09 PM
**To:** vetting@otenet.gr
**Subject:** BP Shipping SIRE Report : DCMP-9694-3771-5221 for Vessel : EVRIDIKI and IMO : 9318137 Received in iMAS

Dionisis Apostolatos,

This is to acknowledge the successful receipt of the following SIRE Inspection Report by BP Shipping. Thank you for your submission.

Please review that inspection information below is correct. If there are any other additional comments that you would like to share about this inspection, please 'Reply' to this e-mail with your comments within the Confidential Comments space below. Do note that only the contents within the Confidential Comments will be auto-read by the system, so if you have any other comments about this inspection and you want to notify/discuss, please contact the vetting@bp.com separately.

**NOTE** - Do not edit or delete any other content when you reply to this e-mail, else your submission will be ignored.

Vessel Name : EVRIDIKI
Vessel ID Type : IMO
Vessel ID : 9318137
Inspection Date : 27-Mar-2018
Port : Pachi
SIRE Report Number : DCMP-9694-3771-5221

**Inspector Confidential Comments** - Please type / insert / paste your comments between <Quote> and </Quote> below.

**<Quote>**

The P&I oil pollution coverage was 1 billion usd.
Numerous superintendents and employees visited the ship at this port.
The superintendents as well as the safety manager who were involved with the inspection didn't interfere and were very cooperative.
Good working team spirit and cooperation was noted among all ship's personnel.
The Master as well as the Chief Engineer were well above average and found well familiar

with the company's procedures and policies.

The bridge organization was good.

The overall condition of the ship was good, the ship was clean, well maintained and dry (pump room & engine room).

With regards to the observations raised I wish to note the following.

OWS / Oil Content Meter (O.C.M.) , I asked for the calibration certificate in the beginning of the inspection and more than 6 hours later they presented to me a certificate which as they stated was received by e mail from the office. We cross checked the serial number of the oil content meter two times, the chief engineer as well as one of the attending technical superintendents did it on their own. It is 1000% sure that the serial number on the certificate was different from the Ser. No. of the OCM on board. We also checked the PMS to see whether the OCM (DECKMA) was replaced in the past, there was nothing recorded in the PMS.In addition we checked the certificate of the OCM which was installed by the ship yard on the ship's delivery, the serial numbers were not matching.  It is clear – to me – that there was no calibration certificate available for this unit, unfo the operators just tried to prove that the calibration had been carried out by sending us a certificate from another unit. .

PVV and PV Breaker test , on 27th Aug 2017 the vessel was loaded with crude oil. The vessel as well as the office representatives (the office people "gave" the job to the shore team) were unable to explain how / what means were used to test the vacuum of the PV Valves as well as of the PV Breaker !

In addition there was no risk assessment and no cold work permits or any other kind of permit for any of these jobs. We also checked the gangway log in order to find out when the technician(s) boarded and disembarked the vessel in order to carry out these jobs. No entries were recorded. The gangway log was reviewed by the ship's Master. In my opinion the certificate was fake, nobody boarded the vessel and nobody tested the PVV and / or the PV Breaker (after all it is impossible to test the vacuum of the PV Breaker on a loaded tanker, in addition testing the PVV settings either by dismantling them or on their actual position whilst the ship is loaded is at least bad practice. For some reason the operators had followed a "strange" path.

Although the overall condition of the vessel was satisfactory and the ship's staff performed satisfactorily too, based on the two observations mentioned above and the operators' "attitude behind these issues" I believe that the ship cannot be deemed as suitable for BP business.

**</Quote>**



Oil Companies International Marine Forum

# Revised Ship Inspection Report (SIRE) Programme

| | |
|---|---|
| Report Number | DCMP-9694-3771-5221 |
| Report Template | VIQ6 - Petroleum (4301) |
| Vessel Name | EVRIDIKI |
| IMO Number | 9318137 |
| Date of Inspection | 27 Mar 2018 |
| Port of Inspection | PACHI |
| Inspecting Company | BP SHIPPING |
| Selected variants | Crude oil washing |
| | Inert Gas |
| | Pumproom |
| | STS operations |

DISCLAIMER

OCIMF DOES NOT WARRANT OPERATOR IDENTITY AND IS NOT RESPONSIBLE FOR THE CHOICE OF SHIPS INSPECTED, THE INSPECTORS CHOSEN, THE PERFORMANCE OF THE INSPECTIONS OR THE CONTENT OF THE REPORTS, OPERATOR COMMENTS AND/OR VPQ RESPONSES DISTRIBUTED UNDER THE REVISED PROGRAMME.  OCIMF IS INVOLVED ONLY IN THE RECEIPT, ORGANISATION AND DISTRIBUTION OF THE FOREGOING PROGRAMME OUTPUT.  OCIMF DOES NOT REVIEW OR EVALUATE SUCH OUTPUT AND EXPRESSES NO OPINION CONCERNING ITS ACCURACY.  WHILE OCIMF MAKES EVERY EFFORT TO ENSURE THAT REPORTS AND OPERATOR COMMENTS ARE RECEIVED, ORGANISED AND DISTRIBUTED IN ACCORDANCE WITH THE SIRE COMPOSITE GUIDELINES OCIMF ACCEPTS NO LIABILITY FOR FAILURE TO DO SO.



Report for EVRIDIKI [DCMP-9694-3771-5221, Date: 27 Mar 2018]

Downloaded by BP SHIPPING on 22 January 2019 14:44:17

# Section 1

## Chapter 1: General Information

### General Information

| | | |
|---|---|---|
| 1.1 | Name of the vessel | EVRIDIKI |
| 1.2 | Vessel IMO Number | 9318137 |
| 1.3 | Date the inspection was completed | 27 Mar 2018 |
| 1.4 | Port of inspection | PACHI |
| 1.5 | Flag | Liberia |
| 1.6 | Deadweight | 167295.00 |
| 1.7 | Date the vessel was delivered | 05 Jan 2007 |
| 1.8 | Name of the OCIMF inspecting company | BP SHIPPING |
| 1.9 | Date and time the inspector boarded the vessel | 27 Mar 2018. 10:00 (UTC ) |
| 1.10 | Date and time the inspector departed the vessel | 27 Mar 2018. 19:40 (UTC ) |
| 1.11 | Time taken for inspection | 9.40 |
| 1.12 | Name of the inspector | For inspecting company only |
| 1.13 | Vessel's operation at the time of the inspection | Discharging |
| 1.14 | Product(s) being handled | Crude oil |
| 1.15 | Vessel type | Crude/Product Tanker |
| 1.16 | Hull type | Double hull |
| 1.17 | Name of the vessel's operator | LIQUIMAR TANKERS MANAGEMENT SERVICES INC. |

Other Inspector Comments: The DOC was issued by the "ABS" on 15 Dec 2017 with expiration date 12 Jan 2023. "Oil Tanker" was the only ship's type in the certificate.

© Copyright OCIMF  2019

Report for EVRIDIKI [DCMP-9694-3771-5221, Date: 27 Mar 2018]

Downloaded by BP SHIPPING on 22 January 2019 14:44:17

| 1.18 | Date the current operator assumed responsibility for the vessel | 05 Jan 2007 |
|------|-----------------------------------------------------------------|-------------|
| 1.19 | Date of the last port State control inspection | 27 Mar 2018 |
| 1.20 | Port of the last Port State Control inspection | PACHI |
| | Other Inspector Comments: A PSC inspection took place at this terminal. It was an "initial" inspection. No deficiencies were recorded. | |
| 1.21 | Name of Classification society | DNV GL |
| | Other Inspector Comments: The class notation was : +1A1 Tanker for oil E0 ESP NAUTICUS (Newbuilding) VCS (2) | |
| 1.22 | Date of expiry of the Class Certificate | 05 Jan 2022 |
| 1.23 | Date the last special survey was completed | 15 Oct 2016 |
| 1.24 | Date of departure from the last class-credited drydock/repair period | 15 Oct 2016 |
| 1.25 | Date of the last class Survey Status Report | 23 Mar 2018 |

## Additional Comments

| 1.99 | Additional Comments |
|------|---------------------|

The Master and his crew as well as the attending superintendents extended their efforts to facilitate the inspection. Documents and certificates were well organised and readily available expediting and facilitating the course of the inspection.

## Chapter 2: Certification and documentation

### Certification

| 2.1.9 | What is the vessel's designation as recorded in the IOPP Certificate, Form B, Question 1.11? | 4 Crude oil/product carrier |
|-------|---------------------------------------------------------------------------------------------|----------------------------|
| 2.2 | Is the vessel's P and I Club a member of the International Group? | Yes |

Report for EVRIDIKI [DCMP-9694-3771-5221, Date: 27 Mar 2018]

Downloaded by BP SHIPPING on 22 January 2019 14:44:17

## Chapter 3: Crew Management

### Drug and alcohol policy

| | | |
|---|---|---|
| 3.12 | What was the Operator's defined maximum level of blood alcohol content? | 40.00 |
| 3.13 | What was the recorded frequency of unannounced drug testing | 6.00 |
| 3.14 | What was the recorded frequency of unannounced alcohol testing | 1.00 |
| 3.15 | What was the date of the last unannounced on-board alcohol test | 22 Mar 2018 |
| 3.16 | What was the date of the last unannounced drug and alcohol test undertaken by an external agency? | 27 Mar 2018 |
| | Other Inspector Comments: An unannounced D&A test was carried out on the day of this inspection. | |

© Copyright OCIMF  2019

Report for EVRIDIKI [DCMP-9694-3771-5221, Date: 27 Mar 2018]

Downloaded by BP SHIPPING on 22 January 2019 14:44:17

Crew details on 23 Mar 2018

## Officer Crew

| Rank | Nationality | Cert. Comp. | Issuing country | Admin. accept | Tanker cert. | Specialised Tanker Training | Radio qual. | Oper- ator | Years in service | | | | Mo. tour | English prof. |
| | | | | | | | | | Rank | Tanker type | All types | Watch | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Master | Greek | Master II/2 | Greece | Yes | Oil | Advanced | Yes | 17.2 | 18.2 | 24.2 | 24.2 | 22.2 | 2.37 | Good |
| Chief Officer | Greek | Master II/2 | Greece | Yes | Oil | Advanced | Yes | 0.3 | 8.2 | 2.0 | 11.2 | 11.2 | 2.70 | Good |
| 2nd Officer | Romanian | OOW | Romania | Yes | Oil | Advanced | Yes | 6.3 | 1.9 | 5.4 | 6.3 | 1.9 | 3.33 | Good |
| 2nd Officer | Greek | OOW | Greece | Yes | Oil | Advanced | Yes | 0.3 | 1.3 | 1.7 | 2.2 | 1.3 | 2.37 | Good |
| 3rd Officer | Greek | OOW | Greece | Yes | Oil | Advanced | Yes | 1.4 | 0.4 | 1.1 | 1.8 | 0.4 | 4.97 | Good |

## Engineer Crew

| Rank | Nationality | Cert. Comp. | Issuing country | Admin. accept | Tanker cert. | Specialised Tanker Training | Radio qual. | Oper- ator | Years in service | | | | Mo. tour | English prof. |
| | | | | | | | | | Rank | Tanker type | All types | Watch | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Chief Engineer | Greek | Chief Eng III/2 | Greece | Yes | Oil | Advanced | N/A | 4.1 | 7.8 | 9.4 | 25.6 | 20.6 | 3.33 | Good |
| 2nd Engineer | Filipino | Second Eng III/2 | Philippines | Yes | Oil | Advanced | N/A | 1.6 | 1.9 | 1.3 | 13.3 | 7.4 | 4.97 | Good |
| 3rd Engineer | Filipino | EOOW | Philippines | Yes | Oil | Advanced | No | 18.7 | 9.0 | 15.7 | 20.7 | 11.3 | 9.13 | Good |
| 3rd Engineer | Filipino | EOOW | Philippines | Yes | Oil | Advanced | N/A | 11.6 | 11.6 | 20.6 | 20.6 | 15.5 | 7.43 | Good |

© Copyright OCIMF 2019

Report for EVRIDIKI [DCMP-9694-3771-5221, Date: 27 Mar 2018]

Downloaded by BP SHIPPING on 22 January 2019 14:44:17

# Section 2

Key questions marked Yes without comment.

## Chapter 2: Certification and documentation

**Safety management and the operator's procedures manuals:**

2.3

**Survey and repair history**

2.7, 2.8

## Chapter 3: Crew Management

**Crew Management**

3.2, 3.3, 3.5, 3.6

**Crew qualifications**

3.9, 3.10

**Drug and alcohol policy**

3.11

## Chapter 4: Navigation

**Policies, Procedures and Documentation**

4.1, 4.2, 4.4, 4.5, 4.6

**Navigation Equipment**

4.10, 4.13, 4.14, 4.15, 4.16

**Charts and publications**

4.19, 4.20

**Navigation**

4.24, 4.27, 4.28, 4.29

## Chapter 5: Safety Management

**Safety Management**

5.2, 5.3, 5.4, 5.6, 5.7, 5.8, 5.10, 5.11

Report for EVRIDIKI [DCMP-9694-3771-5221, Date: 27 Mar 2018]

Downloaded by BP SHIPPING on 22 January 2019 14:44:17

**Drills, Training and Familiarisation**

5.12, 5.15

**Ship Security**

5.16, 5.17, 5.19

**Enclosed Space and Pump Room Entry Procedures**

5.20, 5.21, 5.22, 5.23, 5.24

**Monitoring Non-Cargo Spaces**

5.25, 5.26

**Gas Analysing Equipment**

5.27, 5.28, 5.29, 5.30, 5.31

**Hot Work Procedures**

5.32, 5.33, 5.34, 5.35

**Life Saving Equipment**

5.36, 5.37, 5.38, 5.41, 5.43, 5.44, 5.45, 5.46, 5.47, 5.48, 5.49

**Fire Fighting Equipment**

5.50, 5.51, 5.52, 5.53, 5.54, 5.57, 5.59, 5.61, 5.63, 5.64, 5.65

**Material Safety Data Sheets (MSDS)**

5.66

**Access**

5.67, 5.68, 5.69, 5.70, 5.71, 5.72

Chapter 6: Pollution Prevention

**Oil Record Books**

6.1, 6.2, 6.3, 6.4

**Shipboard Oil and Marine Pollution Emergency Plans**

6.6, 6.7, 6.8, 6.9

**VOC Management Plan**

6.11

Report for EVRIDIKI [DCMP-9694-3771-5221, Date: 27 Mar 2018]

Downloaded by BP SHIPPING on 22 January 2019 14:44:17

**Cargo Operations and Deck Area Pollution Prevention**

6.12, 6.13, 6.14, 6.16, 6.17, 6.20, 6.22, 6.23, 6.24, 6.25

**Pump Rooms and Oil Discharge Monitors**

6.27

**Ballast Water Management**

6.30

**Engine and Steering Compartments**

6.32, 6.33, 6.34, 6.36, 6.38

**Garbage Management**

6.39, 6.40

**Energy Efficiency**

6.41

## Chapter 7: Structural Condition

**Structural Condition**

7.1, 7.2, 7.3, 7.4, 7.5

## Chapter 8: Cargo and Ballast Systems - Petroleum

**Policies, Procedures and Documentation**

8.1, 8.2, 8.3

**Stability and Cargo Loading Limitations**

8.5, 8.7, 8.8, 8.10, 8.13

**Cargo Operations and Related Safety Management**

8.14, 8.15, 8.17, 8.18, 8.19

**Cargo and Ballast Handling and Monitoring Equipment**

8.20, 8.22, 8.23, 8.24, 8.25

**Ullaging, Sampling and Closed Operations**

8.29, 8.30, 8.31

Report for EVRIDIKI [DCMP-9694-3771-5221, Date: 27 Mar 2018]

Downloaded by BP SHIPPING on 22 January 2019 14:44:17

**Venting Arrangements**

8.32, 8.34

**Inert Gas System**

8.36, 8.37, 8.38, 8.39, 8.40, 8.41, 8.45, 8.47, 8.48

**Crude Oil Washing**

8.50, 8.52, 8.53, 8.54, 8.55, 8.56, 8.57, 8.59, 8.60

**Manifold Arrangements**

8.69, 8.70, 8.71, 8.72, 8.73, 8.74

**Pump Rooms**

8.75, 8.76, 8.77, 8.78, 8.79

**Ship to Ship Transfer Operations - Petroleum**

8.84, 8.85

## Chapter 9: Mooring

**Mooring equipment documentation**

9.1, 9.3, 9.4

**Mooring procedures**

9.6, 9.8, 9.9, 9.10, 9.11

**Mooring equipment**

9.12, 9.13, 9.15, 9.16, 9.17

**Anchoring equipment**

9.18, 9.19, 9.20, 9.21

**Single Point Moorings**

9.22

**Emergency towing arrangements**

9.25, 9.26

## Chapter 10: Communications

Report for EVRIDIKI [DCMP-9694-3771-5221, Date: 27 Mar 2018]

Downloaded by BP SHIPPING on 22 January 2019 14:44:17

**Communications procedures**

10.1, 10.2, 10.3, 10.4, 10.6, 10.7, 10.8

**Communications equipment**

10.10, 10.11, 10.12, 10.13, 10.14, 10.15

## Chapter 11: Engine and Steering Compartments

**Policies, Procedures and Documentation**

11.1, 11.2, 11.3, 11.5, 11.6, 11.8, 11.9, 11.11, 11.12, 11.13

**Planned Maintenance**

11.15

**Safety Management**

11.16, 11.17, 11.18, 11.22, 11.23, 11.24, 11.25, 11.28, 11.29, 11.30, 11.31, 11.33, 11.34, 11.35, 11.36, 11.37, 11.38, 11.40

**Machinery status**

11.41, 11.43, 11.46, 11.47

**Steering Compartment**

11.49, 11.51, 11.54, 11.55, 11.56

## Chapter 12: General Appearance and Condition

**Hull, superstructure and external weather decks**

12.1, 12.2, 12.3, 12.4, 12.5, 12.6, 12.7, 12.8, 12.9, 12.10

**Electrical Equipment**

12.11, 12.12, 12.13

**Internal Spaces**

12.14, 12.15

**Accommodation Areas**

12.16, 12.17, 12.18, 12.19, 12.20, 12.21

© Copyright OCIMF  2019

Report for EVRIDIKI [DCMP-9694-3771-5221, Date: 27 Mar 2018]

Downloaded by BP SHIPPING on 22 January 2019 14:44:17

# Section 3

## Chapter 2: Certification and documentation

### Certification

2.1    Are all the statutory certificates listed below, where applicable, valid and have the annual and
intermediate surveys been carried out within the required range dates?    **[Y]  N  NS  NA**

Other Inspector Comments: The SMC was issued by the "DNV-GL" on 5 May 2017 with
expiration date 14 June 2022.

The USCG COC expiration date was 1 Oct 2019.

### Safety management and the operator's procedures manuals:

2.4    Does the Operator's representative visit the vessel at least bi-annually?    **[Y]  N  NS  NA**

Other Inspector Comments: Marine, technical and safety dpt representatives were on the
vessel at the time of the inspection.
Their previous visits were as follows :
Marine on 31 Aug 2017.
Technical on 2 Jan 2018.

2.5    Is a recent operator's internal audit report available and is a close-out system in place for
dealing with non-conformities?    **[Y]  N  NS  NA**

Other Inspector Comments: The last internal ISM audit was recorded on 6 Apr 2017. No
findings were recorded.

2.6    Does the Master review the safety management system, report to the operator on any
deficiencies and does the operator respond to the Master's review?    **[Y]  N  NS  NA**

Other Inspector Comments: The Master's review on SMS was recorded on 31 Dec 2017.

Report for EVRIDIKI [DCMP-9694-3771-5221, Date: 27 Mar 2018]

Downloaded by BP SHIPPING on 22 January 2019 14:44:17

**Enhanced Survey Programme**

| 2.9 | If the vessel is subject to the Enhanced Survey Programme, is the report file adequately maintained? | Y | N | NS | NA |

Other Inspector Comments: Based on the info contained in the Condition Evaluation Report the renewal survey was recorded on 15 Oct 2016.
Close up survey was recorded in all ballast tanks as well as in No 3P, 4 P&S cargo tanks.
The ballast tanks were fully coated and fitted with anodes too. The cargo tanks were coated on their lower side. The coating condition in all tanks was reported good.

**Condition Assessment Scheme**

| 2.12 | Has the vessel been enrolled in a Classification Society Condition Assessment programme (CAP)? | Y | N | NS | NA |

Report for EVRIDIKI [DCMP-9694-3771-5221, Date: 27 Mar 2018]

Downloaded by BP SHIPPING on 22 January 2019 14:44:17

## Chapter 3: Crew Management

**Crew Management**

| | | |
|---|---|---|
| 3.1 | Does the manning level meet or exceed that required by the Minimum Safe Manning Document? | [Y] N NS NA |

Other Inspector Comments: The safe manning certificate required the following minimum staff
:
Officers : Deck : 4, Engine : 2
Ratings : Deck : 5, Engine : 2
The actual manning of the vessel was as follows :
Officers : Deck : 5, Engine : 6, Electrician : 1
Ratings : Deck : 9, Engine : 4, Catering : 4, Deck Cadet : 1

| | | |
|---|---|---|
| 3.4 | Are all personnel able to communicate effectively in a common language? | [Y] N NS NA |

Other Inspector Comments: The common working language on the ship was English.

| | | |
|---|---|---|
| 3.7 | If the vessel is fitted with High Voltage equipment, is staff suitably trained. | Y N NS [NA] |

| | | |
|---|---|---|
| 3.8 | Where the vessel carries chemicals, has a formal programme of regular and appropriate medical examinations for personnel been implemented? | Y N NS [NA] |

## Chapter 4: Navigation

Report for EVRIDIKI [DCMP-9694-3771-5221, Date: 27 Mar 2018]

Downloaded by BP SHIPPING on 22 January 2019 14:44:17

**Policies, Procedures and Documentation**

| 4.3 | Are deck log books and engine movement (bell) books correctly maintained and is an adequate record being kept of all the navigational activities, both at sea and under pilotage? |  |
|---|---|---|

Other Inspector Comments: Course changes, Master's and OOW's conning times, pilotage time and other navigational activities were adequately recorded in the bridge log book.

| 4.7 | Are checklists for pre-arrival, pre-departure, watch handover, pilot-master exchange and pilot card effectively completed? | Y   N   NS   NA |
|---|---|---|

Other Inspector Comments: The company's check lists and procedures were adequately followed and completed.

| 4.8 | Does the operator provide guidance on minimum under keel clearance and squat? |  |
|---|---|---|

Other Inspector Comments: The operator had the following policy with regards to the minimum required UKC.
* Ocean passages / open coastal waters : 25% of the deepest draft.
* Fairways / channels / river transits : 10% of the deepest draft or 1 m as per local regulations, whichever is greater+estimated creation of squat or increase of draft to water density or surge forces.
* Alongside / Lay-by berth : 5% of maximum draft always+anticipated effect of weather and sea conditions+trim and list+the impact of weather on tidal phenomenon.
* Transiting deep water channels : 15% of the deepest draft or 1 m as per local regulations, whichever is greater+anticipated changes due to squat or other similar phenomena.
* Crossing locks or dock sills : Port regulations to be observed.
* Harbour areas sheltered from waves, interior fairway, ship's rotary areas, basins channels under towing : 10% of the deepest draft or 1 m or as per local regulations, whichever is greater.
* SPM : 10% of the deepest draft+anticipated effect of swell and sea conditions.
* CBM : 10% of the deepest draft+effect of sea/swell/tide and currents.
* Extra-ordinary cases such as repairs yards, search and rescue service, towing operations etc : Master of the vessel to be communicated with Liquimar.

| 4.9 | Has the Bridge been adequately manned at all stages of the voyage and at Anchor and were lookout arrangements adequate? | Y   N   NS   NA |
|---|---|---|

Other Inspector Comments: An OOW with a lookout were standing the bridge watch during day at sea. An OOW with two lookouts were standing the bridge watch at sea during night.

© Copyright OCIMF  2019

Report for EVRIDIKI [DCMP-9694-3771-5221, Date: 27 Mar 2018]

Downloaded by BP SHIPPING on 22 January 2019 14:44:17

**Navigation Equipment**

| | | | | | |
|---|---|---|---|---|---|
| 4.11 | Are navigation lights in good order? | Y | N | NS | NA |

Other Inspector Comments: The audible and visual alarms of the navigational lights on the bridge console were tested during the inspection and found in order.

| | | | | | |
|---|---|---|---|---|---|
| 4.12 | If a bridge navigational watch alarm system (BNWAS) is fitted is it operational at all times when the vessel is at sea? | Y | N | NS | NA |

Other Inspector Comments: The times the unit was switched on / off were adequately recorded in the bridge log book.

| | | | | | |
|---|---|---|---|---|---|
| 4.17 | Is there a documented procedure for the operation of the VDR and are the Deck Officers familiar with procedure to retain the VDR data in the event of an incident? | Y | N | NS | NA |

Other Inspector Comments: The navigation officer was questioned during the inspection and found familiar on how to retain VDR data in case of an incident.

© Copyright OCIMF 2019

Report for EVRIDIKI [DCMP-9694-3771-5221, Date: 27 Mar 2018]

Downloaded by BP SHIPPING on 22 January 2019 14:44:17

**Charts and publications**

| | | | | | | |
|---|---|---|---|---|---|---|
| 4.18 | Has a system been established to ensure that all Charts, nautical publications (Paper and Electronic) and other publications are on board, current and maintained up to date and is it being implemented? | | Y | N | NS | NA |

Other Inspector Comments: The ship was fitted with 2 ECDIS units and electronic publications. She was receiving e NTM on weekly basis, the latest available for the ECDIS was week 12 / 2018, the latest available for the publications was week 13 / 2018.

| | | | | | | |
|---|---|---|---|---|---|---|
| 4.21 | If the vessel is equipped with an Electronic Chart Display and Information System (ECDIS) are the Master and deck officers able to produce appropriate documentation that generic training and type-specific familiarisation has been undertaken. | | Y | N | NS | NA |

Other Inspector Comments: Master, chief mate, 2nd mate, 3rd mate : Generic as per IMO 1.27, 2 days of type specific. All training courses were delivered at shore training centres.
2nd mate : Generic as per IMO 1.27 at shore training centre, 2 days of computer based type specific.

| | | | | | | |
|---|---|---|---|---|---|---|
| 4.22 | If the vessel is provided with an Electronic Chart Display and Information System (ECDIS) does it meet the requirements of SOLAS and is an approved backup system provided? | | Y | N | NS | NA |

Other Inspector Comments: The ship was fitted with 2 ECDIS units which were used as primary and back up means of navigation. Presentation library 4 was installed in both units.

Downloaded by BP SHIPPING on 22 January 2019 14:44:17

**Navigation**

| 4.23 | Has the vessel been safely navigated and in compliance with international regulations? | Y | N | NS | NA |

Other Inspector Comments: During the last voyage the vessel was engaged in coastal navigation, she also transited Suez Canal, numerous traffic separation schemes and buoyed channels. As revealed by the bridge logs and ECDIS data review the vessel had been safely navigated.

| 4.25 | Was a comprehensive passage plan available for the previous voyage and did it cover the full voyage from berth to berth? | Y | N | NS | NA |

Other Inspector Comments: A detailed passage plan was prepared in hard copies, signed by all bridge officers and adequately followed.

| 4.26 | Was position fixing including the use of parallel indexing satisfactory throughout the previous voyage and the frequency of plotted fixes in accordance with the passage plan? | Y | N | NS | NA |

Other Inspector Comments: Various methods on proper intervals were used  to plot the ship's position.

## Chapter 5: Safety Management

© Copyright OCIMF  2019

Report for EVRIDIKI [DCMP-9694-3771-5221, Date: 27 Mar 2018]

Downloaded by BP SHIPPING on 22 January 2019 14:44:17

**Safety Management**

| | | | | | | |
|---|---|---|---|---|---|---|

5.1    Has a safety officer been designated, trained to undertake this role and is there evidence to show that they are effectively performing duties associated with this role?      **[Y]** N NS NA

*Other Inspector Comments: The chief officer was the safety officer, he was certified as trained to undertake this role.*

---

5.5    Are regular safety meetings held, are the minutes recorded and does the operator provide shore management responses?      **[Y]** N NS NA

*Other Inspector Comments: The last bimonthly safety meeting was dated 13 Mar 2018, company's responses were available.*

---

5.9    Are external doors, ports and windows kept closed in port?      Y **[N]** NS NA

Inspector Observations: All external doors of the superstructure found locked from inside, thus entering into the accommodation using any of these doors in case of an emergency could be difficult / impossible. The issue was rectified prior to the completion of the inspection.

*Initial Operator Comments: Abstract :*
*The starboard accommodation door was unlocked, allowing both exiting and entering without the risk of contamination of the accommodation atmosphere with petroleum gases but allowing controllable entry in accommodation spaces also for working access. The other external doors were locked as the Master of the vessel had security concerns. However, the closed doors were clearly marked including the way to the unlocked external door.*

*Root cause :*
*Deep reflecting thoughts for the prevailing security risks.*

*Corrective action:*
*Mechanism was released from the inside as soon as the issue raised.*

*Preventative actions:*
*A warning posted on the external doors in case that security concerns require some door to be locked at sea or in port giving details for the opening process.*

*In addition the importance of the issue discussed in Safety Meeting carried out onboard on 31/03/2018.*

---

© Copyright OCIMF  2019

Report for EVRIDIKI [DCMP-9694-3771-5221, Date: 27 Mar 2018]

Downloaded by BP SHIPPING on 22 January 2019 14:44:17

**Drills, Training and Familiarisation**

| 5.13 | Are drills for emergency procedures being carried out? | | Y | N | NS | NA |

Other Inspector Comments: An "excessive list" drill was recorded on 22 Mar 2018.

| 5.14 | Are lifeboat and fire drills regularly held? | | Y | N | NS | NA |

Other Inspector Comments: The last water borne of the life boats was dated 2 Jan 2018.

**Ship Security**

| 5.18 | Has a security officer been designated and trained to undertake this role? | | Y | N | NS | NA |

Other Inspector Comments: The chief mate was the SSO and he was certified as trained to undertake this role.

**Life Saving Equipment**

| 5.39 | Is there a maintenance and test schedule for lifeboat, Rescue boat on-load release gear, Davit launched liferaft automatic release hooks, and free-fall lifeboat release systems, where fitted. | | Y | N | NS | NA |

Other Inspector Comments: The on load test of the life boas and davits was dated 15 Oct 2016, their last annual inspection was recorded on 2 Jan 2018.

| 5.40 | Are lifeboats, including their equipment and launching mechanisms, in good order? | | Y | N | NS | NA |

Other Inspector Comments: The engine - on battery starting mode - and the steering gear of the port life boat were tested during the inspection and found in order.

| 5.42 | Is the rescue boat, including its equipment and launching arrangement, in good order? | | Y | N | NS | NA |

Other Inspector Comments: The stbd life boat was the rescue boat.

© Copyright OCIMF  2019

Report for EVRIDIKI [DCMP-9694-3771-5221, Date: 27 Mar 2018]

Downloaded by BP SHIPPING on 22 January 2019 14:44:17

**Fire Fighting Equipment**

| | | |
|---|---|---|
| 5.55 | Are fire mains, pumps, hoses and nozzles in good order and available for immediate use? | [Y]  N  NS  NA |

Other Inspector Comments: Hoses, nozzles, hydrants etc were randomly tested during the inspection and found in order.

| | | |
|---|---|---|
| 5.56 | Are isolating valves in fire and foam system lines clearly marked and in good order? | [Y]  N  NS  NA |

Other Inspector Comments: The isolating valves on the main fire and foam deck lines were randomly tested during the inspection and found in order.

| | | |
|---|---|---|
| 5.58 | Are fixed fire detection and alarm systems in good order and tested regularly? | [Y]  N  NS  NA |

Other Inspector Comments: The ship was equipped with proper testing devices for every type of detector fitted on board.

| | | |
|---|---|---|
| 5.60 | Is the emergency fire pump in full operational condition and are starting instructions clearly displayed? | [Y]  N  NS  NA |

Other Inspector Comments: The emergency fire pump was tested during the inspection and found in order.

| | | |
|---|---|---|
| 5.62 | Are firemen's outfits and breathing apparatus in good order, fitted with fully pressurised air cylinders and ready for immediate use? | [Y]  N  NS  NA |

Other Inspector Comments: The press as well as the low press alarms of the breathing apparatus were randomly tested during the inspection and found in order.

**Access**

| | | |
|---|---|---|
| 5.73 | If the bridge wing is used as a winching area, is a thorough risk assessment conducted? | Y  N  NS  [NA] |

## Chapter 6: Pollution Prevention

Report for EVRIDIKI [DCMP-9694-3771-5221, Date: 27 Mar 2018]

Downloaded by BP SHIPPING on 22 January 2019 14:44:17

### Oil Record Books

| | | |
|---|---|---|
| 6.5 | If the disposal of engine room oily water or sludge to a cargo or slop tank has taken place, has the event been recorded in both Oil Record Books, was the receiving tank free of cargo and have the transfer arrangements been approved by Class? |  |

Other Inspector Comments: No such line was fitted, no such disposals were recorded.

### Shipboard Oil and Marine Pollution Emergency Plans

| | | |
|---|---|---|
| 6.10 | Name of the OPA-90 Qualified Individual (QI) |  |

Other Inspector Comments: O'BRIEN'S RESPONSE MANAGEMENT

### Cargo Operations and Deck Area Pollution Prevention

| | | |
|---|---|---|
| 6.15 | Are means readily available for dealing with small oil spills? |  |

Other Inspector Comments: Dump valves and wilden pumps were fitted on each aft deck side, the pumps were tested during the inspection and found in order.

| | | |
|---|---|---|
| 6.18 | If cargo sea suction valves are fitted, are adequate pollution prevention measures in place, are valve-testing arrangements provided, are they in good order and regularly monitored for leakage? | Y N NS NA |

Other Inspector Comments: The cargo sea chest was isolated from the rest of the cargo system with two valves and a blank flange.

| | | |
|---|---|---|
| 6.19 | If ballast lines pass through cargo and/or Bunker tanks are they tested regularly and the results recorded? |  |

| | | |
|---|---|---|
| 6.21 | Are bunker pipelines tested annually? | Y N NS NA |

Other Inspector Comments: The pressure test of the bunker lines was credited on 13 Oct 2017, the pressure applied was 5.5 Bars.

Report for EVRIDIKI [DCMP-9694-3771-5221, Date: 27 Mar 2018]

Downloaded by BP SHIPPING on 22 January 2019 14:44:17

**Pump Rooms and Oil Discharge Monitors**

| 6.26 | Are pump room bilge high level alarms fitted, regularly tested and the results recorded? | [Y] N NS NA |

Other Inspector Comments: The high level alarm system of the pump room bilges was tested during the inspection and found in order.

| 6.28 | If an ODME is fitted, is it in good order and is there evidence of recent testing? | [Y] N NS NA |

Other Inspector Comments: The ODME should be tested on monthly basis, the last one was recorded on 26 Mar 2018.

| 6.29 | If the ODME has not been operational, was the fact recorded in the Oil Record Book? | Y N NS [NA] |

Other Inspector Comments: No such entries in the ORB II.

**Ballast Water Management**

| 6.31 | Can the vessel check or sample segregated ballast prior to deballasting and are they free from oil. | [Y] N NS NA |

Other Inspector Comments: No 1 P and No 4 S ballast tanks were sighted from the deck level during the inspection and as far as could be seen they were free from oil.

© Copyright OCIMF 2019

Report for EVRIDIKI [DCMP-9694-3771-5221, Date: 27 Mar 2018]

Downloaded by BP SHIPPING on 22 January 2019 14:44:17

**Engine and Steering Compartments**

6.35      Is the oily water separator in good order?                          Y  [N]  NS  NA

<span style="color:red">Inspector Observations: The ship was provided with a certificate for the 5 yearly (as per MEPC 107.49) calibration of the oil content meter of the OWS dated 12 Oct 2016. It was noted that the serial number of the measuring cell on the certificate was different from the serial number of the cell fitted  on the OWS.</span>

*Initial Operator Comments: Abstract:*
*The measuring shell had been replaced by makers due to a failure of the*
*measuring system and due to the replacement of the filtering system.*
*Though the change was recorded in the Oil Record Book and attestation*
*certificate issued for the proper function of the system, the serial number*
*of the replaced measuring shell was not deleted from the initial certificate.*

*Root cause:*
*Oversight of the attending engine officer to update the original certificate*
*and PMS at the time that the equipment was replaced.*

*Corrective action:*
*The Flag State representative who carried out the scheduled annual inspection*
*simulated test onboard and recorded the new serial number of the new measuring*
*shell on the manual certificate of approval.*

*Preventative actions:*
*A specific warning notice was posted to safeguard against potential oversights in*
*documenting changes.*

*The issue was discussed in detail in the Safety Meeting carried onboard*
*on 31/03/2018 and all attendees confirmed understanding/compliance.*

6.37      If the oily water separator is not fitted with an automatic stopping device, do entries in the Oil     Y   N   NS  [NA]
Record Book Part 1 indicate that it has not been used in a Special Area?

Report for EVRIDIKI [DCMP-9694-3771-5221, Date: 27 Mar 2018]

Downloaded by BP SHIPPING on 22 January 2019 14:44:17

## Chapter 7: Structural Condition

**Structural Condition**

| | | |
|---|---|---|
| 7.6 | If any cargo and/or ballast tanks were sighted from the deck, were they in good order? |  |

Other Inspector Comments: No 1 P and No 4 S water ballast tanks were sighted from the deck level during the inspection, as far as could be seen they were in good order.

| | | |
|---|---|---|
| 7.7 | Are procedures in place to carry out regular inspections of cargo and ballast tanks, void spaces, trunks and cofferdams by the vessel's personnel and are records maintained? |  |

Other Inspector Comments: The cargo tanks should be inspected on 30 months intervals. Their last inspection was recorded on 15 Oct 2016.
The ballast tanks should be inspected on 4 months intervals, their last inspection was credited on 2 Jan 2018.

## Chapter 8: Cargo and Ballast Systems - Petroleum

**Policies, Procedures and Documentation**

| | | |
|---|---|---|
| 8.4 | Is a written procedure provided for the safe handling of heavy weather ballast in cargo tanks on segregated ballast tankers? | Y  N  NS  NA |

Other Inspector Comments: No 4 P&S cargo tanks were those designated as the heavy weather ballast tanks. No heavy weather ballasting was recorded to date.

Report for EVRIDIKI [DCMP-9694-3771-5221, Date: 27 Mar 2018]

Downloaded by BP SHIPPING on 22 January 2019 14:44:17

**Stability and Cargo Loading Limitations**

| | | | |
|---|---|---|---|
| 8.6 | Are there records indicating that the operational accuracy of the load computer is tested regularly?<br><br>Other Inspector Comments: The last monthly test of the loading computer was dated .23 Mar 2018. | | **[Y]**  N  NS  NA |

| | | | |
|---|---|---|---|
| 8.9 | Are Damage Stability Verification Guidelines available and can the Master demonstrate that the vessel is normally loaded in accordance with the Stability Information Booklet (SIB)?<br><br>Other Inspector Comments: The loading computer was capable of damage stability calculations. In addition the ship was contracted with an ERS. | | **[Y]**  N  NS  NA |

| | | | |
|---|---|---|---|
| 8.11 | Do the operator's operating manuals include procedures for restoring stability in case of unstable conditions developing during cargo operations, where applicable? | | Y  N  NS  **[NA]** |

| | | | |
|---|---|---|---|
| 8.12 | Where applicable, are officers aware of the dangers of free surface effects and of the possibility of structural damage caused by sloshing in cargo tanks? | | Y  N  NS  **[NA]** |

© Copyright OCIMF  2019

Report for EVRIDIKI [DCMP-9694-3771-5221, Date: 27 Mar 2018]

Downloaded by BP SHIPPING on 22 January 2019 14:44:17

**Cargo Operations and Related Safety Management**

8.16   Has a cargo plan been prepared and does it contain a detailed sequence of cargo and ballast          Y ☐ N ☐ NS ☐ NA
transfer and has it been signed by the watch officers?

<span style="color:red">Inspector Observations: The critical stages of this discharging operation were not identified /
recorded in the discharging plan.</span>

*Initial Operator Comments: Abstract:*
*Although the cargo plan contained sufficient details for cargo ballast transfer*
*and COW in sequence, the most critical stages of the operation were not*
*highlighted for easy identification.*

*Root cause:*
*The cargo plan is prepared by the Chief Officer but with the active participation of*
*all personnel involved. It was beyond his regard to highlight the most critical stages of the*
*operation on the basis that all officers and pumpman were familiar with the plan and the*
*terminal's requirement.*

*Corrective action:*
*The Master of the vessel who was attending the inspection concluded that the idea*
*of identifying and marking the most critical stage of an operation plan is a good practice*
*and will help, especially during overloaded operating hours and requested such*
*practice to be applied.*

*Preventative actions:*
*The Cargo Operation Procedure No.10, para 3.10, dealing with cargo planning*
*operation, was supplemented to request that the critical stages to be highlighted*
*for easy identification.*

© Copyright OCIMF  2019

Report for EVRIDIKI [DCMP-9694-3771-5221, Date: 27 Mar 2018]

Downloaded by BP SHIPPING on 22 January 2019 14:44:17

### Cargo and Ballast Handling and Monitoring Equipment

**8.21**  Are the cargo lines, vapour lines and inert gas lines in good order and is there recorded evidence of regular testing?    [Y]  N  NS  NA

Other Inspector Comments: The cargo system piping was pressure tested to 21.5 Bars by a shore team on 13 Oct 2017.

**8.26**  Are the cargo tank high level and overflow alarms in good order and is there recorded evidence of regular testing?    [Y]  N  NS  NA

Other Inspector Comments: The overflow alarm system of No 6 P cargo tank was tested from the deck side during the inspection and found in order.

**8.27**  Where fitted and in use, is the condition of the cargo tank heating system satisfactory, is it regularly tested and is any observation tank free of oil?    Y  N  NS  [NA]

Other Inspector Comments: The overall condition of the cargo heating system on deck was satisfactory.

### Ullaging, Sampling and Closed Operations

**8.28**  If fixed tank gauges are not fitted, are sufficient portable tapes provided to simultaneously gauge each tank being worked, if used with vapour locks are they calibrated?    [Y]  N  NS  NA

Other Inspector Comments: In addition to the fixed tank gauging system the ship was provided with 4 portable ullaging tapes.

### Venting Arrangements

**8.33**  Are SOLAS secondary venting requirements being complied with?    [Y]  N  NS  NA



Other Inspector Comments: A PV Breaker (+1890 / -630 mm wg) was fitted on the common venting line. A PVV (+1400 / -350 mm wg) as well as a pressure sensor (+1540 / +100 mm wg) were fitted in every cargo tank. The audible and visual alarms of the sensors in the CCR were tested during the inspection and found in order.

**8.35**  Are the P/V valves in good order, inspected and cleaned as part of a regular planned maintenance routine and are there records to support this?    Y  [N]  NS  NA



Inspector Observations: A certificate issued on 27 Aug 2018 by a shore team indicated that all PVV as well as the PV Breaker were tested on their pressure and vacuum settings points, i.e. all PVV were tested to +1400 / -350 mm wg and the PV Breaker to +1890 / -630 mm wg. Based on the ORB II entries the ship on that date was loaded with crude oil.

© Copyright OCIMF 2019

Report for EVRIDIKI [DCMP-9694-3771-5221, Date: 27 Mar 2018]

Downloaded by BP SHIPPING on 22 January 2019 14:44:17

*Initial Operator Comments: Abstract:*
*The annual inspection of the PV valves including the PV breaker was carried out on*
*26th and 27th August 2017, whilst the vessel was off Pembroke, UK awaiting for some*
*days to discharge. It was the one year test as per periodical test of cargo systems,*
*Fleet Instruction Manual, Section F, para 9.6.*

*Tightness test carried out by using the Inert Gas System for the PV valves and a*
*bottle of Nitrogen for the PV breaker.*

*The IG fans (2 units), each of pressure capacity, in (-500), out (1600) mmAq @ 35C*
*(Diff 2100 mmAq) can apply pressure of 1400  (including gas friction loss) used in*
*turn and the tightness was verified without emitting gasses to the atmosphere.*
*None structural repair or maintenance carried out to PV valves of PV braker.*

*Root cause:*
*The officer in charge did not provide analysis of the type of test carried out*
*and the method used.*

*Corrective action:*
*The tightness of PV was tested and verified before the current discharging.*

*Preventative actions:*
*Tightness to minimum 85% pressure / vacuum capacity is to be carried out before*
*each discharging operation (apprx. 1200 mmnAq).*

© Copyright OCIMF  2019

Report for EVRIDIKI [DCMP-9694-3771-5221, Date: 27 Mar 2018]

Downloaded by BP SHIPPING on 22 January 2019 14:44:17

*Subsequent Operator Comments:*

*---------------------------------------------------------------------------------------*

*Entered by: E. APOSTOLOU [main@liquimar.gr]*
*Date: 31 May 2018 15:58:17*

*On 27/8/2017 the subject tanker was awaiting at roads of Pembroke, UK to discharge crude oil.*

*The operators of the vessel, in accordance with their policy, sent onboard a specialised team to validate the integrity of PV breakers, associated structures and equipments, including relevant piping system and verify that the onboard PV testing procedures and available onboard testing mechanism and related devices are functioning correctly and properly, including the spare PV valve that is always ready to replace a leaking one.*

*The pressure test carried out to all PV valves by operating the IGS system at the setting values of PV valves.*

*The vacuum free leak, verified  in the the PMS entries and actual test of the spare PV valve.*

*The breaker by measuring and/or observing the mountable transparent level  indicator.*

*The work lasted for approximately 8 hrs and the customised periodical assessment certificate by external team issued and their assessment was recorded in an attestation certificate, with number ID 378-PV, dated 27/08/2017. The names of the team were logged in the formal official log book of the vessel.*

*The investigation revealed that the explanation given to the inspector by the officer of the vessel, did not clearly state that the inspection was in line with Company's policy and the work done had no relation with the loaded condition of the vessel.*

*The Company's policy with regard to the PV breakers and associated equipments and machineries requires:*

  *. Continuous assessment by ship's crew and/or company's staff. The cycle of assessment to be completed in one year and to be shown in PMS system.*

  *. Periodical assessment/verification by specifically trained external technical staff every 2 years.*

  *. Renewal assessment three months before a full five year cycle or when the vessel will be in repair facility for her five year scheduled Flag and Class inspections.*

*All ships have been advised to make special effort to provide to the SIRE inspectors firm and concrete explanation to any of their assumptions.*

*We circulated the SIRE observations with Owners' comments to the whole fleet in order to prevent recurrence of the same observation onboard.*

© Copyright OCIMF  2019

Report for EVRIDIKI [DCMP-9694-3771-5221, Date: 27 Mar 2018]

Downloaded by BP SHIPPING on 22 January 2019 14:44:17

**Inert Gas System**

| | | | | | |
|---|---|---|---|---|---|
| 8.42 | Is the Oxygen content of the inert gas delivery at or below 5%? | Y | N | NS | NA |

Other Inspector Comments: The O2 content of the IG delivery was 2.5% .

| | | | | | |
|---|---|---|---|---|---|
| 8.43 | Are the vapour spaces in the cargo tanks being maintained at positive pressure? | Y | N | NS | NA |

Other Inspector Comments: The pressure in the cargo tanks was 600 mm wg.

| | | | | | |
|---|---|---|---|---|---|
| 8.44 | Is the oxygen content in the cargo tanks below a maximum of 8%? | Y | N | NS | NA |

Other Inspector Comments: The O2 content of No 6 P cargo tank was measured from the deck level during the inspection and found 3.5 %.

| | | | | | |
|---|---|---|---|---|---|
| 8.46 | Do the readings on the local, bridge and cargo control room oxygen and pressure recorders, where fitted, agree? | Y | N | NS | NA |

Other Inspector Comments: The local gauges of the IG system were cross checked and their readings found to be the same.

| | | | | | |
|---|---|---|---|---|---|
| 8.49 | Can double hull spaces be inerted? | Y | N | NS | NA |

Other Inspector Comments: Flexible hoses and a stand pipe were available on board in order to be used in case of double hull spaces inerting operation.

© Copyright OCIMF  2019

Report for EVRIDIKI [DCMP-9694-3771-5221, Date: 27 Mar 2018]

Downloaded by BP SHIPPING on 22 January 2019 14:44:17

### Crude Oil Washing

8.51    If crude oil washing is being carried out are the tanks being Crude oil washed in accordance with IMO requirements?     Y   N   NS   

     Other Inspector Comments: COW operation would be carried out at a later stage of the discharging operation.

8.58    Is the tank cleaning heater, where fitted, effectively isolated from the crude oil washing line?     Y   N   NS   NA

     Other Inspector Comments: The tank cleaning heater was blanked.

### Cargo Hoses

8.80    If the vessel uses its own cargo hoses, are they in good order, pressure tested annually to their design working pressure and is a record of all hose tests and inspections maintained on board?     Y   N   NS   

### Cargo Lifting Equipment

8.81    Are all cargo cranes and other lifting equipment properly marked and has periodical testing and inspection been carried out?     Y   N   NS   NA

     Other Inspector Comments: The on load test of the lifting gear was dated 20 Jan 2017. The annual inspection was recorded on 2 Jan 2018.

8.82    Are winches associated with lifting equipment in good order?     Y   N   NS   NA

8.83    If the ship has a single centreline mounted crane at the manifold, does it carry a full set of spare hydraulic hoses for the crane?     Y   N   NS   NA

     Other Inspector Comments: The ship was fitted with 2 mid ship cranes.

Report for EVRIDIKI [DCMP-9694-3771-5221, Date: 27 Mar 2018]

Downloaded by BP SHIPPING on 22 January 2019 14:44:17

**Ship to Ship Transfer Operations - Petroleum**

| | | | | | |
|---|---|---|---|---|---|
| 8.86 | Are ship-to-ship transfer checklists completed? | Y | N | NS | NA |

8.87    If a ship-to-ship transfer was in progress during the inspection, was it conducted in accordance with the recommendations of the OCIMF/ICS STS Transfer Guide?    Y    N    NS    NA

Other Inspector Comments: No STS operations at the time of this inspection.

© Copyright OCIMF  2019

Downloaded by BP SHIPPING on 22 January 2019 14:44:17

## Chapter 9: Mooring

### Mooring equipment documentation

9.2   Do all mooring ropes and where fitted, mooring wire tails, meet OCIMF guidelines?   [Y] N NS NA

Other Inspector Comments: The mooring tails should be renewed 18 months after the date of their initial use..

9.5   Is there a policy in place for the testing of winch brakes and are the results recorded?   [Y] N NS NA

Other Inspector Comments: The BHC test of the mooring winches was dated 1 Sept 2017.

### Mooring procedures

9.7   Are mooring lines secured to bitts and turned up correctly?   Y N NS [NA]

Other Inspector Comments: Only moorings on winches were used at this terminal.

### Mooring equipment

9.14   If mooring winches in a gas hazardous area are electrically powered, are motors Ex 'd' rated and have insulation tests carried out and results recorded.   Y N NS [NA]

### Single Point Moorings

9.23   If the vessel is equipped for mooring at single point moorings, does it meet the recommendations as applicable, contained in Mooring Equipment Guidelines (3rd Edition)?   [Y] N NS NA

Other Inspector Comments: One pedestal roller on shallow angle should be used to lead the pick up line to the storage drum.

9.24   If the vessel is fitted with a hydraulically operated bow stopper, are safeguards provided to prevent its accidental release?   Y N NS [NA]

© Copyright OCIMF  2019

Report for EVRIDIKI [DCMP-9694-3771-5221, Date: 27 Mar 2018]

Downloaded by BP SHIPPING on 22 January 2019 14:44:17

## Chapter 10: Communications

### Communications procedures

| | | | | | |
|---|---|---|---|---|---|
| 10.5 | Has a qualified person been designated to handle distress communications? | **Y** | N | NS | NA |

Other Inspector Comments: One of the 2nd mates would be the radio operator in case of distress communications.

| | | | | | |
|---|---|---|---|---|---|
| 10.9 | Is there a maintenance programme in place to ensure availability of the radio equipment? | **Y** | N | NS | NA |

Other Inspector Comments: The ship was contracted for the shore based maintenance of her radio equipment.

## Chapter 11: Engine and Steering Compartments

### Policies, Procedures and Documentation

| | | | | | |
|---|---|---|---|---|---|
| 11.4 | If the machinery space is being operated manned, are there sufficient engineers on board? | Y | N | NS | **NA** |



| | | | | | |
|---|---|---|---|---|---|
| 11.7 | Is the dead man alarm system, where fitted, in good order and used as required? | **Y** | N | NS | NA |

Other Inspector Comments: The dead man alarm was set to 15 minutes, the system was tested during the inspection and found in order.

| | | | | | |
|---|---|---|---|---|---|
| 11.10 | Does the operator subscribe to a fuel, lubricating and hydraulic oil testing programme, and is there a procedure in place to take into account the results? | **Y** | N | NS | NA |

Other Inspector Comments: Bunker samples should be sent for analysis after every bunkering operation.
Lube oil samples should be sent for analysis as follows :
* 4 months : main engine before and after purifier, diesel generators.
* 6 months : stern tube.
*12 months : mooring winches, cargo pumps turbines, ballast pump turbine, cranes, valve remote control system.
The latest 4 monthly reports dated 13 Nov 2017 contained "caution" notes for the diesel generators No 1 and 3, corrective actions were taken and recorded.
The last bi annual report was dated 27 Nov 2017 and the result was "normal" .
The last annual analysis reports dated 29 May 2017 rated all samples "normal".

© Copyright OCIMF 2019

Report for EVRIDIKI [DCMP-9694-3771-5221, Date: 27 Mar 2018]

Downloaded by BP SHIPPING on 22 January 2019 14:44:17

**Planned Maintenance**

| 11.14 | Is a planned maintenance system being followed and is it up to date? |  |
|---|---|---|

Other Inspector Comments: The ship was using the "Ulysses" PMS, the chief engineer was familiar with it, no overdue items were noted.

**Safety Management**

11.19   Do records indicate the regular testing of emergency equipment?   

Other Inspector Comments: The on load test of the emergency generator was recorded on 23 Mar 2018.

11.20   Is the fuel system fitted with valves that are capable of being closed from outside the machinery space and are they regularly tested and in good order?   

Other Inspector Comments: The fuel oil quick closing valves should be tested on weekly intervals, the last test was credited on 23 Mar 2018.

11.21   Are engine room emergency stops for ventilation fans clearly marked and do records indicate that they have been regularly tested?   

Other Inspector Comments: The emergency shut down system of the engine room ventilation fans should be tested on weekly intervals, the last test was recorded on 23 Mar 2018.

11.26   If the vessel class notation allows UMS operation, are main engine bearing temperature monitors, or the crankcase oil mist detector, in good order?   Y   N   NS   NA

Other Inspector Comments: The oil leak alarm of No 3 auxiliary engine as well as the oil mist detector of the main engine were tested during the inspection and found in order.

11.27   Where hydraulic aggregate pumps are located within the main engine compartment, is an oil mist detector fitted?   Y   N   NS   NA

11.32   Is all moving machinery provided with effective guards where this presents a hazard?   Y   N   NS   NA

© Copyright OCIMF 2019

Report for EVRIDIKI [DCMP-9694-3771-5221, Date: 27 Mar 2018]

Downloaded by BP SHIPPING on 22 January 2019 14:44:17

Inspector Observations: A wire drum (with 3 wire ropes around it) which was connected directly to the main motor of the elevator, inside the elevator's space on the bridge deck was protected with guard only from one side although the other side was also exposed and could create hazardous situation while working on the adjacent motor and oil tank.

*Initial Operator Comments: Abstract:*
*It was considered that the roller as moving machinery must be protected from an accidental contact. The risk of an accidental injury was real, although the entry into the space is allowed only to authorized persons.*
*The owners of the vessel considered the manufacturers practice as the correct one and did not lift guard to isolate the case of an unintentionally hazardous contact with lifting wires and turning roller.*

*Root cause:*
*The main body of the wire roller is protected by a cyclic 3 mm wire mesh which does not permit a human hand or other type of item to come to a contact with movable roller body. The port side of roller is protected by being close to the wall.*
*Eventually, the manufacturer of the system mis-estimated the risk of an accident by allowing the outer starboard part of the wire and roller grooves uncovered and available for direct wire tension understanding by hand.*

*Corrective action:*
*A same wire mesh as the one covering the inner roller was screwed on the side of the rollers cover. An accidental hurt now is impossible however in order to check the tension the wire mesh must be unscrewed.*
*Specific request for monthly inspection was marked on the nearby wall.*

*Preventative actions:*
*A record log posted on the upper space for the inspections to be recorded for documentation.*

---

| | | |
|---|---|---|
| 11.39 | Is the bilge high level alarm system regularly tested and are records maintained? | [Y]  N  NS  NA |

Other Inspector Comments: The engine room bilges high level alarm was tested during the inspection and found in order.

---

Report for EVRIDIKI [DCMP-9694-3771-5221, Date: 27 Mar 2018]

Downloaded by BP SHIPPING on 22 January 2019 14:44:17

**Machinery status**

| | | | | | |
|---|---|---|---|---|---|
| 11.42 | Are engineers familiar with the procedure for taking over the controls for manoeuvring the vessel from the bridge in an emergency? | [Y] | N | NS | NA |

Other Inspector Comments: The engineers demonstrated during the engine room round good familiarity on how to take over the manoeuvring controls of the ship in case of an emergency.

| | | | | | |
|---|---|---|---|---|---|
| 11.44 | Is the emergency generator reserve fuel tank provided with sufficient fuel? | [Y] | N | NS | NA |

Other Inspector Comments: The emergency generator was tested on the manual - hydraulic-mode during the inspection and found in order.

| | | | | | |
|---|---|---|---|---|---|
| 11.45 | Where an emergency generator is not fitted, are engine room emergency batteries in good order and fully charged? | Y | N | NS | [NA] |

© Copyright OCIMF 2019

Report for EVRIDIKI [DCMP-9694-3771-5221, Date: 27 Mar 2018]

Downloaded by BP SHIPPING on 22 January 2019 14:44:17

**Steering Compartment**

11.48   Has the emergency steering gear been tested within the past three months and are the results recorded?    | Y |   N   NS   NA

Other Inspector Comments: The last 3 monthly test of the emergency steering gear was dated 29 Jan 2018.

11.50   Are officers familiar with operation of the steering gear in the emergency mode?    | Y |   N   NS   NA

Other Inspector Comments: The ship's officers demonstrated during the inspection good familiarity in the operation of the steering gear in the emergency mode.

11.52   Are the arrangements for the provision of heading information adequate?    | Y |   N   NS   NA

Other Inspector Comments: The heading of the gyro repeater in the steering gear room was in line with the main gyro compass.

11.53   Are communications with the bridge satisfactory?    | Y |   N   NS   NA

Other Inspector Comments: The communications over the emergency phone between the bridge and the steering gear room were cross checked during the inspection and found in order.

© Copyright OCIMF 2019

Report for EVRIDIKI [DCMP-9694-3771-5221, Date: 27 Mar 2018]

Downloaded by BP SHIPPING on 22 January 2019 14:44:17

## Chapter 12: General Appearance and Condition

### Accommodation Areas

12.22    Are personnel alarms in refrigerated spaces in good order and operational?      [Y]   N   NS   NA

Other Inspector Comments: The personnel alarms in the meat and fish rooms were tested during the inspection and found in order.

### Additional Comments

12.99    Additional comments

The hull was clean and well coated. The main deck was coated in light grey, found well maintained and coated. The cargo lines, expansion joints, stands and supports as well as the cargo heating system on deck were well maintained, lubricated and insulated. The superstructure was clean and well coated. The accommodation internally was clean and tidy.

Operator's initial comments entered by: E. Apostolou [MAIN@LIQUIMAR.GR]

Operator's subsequent comments entered by: E. APOSTOLOU [main@liquimar.gr]

**Operator's Initial General Comments**

Thank you very much for the onboard inspection.

**Operator's Subsequent General Comments**

-----------------------------------------------------------------------------------
Entered by: E. APOSTOLOU [main@liquimar.gr]
Date: 31 May 2018 15:58:17